

JD:DGR
F. # 2017R00959

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 22 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

RUSLAN MIRVIS,
   also known as "Brian Bray,"

            Defendant.

- - - - - - - - - - - - - -X

BLOCK, J.
TISCIONE, M.J.

I N D I C T M E N T

Cr. No. CR 17- 273

(T. 18, U.S.C., §§ 2251(a), 2251(e),
2252(a)(2), 2252(b)(1), 2253(a), 2253(b)
and 3551 et seq.; T. 21, U.S.C., § 853(p))

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Sexual Exploitation of a Child)

1. On or about and between March 26, 2017 and March 29, 2017, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RUSLAN MIRVIS, also known as "Brian Bray," did knowingly and intentionally employ, use, persuade, induce, entice and coerce a minor, to wit: Jane Doe, an individual whose identity is known to the Grand Jury, to engage in sexually explicit conduct, for the purpose of producing one or more visual depictions of such conduct, to wit: images and videos of such conduct, which visual depictions were transported and transmitted using a means and facility of interstate and foreign commerce, to wit: the Internet.

(Title 18, United States Code, Sections 2251(a), 2251(e) and 3551 et seq.)

## COUNT TWO
(Receipt of Child Pornography)

2. In or about and between February 2017 and April 2017, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RUSLAN MIRVIS, also known as "Brian Bray," did knowingly and intentionally receive one or more visual depictions, to wit: the images depicted in the following computer files: (a) 9a9uy0aeqcsok0wg17535791_166260943893766_2102212609641021440_n.mp4 and (b) 7i74l2rfcs0s0csc17619505_166255443894316_263125456_n.jpg, using a means and facility of interstate and foreign commerce, which visual depictions had been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

(Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

3. The United States hereby gives notice to the defendant that, upon his conviction of either of the offenses charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253(a), which requires the forfeiture of (a) any visual depiction described in Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18 of the United States Code, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such sections; (b) any property, real or personal,

3

constituting or traceable to gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

    4.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

4

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 2253(a) and 2253(b); Title 21, United States Code, Section 853(p))

A TRUE BILL

_____
FOREPERSON

_____
BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2017R00959

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*RUSLAN MIRVIS,*

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 2251(a), 2251(e), 2252(a)(2), 2252(b)(1), 2253(a),
2253(b) and 3551 et seq.; T. 21, U.S.C., § 853(p))

*A true bill.*

_____

Foreperson

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____

Clerk

Bail, $ _____

_____

*Drew G. Rolle, Assistant U.S. Attorney (718) 254-6783*