

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F#2017R00959

225 Cadman Plaza East
Brooklyn, New York 11201
May 22, 2017

Re: U.S. vs. Ruslan Mirvis
<u>Criminal Docket No. Cr-17-0273</u>

Dear Mr. Ruslan Mirvis:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York on **Thursday, June 1, 2017 at 11:00 am.** Please report to A. Simon Chrein Arraignment Courtroom 2A south wing 2nd floor, at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 219, 2nd floor in the Courthouse. You should arrive at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

Very truly yours,

BRIDGET ROHDE
ACTING UNITED STATES ATTORNEY

By:   B. Lewis-Jenkins
      Grand Jury Coordinator

CC: Hon. Frederic Block  (Magistrate Bloom  will accept the plea)

Drew Rolle
Assistant U.S. Attorney

Amanda David, Esq.

Pretrial Officer