# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Lois Bloom__   DATE: __06/01/2017__

DOCKET NUMBER: __17-CR-273(FB)__   FTR #: __12:01 - 12:05__

DEFENDANT'S NAME: __Ruslan Mirvis__
    __X__ Present  ___ Not Present  __X__ Custody  ___ Bail

DEFENSE COUNSEL: _Allegra Glashausser for Amanda David_
    __X__ Federal Defender  ___ CJA  ___ Retained

A.U.S.A: __Drew Rolle__   CLERK: __M. Sica__

INTERPRETER: _____ (Language) _____

__X__ Defendant arraigned on the: __X__ indictment  ___ superseding indictment  ___ probation violation

__✓__ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.  ___ Defendant's first appearance.

  ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__✓__ Order of Excludable Delay/Speedy Trial entered. Start __6/1/17__ Stop __8/18/17__

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

__✓__ Status conference set for __8/18/17__ @ __2:30__ before Judge __Block__

Other Rulings: _____