**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

Drew Rolle
Office of the United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Ruslan Mirvis 16-CR-273 (FB)</u>

Dear Mr. Rolle:

Enclosed is a letter requesting discovery in the above-captioned case.

Sincerely,

<u>/s/Amanda L. David</u>
Amanda L. David
Assistant Federal Defenders
(718) 330-1208

cc: Clerk of the Court