**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

January 17, 2018

The Honorable Judge Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Ruslan Mirvis 17-CR-273(FB)

Dear Judge Block:

  Ruslan Mirvis is before this Court charged by indictment with one count of sexual exploitation of a child, and one count of receipt of child pornography. Mr. Mirvis is scheduled for a status hearing in this case on Friday, January 19, 2018 at 2:30 p.m. Government and defense counsel continue to be in discussions about a resolution short of trial in this case. Mr. Mirvis is incarcerated at the Metropolitan Detention Center. He has been told that he is scheduled to have a medical procedure this Friday, January 19, 2018 to address an ongoing medical problem for which he has been seeking treatment. We would request an adjournment and the exclusion of time between January 19, 2018 and a date that is amenable to the Court to allow Mr. Mirvis to make his medical appointment and the parties to continue their discussions.

  The Assistant United States Attorney assigned to this case, Drew Rolle, has no objection to this request.

Respectfully Submitted,

/s/ Amanda David
Amanda David
Attorney for Ruslan Mirvis
718-330-1208

cc: Clerk of the Court via ECF
   AUSA Drew Rolle

1