**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

February 13, 2018

**By ECF**
The Honorable Judge Block
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:     <u>United States v. Ruslan Mirvis 17CR273</u>

Your Honor:

     I write to request that the Court permit assigned counsel for Mr. Ruslan Mirvis to withdraw from her representation in his case due to a conflict discovered by the Federal Defenders office. I request that the Court appoint new counsel to Mr. Mirvis's case.

                                Respectfully Submitted,

                                <u>/s/Amanda David</u>
                                Amanda David
                                Counsel for Ruslan Mirvis
                                Assistant Federal Defender
                                Federal Defenders of New York, Inc.
                                One Pierrepont Plaza, 16th Floor
                                Brooklyn, NY 11201
                                Tel. 718.330.1208
                                Fax. 718.855.0760

cc: AUSA Drew Rolle