

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DGR
F. #2017R00959

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 13, 2017

By Hand Delivery and ECF

Amanda David, Esq.
Federal Defenders of New York
One Pierrepont Plaza
Brooklyn, New York 11201
Email: amanda_david@fd.org

   Re: United States v. Ruslan Mirvis
      Criminal Docket No. 17-273 (FB)

Dear Ms. David:

  Enclosed please find additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government also requests reciprocal discovery from the defendant.

  Please find enclosed a compact disc containing the following:

- A chart containing excerpts from records of Facebook, Inc. for the Facebook User "Brian Bray," (the "Brian Bray Facebook Account"), specifically Facebook "chats" from the Brian Bray Facebook Account, Bates-numbered MIRVIS000054 through MIRVIS000057;

- A chart of "Top Contacts" from the Brian Bray Facebook Account, Bates-numbered MIRVIS000058; and

- A graphic reflecting common contacts among the Brian Bray Facebook Account and Facebook User "Ruslan Mirvis" (the "Ruslan Mirvis Facebook Account"), Bates-numbered MIRVIS000059.

As noted previously, the government remains in possession of content from the Brian Bray Facebook Account and the Ruslan Mirvis Facebook Account, some of which include images that constitute child pornography and is thus subject to the provisions of the Adam Walsh Act, Public Law 109-248 (the "Adam Walsh Act"). You may examine the physical evidence

discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in <u>Lafler v. Cooper</u>, 132 S. Ct. 1376 (2012), and <u>Missouri v. Frye</u>, 132 S. Ct. 1399 (2012).

        Very truly yours,

        BRIDGET M. ROHDE
        Acting United States Attorney

By:   /s/ Drew G. Rolle
       Drew G. Rolle
       Assistant U.S. Attorney
       (718) 254-6783

Enclosures

cc:    Clerk of the Court (FB) (by ECF) (without enclosures)