UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                              **NOTICE OF APPEARANCE**

        -against-                                17 Cr. 273 (FB)

RUSLAN MIRVIS,

                    Defendant.
---------------------------------------------------------------X

TO THE CLERK OF COURT:

      PLEASE TAKE NOTICE, that by order of the Court dated March 23, 2018, I was appointed pursuant to the Criminal Justice Act as associate counsel to represent defendant RUSLAN MIRVIS in the above-captioned matter. I am admitted to practice in this District.

      I respectfully request the Clerk of the Court note my appearance in this case and add me as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated:      New York, New York
               March 26, 2018

                                                    Respectfully submitted,

                                                    /s/ Dorea Silverman
                                                    Dorea Silverman, Esq.
                                                    *Associate Counsel for Ruslan Mirvis*
                                                     80 Broad Street, Suite 1900
                                                     New York, NY 10004
                                                     (917) 863-9905
                                                     doreasilvermanlaw@gmail.com