UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                                                             **NOTICE OF CHANGE OF ADDRESS**

                -against-

                                                        17 Cr. 273 (FB)

RUSLAN MIRVIS,

                                    Defendant.

------------------------------------------------------------------------ x

       PLEASE TAKE NOTICE, that I represent the defendant RUSLAN MIRVIS in this case and that my address has changed to:

       Michael Hueston, Esq.
       16 Court Street, Ste. 1800
       Brooklyn, New York 11241
       (718) 246-2900

       Please update my address in the Court's docket and send all future correspondence and notices my new address.

Dated:      Brooklyn, New York
              March 29, 2018

                                                     Respectfully submitted,

                                                       _____/s/_____
                                                       MICHAEL O. HUESTON, ESQ.
                                                       *Attorney for Defendant*
                                                       16 Court Street, Ste. 1800
                                                       Brooklyn, New York 11241
                                                       (718) 246-2900
                                                       mhueston@nyc.rr.com

To:     All Counsel (by ECF)