FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 20 2019 ★
BROOKLYN OFFICE

Ruslan Mirvis #90101-053
P.O. Box 329002
MDC Brooklyn Metropolitan
Detention CtR
Brooklyn, NY 11232-9002

3/17/2019

Dear Honorable Frederic Block,

While sitting in my unit, K-84 at MDC Brooklyn, I viewed a segment on Channel 7 news about ten (10) year old, Khadijah Sebir, who has a rear kidney disease. As a result, she needs a kidney transplant in order. At that moment i said to my self, what if that was my child? what would i do? of course i would donate my kidney if it matches. Suppose it didn't? I would hope someone would volunter to donate a kidney to save her life. After reflecting on would of, could of, or should of. I said why not donate my kidney If i'm a match to MS Sabir. I am not looking for time of from this. or anything from this. I am doing this for her and her family. And my self. I made mistaks in life no one is perfect. But i want to do this for the right reasons. Your honor, I need authorazation from the Court to go thry the process to see if I'm a match. If allowed and my kidney is a match. I want to donate my kidney

As a result, I'm seeking authorization to get my Test.

Thank you for your anticipated cooperation.

Ruslan Murvis 90101-053
P.O. Box 329002
Brooklyn Metropolitan
Detention Ctr
Brooklyn, NY 11232-9002

Legal Mail

NEW YORK NY 100
18 MAR 2019 PM 3 L

Honorable Fedric Block
New York Eastern District
Theodore Roosevelt United States
Courthouse
225 Cadman Plaza East, Room 1185
Brooklyn, NY 11201-1818

11201-181809

