# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| SUITE 1800 | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

ADMITTED NY

January 11, 2020

**BY ECF & HAND**

The Honorable Frederick Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  *United States v. Mirvis*, 17 Cr. 273 (FB)

Your Honor:

    I represent defendant Ruslan Mirvis in the above referenced case.

    I write to request that Your Honor So-Order the enclosed subpoena so that I can obtain Mr. Mirvis' medical records in the possession of the Metropolitan Detention Center. I require the medical records for his case. If this request is approved, then please return the original subpoena to me in the enclosed envelope so that I may serve it, or if it is more convenient to the Court I can pick up the subpoena at Chambers.

                                                                           Respectfully,

                                                                          s/
                                                                      Michael O. Hueston

Enc.

cc:    A.U.S.A. Drew Rolle
        Metropolitan Detention Center, Legal Department