# EXHIBIT F



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**
March 28, 2020

Contact: Office of Public Affairs
202-514-6551

### Inmate Death at FCI Oakdale I

WASHINGTON:   On Thursday, March 19, 2020, inmate Patrick Jones complained of a persistent cough at the Federal Correctional Institution (FCI) Oakdale I in Oakdale, Louisiana. He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation.   While at the local hospital, Mr. Jones tested positive for COVID-19. On Friday, March 20, 2020, his condition declined and he was placed on a ventilator.   On Saturday, March 28, 2020, Mr. Jones, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Jones was a 49 year-old male who was sentenced in the Western District of Texas to a 324-month sentence for Possession with Intent to Distribute 425.1 grams of crack cocaine within 1000 ft. of a junior college.   He had been in custody at FCI Oakdale I since April 26, 2017.

FCI Oakdale is a Low security facility that currently houses 990 male offenders.

The Bureau will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Federal Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**                    Contact: Office of Public Affairs
April 2, 2020                                202-514-6551

### Inmate Death at FCI Oakdale I

WASHINGTON:   On Sunday, March 29, 2020, inmate James Wilson went into respiratory failure at the Federal Correctional Institution (FCI) Oakdale I in Oakdale, Louisiana. He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation.   While at the local hospital, Mr. Wilson tested positive for COVID-19. On Monday, March 30, 2020, his condition declined and he was placed on a ventilator.   On Wednesday, April 1, 2020, Mr. Wilson, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Wilson was a 57 year-old male who was sentenced in the Northern District of Alabama to a 135-month sentence for Obscene Material and Receipt of Child Pornography. He had been in custody at FCI Oakdale I since September 14, 2015.

FCI Oakdale I is a Low security facility that currently houses 980 male offenders.

The Bureau will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Federal Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**
April 1, 2020

Contact: Office of Public Affairs
202-514-6551

### Inmate Death at FCI Oakdale I

WASHINGTON, DC:   On Wednesday, March 25, 2020, inmate Nicholas Rodriguez was unable to maintain oxygen saturation on room air, had a high temperature, as well as a rapid heartbeat at the Federal Correctional Institution (FCI) Oakdale I in Oakdale, Louisiana. He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation. While at the local hospital, Mr. Rodriguez tested positive for COVID-19. On Friday, March 27, 2020, his condition declined and he was placed on a ventilator. On Wednesday, April 1, 2020, Mr. Rodriguez, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Rodriguez was a 43 year-old male who was sentenced in the Northern District of California to a 188-month sentence for Conspiracy to Distribute a Mixture and Substance Containing a Detectable Amount of Methamphetamine and Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Methamphetamine. He had been in custody at FCI Oakdale I since January 09, 2019.

FCI Oakdale I is a Low security facility that currently houses 980 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Bureau of Prisons can be found at www.bop.gov.

### ###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**                    Contact: Office of Public Affairs
April 2, 2020                                        202-514-6551

### Inmate Death at FCI Oakdale I

WASHINGTON:   On Saturday, March 28, 2020, inmate David Townsend went into respiratory failure at the Federal Correctional Institution (FCI) Oakdale I in Oakdale, Louisiana.   He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation.   While at the local hospital, Mr. Townsend tested positive for COVID-19.   On Saturday, March 28, 2020, his condition declined and he was placed on a ventilator.   On Thursday, April 2, 2020, Mr. Townsend, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Townsend was a 66 year-old male who was sentenced in the Northern District of Georgia to a 240-month sentence for Possession With Intent to Distribute at least 100 kg. of Marijuana, at least 500 gm. of Methamphetamine Mixture, and at least 5 gm. of Methamphetamine Actual. He had been in custody at FCI Oakdale I since November 20, 2013.

FCI Oakdale I is a Low security facility that currently houses 971 male offenders.

