**CONTENT REDACTED**

# EXHIBIT G