# EXHIBIT A

Mirvis correspondence

I am a Primary Care physician with 30 years of practice experience, and I also perform quality of care reviews for a large health care organization. I've reviewed the medical records of Ruslan Mirvis and see that he has three conditions that would place him at high risk for severe illness if he were to contract Covid-19 infection, according to the Centers for Disease Control. These include:
- severe/morbid obesity (his Body Mass Index is > 40): this degree of obesity confers increased risk for Acute Respiratory Distress Syndrome, which is a serious and potentially life threatening lung disorder and a major complication of Covid-19
- immunosuppressive therapy: the medication that he takes for psoriasis is Methotrexate, which can impair immune system function and limit the body's ability to fight and clear infection
- hepatic disease (as evidenced by enlarged liver on ultrasound and elevated liver function blood tests): liver problems can compromise immune response, and severe infections can also worsen liver function

The usual standard of care for an individual with such clinical issues in the setting of a widespread viral outbreak would entail the following elements:
- efforts to prevent infection by avoiding settings where there would be predictable and substantial risk of exposure to the infectious agent
- close monitoring for symptom emergence
- ready and reliable access to medical evaluation and treatment if/when infection occurs

it is my opinion that Mr. Mirvis would have a better chance of achieving these objectives and avoiding serious illness if he wasn't incarcerated. There is also potentially enhanced risk to those around him if he contracts Covid-19 disease while in prison, because he may remain infectious for an extended period of time.

Sincerely,
John Sanderson, MD
4/21/20

# JOHN J. SANDERSON, M.D
467 Central Park West - apt 14D
New York, NY  10025
716-725-7885
jsandersonmd@gmail.com

LICENSURE:                          New York State #138870

EDUCATION:

| | | |
|---|---|---|
| M.D. | 6/1978 | New York University School of Medicine<br>New York, NY 10016 |
| B.A. | 6/1974 | New York University<br>New York, NY 10016 |

POSTGRADUATE TRAINING:

1978 - 1982             Family Medicine Residency/Fellowship
                        Deaconess Division – Buffalo General Hospital
                        SUNYAB School of Medicine and Biomedical
                        Sciences, Buffalo, NY 14214

PROFESSIONAL EXPERIENCE:

9/15 - present          Physician Reviewer
                        VA Central Office of Medical Legal Affairs
                        Field Office – VA Western NY Healthcare System
                        Buffalo, NY 14215

10/07 – 11/14           Primary Care Director
                        James J. Peters (Bronx) VA Medical Center
                        130 West Kingsbridge Road
                        Bronx, NY 10468


10/07 – 11/14           Primary Care Staff Physician
                        James J. Peters (Bronx) VA Medical Center
                        130 Kingsbridge Road
                        Bronx, NY  10468

| | |
|---|---|
| 5/03 – 10/07 | MVAC (Med-Surg) Careline Manager<br>VA Western NY Healthcare System<br>Buffalo, NY 14215 |
| 9/94 – 10/07 | Primary Care Director<br>VA Western NY Healthcare System<br>Buffalo, NY 14215 |
| 10/84 – 9/07 | Staff Physician<br>VA Western NY Healthcare System<br>Buffalo, NY 14215 |
| 7/98 - 10/00 | Acting Medical Director of Post Acute Care<br>VA Western NY Healthcare System<br>Buffalo, NY 14215 |
| 1/84 - 10/84 | Associate Physician<br>Practice of Douglas Moffat, M.D.<br>Hamburg, NY 14075 |
| 5/83 - 5/84 | Staff Physician<br>Geneva B. Scruggs Community Health Center<br>Buffalo, NY 14214 |
| 7/82 - 8/83 | Medical Director - Outpatient Department<br>Deaconess Division - Buffalo General Hospital<br>Buffalo, NY 14203 |

*APPOINTMENTS*:

| | |
|---|---|
| 12/11 – 11/14 | Assistant Clinical Professor of Medicine<br>Columbia College of Physicians & Surgeons<br>New York, NY 10032 |
| 7/96 – 10/07 | Assistant Professor of Clinical Medicine<br>SUNYAB School of Medicine and Biomedical<br>Sciences, Buffalo, NY 14214 |
| 1991 - 7/96 | Clinical Assistant Professor of Medicine |

|  |  |
|---|---|
|  | SUNYAB School of Medicine and Biomedical Sciences, Buffalo, NY 14214 |
| 9/83 - 6/84 | Clinical Advisor<br>SUNYAB School of Medicine and Biomedical Sciences, Buffalo, NY 14214 |
| 1982 - 1984 | Assistant Attending<br>Buffalo General Hospital<br>Buffalo, NY 14203 |
| 7/81 - 6/83 | Instructor, Physical Diagnosis<br>SUNYAB School of Medicine and Biomedical Sciences, Buffalo, NY 14214 |

*TEACHING/ SERVICE*:

| | |
|---|---|
| 12/11 – 11/14 | James J. Peters (Bronx) VA Site Director<br>Columbia 3rd Year Longitudinal Clerkship<br>Columbia College of Physicians & Surgeons<br>New York, NY 10032 |
| 10/07 – 11/14 | Attending Physician Medical Resident clinic<br>James J. Peters (Bronx) VA Medical Center<br>130 West Kingsbridge Road<br>Bronx, NY 10468 |
| 10/07- 11/14 | Medicine Ward Attending<br>James J. Peters (Bronx) VA Medical Center<br>130 West Kingsbridge Road<br>Bronx, NY 10468 |
| 10/07 – 6/11 | Primary Care clinic preceptor<br>Mount Sinai medical students<br>James J. Peters (Bronx) VA Medical Center |
| 7/97 – 6/00 | Attending Physician Medical Resident clinic<br>VA Western New York Healthcare System<br>Buffalo, NY 14215 |

| | |
|---|---|
| 1987 - 1994 | Clinic Preceptor, Third Year SUNY students<br>Buffalo VA Medical Center<br>Buffalo, NY 14215 |
| 1987 - 2002 | Ward Attending<br>Buffalo VA Medical Center- Dept. of Medicine<br>Buffalo, NY 14215 |
| 1985 - 1989 | Instructor, Physical Diagnosis Course<br>Buffalo VA Medical Center- Dept. of Medicine<br>Buffalo, NY 14215 |
| 1981 - 1984 | Preceptor, Department of Family Medicine<br>Deaconess Family Practice Center<br>Buffalo, NY 14208 |

*PAST VETERANS HEALTH ADMINISTRATION (VHA) ACTIVITIES/ROLES*:

National:
VHA Advanced Clinic Access Coach
VHA Northeast Region Flow Improvement Collaborative (Co-Director)
VHA Primary Care Field Advisory Committee

Regional:
Veterans Integrated Service Network (VISN) 3 Primary Care Council
Veterans Integrated Service Network (VISN) 2 MVAC Executive Board
Veterans Integrated Service Network (VISN) 2 Primary Care Council (Chair)

Local:
James J. Peters (Bronx) VAMC Primary Care Medical Home program (Lead)
James J. Peters (Bronx) VAMC Compensation & Pension unit (Lead)
James J. Peters (Bronx) VAMC Board of Directors
James J. Peters (Bronx) VAMC Medical Executive Committee
James J. Peters (Bronx) VAMC Performance Improvement Com.(Co- Chair)
Buffalo VAMC Health Systems Committee
Buffalo VAMC Quality Assurance Committee (Co-Chair)
Buffalo VAMC Morbidity and Mortality Committee (Chair)
Buffalo VAMC Drug Usage and Evaluation Committee
Buffalo VAMC Lab Utilization Committee