# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| SUITE 1800 | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

ADMITTED NY

October 10, 2021

**BY ECF**
The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *United States v. Mirvis*, 17 Cr. 273 (FB)

Your Honor:

      Dory Silverman, Esq. and I represent defendant Ruslan Mirvis in the above referenced case.

      With the consent of the Government, I write to request that the parties' October 13, 2021 status conference be adjourned 30 days.

      This request is necessary because on October 6, 2021 we received the Government's new plea agreement. The additional time will permit us to review the proposed agreement with Mr. Mirvis, and we believe that this will result in a disposition of this case.

      We consent to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, to the adjourn date.

                                        Respectfully,

                                        s/
                                        Michael O. Hueston

cc:      Counsel of Record