UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------
UNITES STATES OF AMERICA,           :
                                    :
                                    :     ORDER OF REFERRAL
  -vs-                              :
                                    :     CR-17-273(FB)
Ruslan Mirvis,                      :
                Defendant.          :
------------------------------------

      The defendant, __**ABOVE**__, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge __**TISCIONE**__ to administer the allocution pursuant to F.R.Crim.P. Rule 11, and make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

                                              SO ORDERED:

                                         __/s/ **Frederic Block**__
                                          U.S. District Judge

Dated: Brooklyn, New York
       November 19, 2021

***CONSENTED TO:***

_____
Defendant's signature & Date

_____
Attorney for Defendant's signature

_____
Magistrate Judge