**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Rulsan Mirvis        Defendant,

-------------------------------------------------------X

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE FOR PURPOSES OF A PLEA OF GUILTY AND ALLOCUTION**

U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK BROOKLYN OFFICE

CASE NUMBER: 17-CR-273 (FB)

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to plead guilty before a United States district judge or a United States magistrate judge.

I HEREBY:    Waive (give up) my right to a plea of guilty herein before a United States district judge, and consent to the plea and allocution before a United States magistrate judge.

X _/s/ Ruslan_____
                                        Defendant

Dated: December 17, 2021

Central Islip, New York