BEFORE: STEVEN L. TISCIONE  DATE: 12/17/21
UNITED STATES MAGISTRATE JUDGE  TIME: 12:30 PM

# CRIMINAL CAUSE FOR GUILTY PLEA

**DOCKET No. 17-CR-273 (FB)**

**DEFENDANT: Ruslan Mirvis**  **DEF. #**
☒ Present  ☐ Not Present  ☒ Custody  ☐ Bail/Surrender

**DEFENSE COUNSEL**: Michael Hueston
☐ Federal Defender  ☒ CJA  ☐ Retained

**A.U.S.A.**: Drew Rolle

INTERPRETER: N/A

PROBATION OFFICER/PRETRIAL:

COURT REPORTER/FTR LOG: 12:38-12:59   MAGISTRATE DEPUTY: SHW

☒ Case called  ☒ Counsel for all sides present

☒ Defendant is sworn, arraigned, informed of his rights, and waives trial before District Court

☒ Defendant enters a Plea of Guilty to Count(s) 1 of the Superseding Information

☒ Court finds a factual basis for the plea and accepts it

Sentencing:  ☐ Set for _____ before Judge _____

☒ To be determined/set by probation

Defendant:  ☒ Continued in Custody

☐ Bail Set/Continued

☒ Plea agreement marked as Ex. 1 and returned to the Government.

☒ Transcript ordered

OTHER: Upon defendant's consent to proceed before a United States Magistrate Judge, Magistrate Judge Tiscione, having administered the allocution and finding that the plea was knowingly and voluntarily made and not coerced, recommends that the plea of guilty be accepted by the District Judge.