# Exhibit 1

## Defendant's Letter

**Unredacted Copy – Filed Under Seal**

Dear Honorable Judge Block

I wrote this letter with the help of my lawyers.

I hurt the victims of my crimes terribly. They are not responsible for what I did to them. I hope they all continue to heal. I am so sorry for what I did to them.

I did not come from a broken home. My parents loved me and my siblings and did their best to ensure we had what we needed.  I do not want my victims to blame themselves. They did nothing wrong, and I hurt them.

This prosecution presented me with a choice to grow as a person. I have worked hard over the past years to learn and improve myself. I took courses and programs in domestic violence and sexual abuse, had discussions with forensic psychologist Dr. N.G. Berrill about my crimes and sexuality, and discussed my life with social worker Anna Bulkin. I saw how I had become accustomed to wearing a fake mask and smile, suppressing what was broken in me. This made growing up even harder. I felt alienated. I couldn't focus on school and didn't have many friends. I didn't believe I deserved to be loved, get married, or raise a family. I felt inadequate and worthless. As an adult, I broke off relationships with good women because I thought their futures would be brighter without me. I eventually became angry at the world and myself.

One of the few activities that has fulfilled me is cooking. I worked at delis and restaurants in New York City. I learned from accomplished chefs. I worked long hours and at events. This added to my self-esteem. I even started my own catering business, but I was not a good businessman, and when my company failed, I became despondent. I sunk into delusion and committed these crimes, which disgusted me.

I'm committed to not hurting anyone in the future. While in prison, I've taken hundreds of hours of professional, developmental, and vocational courses and programs. I've read self-help books, participated in 12-step sex addiction programming, corresponded, and met with clergy. I have given to charities, including victims of domestic violence, school shootings, and sexual abuse. At the Metropolitan Detention Center, in Brooklyn, I worked on the suicide watch, as a recreational aide, and taught inmates to draw. At the Essex County Correctional

1

worked as a porter and a legal representative, helping inmates in the law library, and have been responsible for handing out computers and tablets to inmates.

████████████████████████

I've lived through the hardest of COVID-19 in prison, worrying about my family, and after the pandemic, I lost my father to an unrelated disease and suffered with my mother as she fought cancer.

I am disciplined and committed to growing and not falling back. Other inmates call me the "book crusher" because I'm always reading. I am committed to regaining the trust I broke with society. I know that I deeply hurt my victims, and I want them to know they have the power to overcome what I did to them.

Thank you for reading my letter.

Sincerely,

Ruslan Mirvis

*[signature]*