# Exhibit 2

**Defendant's Psychosexual Evaluation (Under Seal)**