# Exhibit 3

# Defendant's Mitigation Report (Under Seal)