The Bureau will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Federal Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**                    Contact: Office of Public Affairs
April 2, 2020                                 202-514-6551

### Inmate Death at FCI Elkton

WASHINGTON:   On Tuesday, March 31, 2020, inmate Woodrow Taylor reported to the Health Services Department at the Federal Satellite Low Institution (FSL) Elkton, in Lisbon, Ohio. Mr. Taylor was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation due to the inability to maintain a sufficient oxygen saturation and shortness of breath. Mr. Taylor's condition quickly declined and he was placed on a ventilator. On Thursday, April 2, 2020, Mr. Taylor, who had long-term, pre-existing medical conditions, which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff. While at the local hospital, Mr. Taylor was tested for COVID-19; however, test results were still pending at the time of his death.

Mr. Taylor was a 53 year-old male serving a 60 month sentence for Conspiracy to Possess with Intent to Distribute 500 grams or more of Cocaine. He had been in custody at FSL Elkton since April 29, 2019.

FCI Elkton is a low security facility that currently houses 2040 male offenders, with an adjacent Federal Satellite Low which currently houses 417 low security male offenders.

The Bureau will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Federal Bureau of Prisons can be found at www.bop.gov.

### ###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**
April 4, 2020

Contact: Office of Public Affairs
202-514-6551

### Inmate Death at FCI Elkton

WASHINGTON, D.C.:   On Thursday, March 26, 2020, inmate Frank McCoy reported to the Health Services Department at the Federal Satellite Low Institution (FSL) Elkton, in Lisbon, Ohio. Mr. McCoy was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation due to the inability to maintain oxygen saturation. While at the local hospital, Mr. McCoy tested positive for COVID-19, his condition declined and he was placed on a ventilator. On Thursday, April 2, 2020, Mr. McCoy, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. McCoy was a 76 year-old male serving a 121 month sentence for Possession of Child Pornography. He had been in custody at FSL Elkton since September 6, 2017.

FCI Elkton is a low security facility that currently houses 2040 male offenders, with an adjacent Federal Satellite Low which currently houses 417 low security male offenders.

The Bureau will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Federal Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**
April 3, 2020

Contact: Office of Public Affairs
202-514-6551

### Inmate Death at FCI Oakdale I

WASHINGTON, D.C.:   On Thursday, March 26, 2020, inmate Wallace Holley, Jr. went into respiratory failure at the Federal Correctional Institution (FCI) Oakdale I in Oakdale, Louisiana. He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation. While at the local hospital, Mr. Holley tested positive for COVID-19. On Thursday, March 26, 2020, his condition declined and he was placed on a ventilator. On Thursday, April 2, 2020, Mr. Holley, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Holley was a 56 year-old male who was sentenced in the Northern District of Mississippi to a 336-month sentence for Armed Bank Robbery, Use of a Firearm in a Crime of Violence, Car-jacking, and Bank Robbery. He had been in custody at FCI Oakdale I since October 22, 2019.

FCI Oakdale I is a Low security facility that currently houses 971 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Bureau of Prisons can be found at www.bop.gov.

### ###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**
April 3, 2020

Contact: Office of Public Affairs
202-514-6551

### Inmate Death at FCI Elton

WASHINGTON:   On Friday, March 27, 2020, inmate Margarito Garcia-Fragoso reported to the Health Services Department at the Federal Satellite Low Institution (FSL) Elton, in Lisbon, Ohio. Mr. Garcia-Fragoso was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation due to the inability to maintain oxygen saturation. While at the local hospital, Mr. Garcia-Fragoso tested positive for COVID-19, his condition quickly declined and he was placed on a ventilator. On Thursday, April 2, 2020, Mr. Garcia-Fragoso, who had long-term, pre-existing medical conditions, which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Garcia-Fragoso was a 65 year-old male serving 126 month sentence for Possession with Intent to Distribute more than 500 grams of cocaine and Possession of a Firearm in Furtherance of Drug Trafficking Crime. He had been in custody at FSL Elton since January 10, 2017.

FCI Elton is a low security facility that currently houses 2040 male offenders, with an adjacent Federal Satellite Low which currently houses 417 low security male offenders.

The Bureau will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Federal Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**                    Contact: Office of Public Affairs
April 10, 2020                                202-514-6551

### Inmate Death at FCI Oakdale I

WASHINGTON, D.C.:   On Friday, April 3, 2020, inmate George Jeffus went into respiratory failure at the Federal Correctional Institution (FCI) Oakdale I in Oakdale, Louisiana. He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation. While at the local hospital, Mr. Jeffus tested positive for COVID-19. On Friday, April, 3, 2020, his condition declined and he was placed on a ventilator. On Tuesday, April 7, 2020, Mr. Jeffus showed signs of improvement, the ventilator was removed, and he was placed on a high-flow oxygen mask. On Thursday, April 9, 2020, his condition rapidly declined. On Thursday, April 9, 2020, Mr. Jeffus, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Jeffus was a 76 year-old male who was sentenced in the Western District of Louisiana to a 60-month sentence for Activities Receipt of Material Constituting/Containing Child Pornography – Possession of Child Pornography with Forfeiture Allegations. He had been in custody at FCI Oakdale I since April 10, 2017.

FCI Oakdale I is a Low security facility that currently houses 971 male offenders.

The Bureau will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Federal Bureau of Prisons can be found at www.bop.gov.

### ###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**                Contact: Office of Public Affairs
April 12, 2020                                        202-514-6551

### Inmate Death at FCI Butner I

WASHINGTON, D.C.: On Thursday, March 26, 2020, inmate Charles Richard Rootes, went into respiratory failure at the Federal Correctional Institution (FCI) Butner I, in Butner, North Carolina. He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation. While at the local hospital, Mr. Rootes tested positive for COVID-19. On Friday, March 27, 2020, his condition declined and he was placed on a ventilator. On Saturday, April 11, 2020, Mr. Rootes, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Rootes was an 81 year-old male who was sentenced in the Eastern District of Tennessee to a 99-year sentence for Kidnapping, National Motor Vehicle Theft Act, and Rape. He had been in custody at FCI Butner I since October 22, 2019.

FCI Butner I is a Medium security facility that currently houses 641 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**
April 13, 2020

Contact: Office of Public Affairs
202-514-6551

### Inmate Death at FCI Butner I

WASHINGTON, D.C.:  On Sunday, March 29, 2020, inmate Gary Edward Nixon, went into respiratory failure at the Federal Correctional Institution (FCI) Butner I, in Butner, North Carolina.  He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation.  While at the local hospital, Mr. Nixon tested positive for COVID-19.  On Thursday, April 2, 2020, his condition declined and he was placed on a ventilator.  On Sunday, April 12, 2020, Mr. Nixon, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Nixon was a 57 year-old male who was sentenced in the Eastern District of North Carolina to a 155-month Supervised Release Violation Term with new criminal conduct of Conspiracy to Distribute With Intent to Distribute More Than 5 Grams of Cocaine Base (Crack).  The original offense conduct was Conspiracy to Possess With Intent to Distribute 100 Grams or More of Heroin and Possession With Intent to Distribute a Quantity of Heroin.  He had been in custody at FCI Butner I since May 21, 2019.

FCI Butner I is a Medium security facility that currently houses 641 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**                      Contact: Office of Public Affairs
April 13, 2020                                                 202-514-6551

### Inmate Death at FCI Butner I

WASHINGTON, D.C.:  On Monday, April 6, 2020, inmate Andre Williams was evaluated by institutional medical staff at the Federal Correctional Institution (FCI) Butner I, in Butner, North Carolina, and transported to a local hospital for further treatment and evaluation of pre-existing medical conditions. Mr. Williams previously tested positive for COVID-19 on April 5, 2020.  On Sunday, April 12, 2020, Mr. Williams, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease was pronounced dead by hospital staff.

Mr. Williams was a 78 year-old male who was sentenced in the Northern District of Florida to a term of Life for Armed Bank Robbery and Possession of a Firearm by a Convicted Felon.  He had been in custody at FCI Butner I since November 20, 2015.

FCI Butner I is a Medium security facility that currently houses 641 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Bureau of Prisons can be found at www.bop.gov.



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**
April 13, 2020

Contact: Office of Public Affairs
202-514-6551

### Inmate Death at FCI Butner I

WASHINGTON, D.C.:  On Monday, March 30, 2020, inmate John Doe, went into respiratory failure at the Federal Correctional Institution (FCI) Butner I, in Butner, North Carolina.  He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation.  While at the local hospital, Mr. Doe tested positive for COVID-19.  On Monday, March 30, 2020, his condition declined and he was placed on a ventilator.  On Monday, April 13, 2020, Mr. Doe, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Doe was a 46 year-old male who was sentenced in the Southern District of New York to a 57-month term for Making Materially False Statements.  He had been in custody at FCI Butner I since October 22, 2019.

FCI Butner I is a Medium security facility that currently houses 641 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Bureau of Prisons can be found at www.bop.gov.

### ###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**                              Contact: Office of Public Affairs
April 13, 2020                                                            202-514-6551

### Inmate Death at FCI Elkton

WASHINGTON, D.C.:   On Friday, April 3, 2020, inmate Alvin Turner reported to the Health
Services Department at the Federal Correctional Institution (FCI) Elkton, in Lisbon, Ohio.   Mr.
Turner was evaluated by institutional medical staff and transported to a local hospital for further
treatment and evaluation due to the inability to maintain an oxygen saturation and noted bilateral
pneumonia.   While at the local hospital, Mr. Turner tested positive for COVID-19.   On
Monday, April 6, 2020, his condition declined and he was placed on a ventilator.   On Monday,
April 13, 2020, Mr. Turner, who had long-term, pre-existing medical conditions which the CDC
lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by
hospital staff.

Mr. Turner was a 43 year-old male sentenced in the Eastern District of Michigan to a 180 month
term for Conspiracy to Possess With Intent to Distribute and to Distribute Cocaine.   He had
been in custody at FCI Elkton since June 21, 2019.

FCI Elkton is a low security facility that currently houses 1999 male offenders, with an adjacent
Federal Satellite Low which currently houses 418 low security male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related
to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Federal Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**
April 14, 2020

Contact: Office of Public Affairs
202-514-6551

### Inmate Death at FCI Elkton

WASHINGTON, D.C.:   On Friday, April 3, 2020, inmate David Ehle reported to the Health Services Department at the Federal Correctional Institution (FCI) Elkton, in Lisbon, Ohio.   Mr. Ehle was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation due to the inability to maintain an oxygen saturation and noted bilateral pneumonia.   While at the local hospital, Mr. Ehle tested positive for COVID-19.   On Friday, April 3, 2020, his condition quickly declined and he was placed on a ventilator.   On Tuesday, April 14, 2020, Mr. Ehle, who had long-term, pre-existing medical conditions, which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Ehle was a 71 year-old male sentenced in the Western District of Kentucky to a 197 month sentence for Receiving Child Pornography in Interstate Commerce Via Computer.   He had been in custody at FCI Elkton since June 13, 2012.

FCI Elkton is a low security facility that currently houses 1999 male offenders, with an adjacent Federal Satellite Low which currently houses 418 low security male offenders.

### ###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**                    Contact: Office of Public Affairs
April 15, 2020                                      202-514-6551

### Inmate Death at FCI Terminal Island

WASHINGTON, D.C.:  On Sunday, April 12, 2020, inmate Bradley James Ghilarducci reported to the Health Services Department at the Federal Correctional Institution (FCI) Terminal Island, in San Pedro, California.  Mr. Ghilarducci was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation for generalized weakness and syncopal episodes, and testing for COVID-19.  On April 13, 2020, Mr. Ghilarducci, who had long-term, pre-existing medical conditions, which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff. On April 15, 2020, test results confirmed Mr. Ghilarducci was positive for COVID-19.

Mr. Ghilarducci was a 73-year-old male who was sentenced in the Eastern District of California to a 97-month sentence for Receipt and Distribution of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct.  He had been in custody at FCI Terminal Island since August 6, 2014.

FCI Terminal Island is a Low security facility that currently houses 1,078 male offenders in San Pedro, California.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Bureau of Prisons can be found at www.bop.gov.

### ###





**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**
*Metropolitan Correctional Center*

_____

*150 Park Row*
*New York, New York 10007*

April 3, 2020

The Honorable Roslynn R. Mauskopf
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    <u>**Administrative Order**</u>
       <u>No. 2020-14</u>

Dear Judge Mauskopf:

The Court has ORDERED that the MDC and MCC respond to concerns about the institutions' response to the COVID-19 pandemic.  Specifically, the Court asked about protocols for screening and testing inmates, staff and others entering or leaving each facility; the number of inmates tested and the number of positive tests, the number of staff and/or others testing positive; and all efforts undertaken to mitigate the spread of COVID-19 both generally and in response to any symptomatic inmate(s) and/or positive test(s).

Staff have been tasked with screening each and every staff member who walks in the door at both facilities.  Specifically, a temperature is being taken and the staff member is asked to fill out a screening form. If the staff member has a fever or answers yes to any of the questions, a medical professional can deny entry to the institution.

Medical staff are also screening new inmate arrivals to the institution the same way.  Specifically, staff who are conducting the screening are to wear appropriate personal protective equipment (PPE) in accordance with guidance promulgated by the Center for Disease Control (CDC). Inmates with a temperature greater than or equal to 100.4 degrees, or overt respiratory symptoms are placed in isolation.  New arrivals with a temperature of less than 100.4 degrees are placed in quarantine for fourteen days as a precautionary measure.  Inmates leaving either BOP facility are also screened.

Any inmate currently in BOP custody who presents with COVID-19 like symptoms is assessed by the institution health services staff.  An inmate exhibiting symptoms consistent with COVID-19 will be placed in isolation. The remainder of the inmates on his or her unit will be quarantined to ensure additional inmates do not develop symptoms. The inmates medical isolation will be evaluated by medical staff at least twice a day, and the inmates on a medically quarantined unit will have their temperature checked twice a day.

Currently, the BOP has enacted a national 14-day action plan to increase social distancing in the facilities. Specifically, inmates in every institution will be secured in their assigned cells. At MDC and MCC, the inmates will be released from their cells 3 days per week in order to shower, use the phones, and utilize the TRULINCs system. This will be done in small groups and social distancing has been encouraged. The national action plan will not, however, affect the provision of legal phone calls. Inmates will still be taken out of their cells for legal phone calls.

Inmate orderlies are cleaning the common areas of all housing units, and inmates have been instructed to continue to wipe down and sanitize their living quarters.

MCC and MDC unit team staff and officers are available to the inmate population to address any and all issues, including medical concerns, property concerns, and/or food related requests. Unit team staff are providing legal calls to attorneys. Any inmate can also request medical care from health services providers when they make rounds on the housing units.

With regard to the numbers as of April 3, 2020 for MDC:
Inmates tested: 7
Inmates positive: 2
Staff Positive: 5

With regard to the numbers as of April 2, 2020 for MCC:
Inmates tested: 5
Inmates positive: 4
Staff Positive: 7

Respectfully submitted,


s/


M. Licon-Vitale
Warden
MCC New York



s/



D. Edge
Warden
MDC Brooklyn



**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**
*Metropolitan Correctional Center*
*150 Park Row*

*New York, New York 10007*

April 7, 2020

The Honorable Roslynn R. Mauskopf
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    **Administrative Order**
                **No. 2020-14**

Dear Judge Mauskopf:

The Court has ORDERED that the MDC and MCC respond to concerns about the institutions' response to the COVID-19 pandemic. Specifically, the Court asked about protocols for screening and testing inmates, staff and others entering or leaving each facility; the number of inmates tested and the number of positive tests, the number of staff and/or others testing positive; and all efforts undertaken to mitigate the spread of COVID-19 both generally and in response to any symptomatic inmate(s) and/or positive test(s).

Staff have been tasked with screening each and every staff member who walks in the door at both facilities. Specifically, a temperature is being taken and the staff member is asked to fill out a screening form. If the staff member has a fever or answers yes to any of the questions, a medical professional can deny entry to the institution.

Medical staff are also screening new inmate arrivals to the institution the same way. Specifically, staff who are conducting the screening are to wear appropriate personal protective equipment (PPE) in accordance with guidance promulgated by the Center for Disease Control (CDC). Inmates with a temperature greater than or equal to 100.4 degrees, or overt respiratory symptoms are placed in isolation. New arrivals with a temperature of less than 100.4 degrees are placed in quarantine for fourteen days as a precautionary measure. Inmates leaving either BOP facility are also screened.

Any inmate currently in BOP custody who presents with COVID-19 like symptoms is assessed by the institution health services staff. An inmate exhibiting symptoms consistent with COVID-19 will be placed in isolation. The remainder of the inmates on his or her unit will be quarantined to ensure additional inmates do not develop symptoms. The inmates medical isolation will be evaluated by medical staff at least twice a day, and the inmates on a medically quarantined unit will have their temperature checked twice a day.

Currently, the BOP has enacted a national 14-day action plan to increase social distancing in the facilities. Specifically, inmates in every institution will be secured in their assigned cells. At MDC and MCC, the inmates will be released from their cells 3 days per week in order to shower, use the phones, and utilize the TRULINCs system. This will be done in small groups and social distancing has been encouraged. The national action plan will not, however, affect the provision of legal phone calls. Inmates will still be taken out of their cells for legal phone calls.

Inmate orderlies are cleaning the common areas of all housing units, and inmates have been instructed to continue to wipe down and sanitize their living quarters.

MCC and MDC unit team staff and officers are available to the inmate population to address any and all issues, including medical concerns, property concerns, and/or food related requests. Unit team staff are providing legal calls to attorneys. Any inmate can also request medical care from health services providers when they make rounds on the housing units.

With regard to the numbers as of April 7, 2020 for MDC:
Inmates tested: 7
Inmates positive: 3
Staff Positive: 7

With regard to the numbers as of April 7, 2020 for MCC:
Inmates tested: 5
Inmates positive: 4
Staff Positive: 9

Respectfully submitted,


/s/


M. Licon-Vitale
Warden
MCC New York


/s/



D. Edge
Warden
MDC Brooklyn



**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**
*Metropolitan Correctional Center*

*150 Park Row*
*New York, New York 10007*

April 9, 2020

The Honorable Roslynn R. Mauskopf
Chief Judge
United States District Judge Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    **<u>Administrative Order</u> No. 2020-14**

Dear Judge Mauskopf:

      The Court has ORDERED that the MDC and MCC respond to concerns about the institutions' response to the COVID-19 pandemic.  Specifically, the Court asked about protocols for screening and testing inmates, staff and others entering or leaving each facility; the number of inmates tested and the number of positive tests, the number of staff and/or others testing positive; and all efforts undertaken to mitigate the spread of COVID-19 both generally and in response to any symptomatic inmate(s) and/or positive test(s).

      Staff have been tasked with screening each and every staff member who walks in the door at both facilities. Specifically, a temperature is being taken and the staff member is asked to fill out a screening form. If the staff member has a fever or answers yes to any of the questions, a medical professional can deny entry to the institution.

      Medical staff are also screening new inmate arrivals to the institution the same way. Specifically, staff who are conducting the screening are to wear appropriate personal protective equipment (PPE) in accordance with guidance promulgated by the Center for Disease Control (CDC).
Inmates with a temperature greater than or equal to 100.4 degrees, or overt respiratory symptoms are placed in isolation. New arrivals with a temperature of less than 100.4 degrees are placed in quarantine for fourteen days as a precautionary measure. Inmates leaving either BOP facility are also screened.

      Any inmate currently in BOP custody who presents with COVID-19 like symptoms is assessed by the institution health services staff. An inmate exhibiting symptoms consistent with COVID- 19 will be placed in isolation. The remainder of the inmates on his or her unit will be quarantined to ensure additional inmates do not develop symptoms. The inmates' medical isolation will be evaluated by medical staff at least twice a day, and the inmates on a medically quarantined unit will have their temperature checked twice a day.

The Honorable Roslynn R. Mauskopf
April 9, 2020
Page 2

Currently, the BOP has enacted a national 14-day action plan to increase social distancing in the facilities. Specifically, inmates in every institution will be secured in their assigned cells. At MDC and MCC, the inmates will be released from their cells 3 days per week in order to shower, use the phones, and utilize the TRULINCs system. This will be done in small groups and social distancing has been encouraged. The national action plan will not, however, affect the provision of legal phone calls. Inmates will still be taken out of their cells for legal phone calls.

Inmate orderlies are cleaning the common areas of all housing units, and inmates have been instructed to continue to wipe down and sanitize their living quarters.

MCC and MDC unit team staff and officers are available to the inmate population to address any and all issues, including medical concerns, property concerns, and/or food related requests. Unit team staff are providing legal calls to attorneys. Any inmate can also request medical care from health services providers when they make rounds on the housing units.

With regard to the numbers as of April 9, 2020 for MDC:

Inmates tested: 11
Inmates positive: 3
Staff Positive: 9

With regard to the numbers as of April 9, 2020 for MCC:

Inmates tested: 6
Inmates positive: 5
Staff Positive: 12

Respectfully submitted,


s/


M. Licon-Vitale Warden
MCC New York


s/


D. Edge Warden
MDC Brooklyn



**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**
*Metropolitan Correctional Center*

*150 Park Row*
*New York, New York 10007*

April 14, 2020

The Honorable Roslynn R. Mauskopf
Chief Judge
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:    **<u>Administrative Order</u>** No. 2020-14

Dear Judge Mauskopf:

The Court has ORDERED that the MDC and MCC respond to concerns about the institutions' response to the COVID-19 pandemic. Specifically, the Court asked about protocols for screening and testing inmates, staff and others entering or leaving each facility; the number of inmates tested and the number of positive tests; the number of staff and/or others testing positive; and all efforts undertaken to mitigate the spread of COVID-19 both generally and in response to any symptomatic inmate(s) and/or positive test(s).

Staff have been tasked with screening each and every staff member who walks in the door at both facilities. Specifically, a temperature is being taken and the staff member is asked to fill out a screening form. If the staff member has a fever or answers yes to any of the questions, a medical professional can deny entry to the institution.

Medical staff are also screening new inmate arrivals to the institution the same way. Specifically, staff who are conducting the screening are to wear appropriate personal protective equipment (PPE) in accordance with guidance promulgated by the Center for Disease Control (CDC).  Inmates with a temperature greater than or equal to 100.4 degrees, or overt respiratory symptoms are placed in isolation. New arrivals with a temperature of less than 100.4 degrees are placed in quarantine for fourteen days as a precautionary measure. Inmates leaving either BOP facility are also screened.

Any inmate currently in BOP custody who presents with COVID-19 like symptoms is assessed by the institution health services staff. An inmate exhibiting symptoms consistent with COVID-19 will be placed in isolation. The remainder of the inmates on his or her unit will be quarantined to ensure additional inmates do not develop symptoms. The inmates' medical isolation will be evaluated by medical staff at least twice a day, and the inmates on a medically quarantined unit will have their temperature checked twice a day.

The Honorable Roslynn R. Mauskopf
April 14, 2020
Page 2

On April 1, 2020, the BOP enacted a national 14-day action plan to increase social distancing in the facilities.  Specifically, inmates in every institution are to be secured in their assigned cells.  At MDC and MCC, the inmates will be released from their cells 3 days per week in order to shower, use the phones, and utilize the TRULINCs system. This will be done in small groups and social distancing has been encouraged. The national action plan will not, however, affect the provision of legal phone calls. Inmates will still be taken out of their cells for legal phone calls.

Inmate orderlies are cleaning the common areas of all housing units, and inmates have been instructed to continue to wipe down and sanitize their living quarters.

MCC and MDC unit team staff and officers are available to the inmate population to address any and all issues, including medical concerns, property concerns, and/or food related requests. Unit team staff are providing legal calls to attorneys. Any inmate can also request medical care from health services providers when they make rounds on the housing units.

It is our understanding that the BOP will promulgate additional guidance to address COVID-19 within its facilities in the near future. Once that guidance is made available, we will inform the Court.

With regard to the numbers as of April 14, 2020 for MDC:

Inmates tested: 11
Inmates positive: 5
Staff Positive: 14

With regard to the numbers as of April 14, 2020 for MCC:

Inmates tested: 6
Inmates positive: 5
Staff Positive: 17

Respectfully submitted,

/s/

M. Licon-Vitale
Warden
MCC New York

/s/

D. Edge
Warden
MDC Brooklyn