# Exhibit 4

**Family's Letters of Support**

**Unredacted Copy – Filed Under Seal**

Your Honor,

I stand before you today to urge you to consider leniency in the case of Ruslan Mirvis, for deep down, beyond the mistakes he may have made, lies a good and caring person.

Allow me to share a personal story that speaks volumes about Ruslan's character. In the aftermath of the tragic events of 9/11, I, like many others, found myself called to action with the US Army National Guard. In the heat of the moment, I rushed to the World Trade Center site without even a moment to inform my family of my whereabouts. It was Ruslan who, despite the uncertainty and danger of the situation, went out of his way to search for me, to ensure my safety and well-being.

Throughout the years that followed, as I embarked on numerous deployments with the US Army, Ruslan stood by my family's side, particularly taking care of my little brother Richard. His unwavering support and dedication helped alleviate the burden on my parents while I was away serving my country in combat zones. Ruslan's actions during those challenging times exemplify his selflessness and compassion, traits that are not easily found in this world.

I do not mean to take anything away from the victims, but I must also try bringing to your attention the current circumstances my family faces. Just a few years ago, we tragically lost our father, leaving my mother to grapple with chronic health conditions on her own. She battles COPD, Diabetes, and a myriad of other ailments that require constant care and attention. With Ruslan's demonstrated history of providing support and assistance to my family, his presence has become invaluable, especially considering our mother's deteriorating health. I along my little brother Richard are both full time employed and is very difficult to provide any real assistance that she needs.

Which brings me to my next issue to consider. I am sure that the court understands my brother faced unimaginable abuse in the MDC. I personally believe that between time served and the challenges to say the least he faced in MDC, such as extorsion and other physical abuse, he paid his debt to society. Aside from that, he has worked tirelessly with self-improvement. Getting some forms of education, which would help him tremendously in getting a decent job once he gets released.

Your Honor, I implore you to consider the entirety of Ruslan's character and his contributions to our family's well-being. While he may have made mistakes, his heart remains steadfast in its commitment to kindness and compassion. In granting leniency, you not only give Ruslan a chance at redemption but also ensure that my family continues to receive the care and support they desperately need during these trying times.

Thank you for your attention and consideration.

Alexander Mirvis

March 12, 2024

The Honorable Frederic Block
United States District Court Senior Judge
New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: United States v. Ruslan Mirvis, 17-CR-273 (FB-ST)
   Letter of Support

Dear Judge Block:

I hope you are well. I am the youngest brother of Ruslan Mirvis. I am currently pursuing a Master of Science in Urban Policy and Leadership at Hunter College, with the hope of becoming a transportation planner for the Metropolitan Transportation Authority. I had lived with my older brother for my entire life until his arrest in April 2017. I am aware of the events surrounding Ruslan's guilty plea.

In this letter, I address the Court, not to downplay the seriousness of Ruslan Mirvis' offense, but to highlight the importance of his rehabilitation. I respectfully submit this statement to provide a comprehensive perspective on him before his sentencing. While I acknowledge the Federal Sentencing Guidelines are no longer mandatory and only offer the Court a framework for determining an appropriate sentence, I do not doubt that Your Honor will consider all pertinent factors in arriving at a just and fair decision.

Speaking from my personal experiences, Ruslan seemed to have grappled with behavioral issues throughout his life, impacting his ability to form stable relationships and pursue educational and occupational endeavors. It saddens me to consider how many of his mistakes in life had likely been due to these unaddressed problems. He remained unemployed for several months leading up to his arrest and had not pursued higher education. His relationships were marred by unresolved conflict, emotional anguish, and manipulation. Our family has also faced considerable hardship, exacerbated by our father passing away on October 31, 2021, from respiratory complications due to decades of cigarette smoking. Ruslan's detention prevented him from visiting our father in his final days or attending his funeral services, which certainly amplified his grief and sense of loss.

In addition to our father's passing, our mother has battled cancer and chronic obstructive pulmonary disease for many years. She currently resides in a small studio

apartment in Sea Gate, Brooklyn, under Section 8 housing. My oldest brother and I share the responsibility of caring for her outside of her formal medical care system of doctors and home health aides. Ruslan's detention has prevented him from providing meaningful support to our mother during her illness. Heartbreakingly, Ruslan's detention at MDC Brooklyn exposed him ███████████, extortions, and physical abuse from inmates who sought to exploit our elderly mother's vulnerability.

I express concern for his mental health and the collateral consequences of his offense, particularly his sex offender registration and deportation. As a brother, I failed to recognize the warning signs that might have prevented the suffering he inflicted upon his victims. There is no justification for his deplorable actions, and words cannot express the depth of my remorse for the pain and trauma those children and their loved ones are still enduring. I think about them every day, desperately holding onto the hope that they will someday find the strength to rebuild their lives and find happiness.

I still believe that my brother deserves a chance to atone and reintegrate into society as a productive and morally upright citizen. I have faith in his capacity for redemption through participation in academic, mental health, and vocational programs. Therefore, I urge the Court to consider placing him in a secure and safe facility offering intensive sex offender treatment alongside comprehensive rehabilitative programs, if the Court so pleases and directs.

Thank you for Your Honor's patience and consideration in this matter.

Respectfully,

*Richard Yudkiss*
/s/ Richard Yudkiss

March 20, 2024

The Honorable Frederic Block
United States District Court Senior Judge
New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Block:

I am writing to you today in the hope of leniency in the sentencing of my son, Ruslan Mirvis. Ruslan is scheduled for sentencing on April 25th, and I believe a more comprehensive understanding of the man beneath the mistakes will aid your judgment.

Ruslan has always been supportive, loving, kind, and hard-working. His dedication to his job wasn't merely about a paycheck; it was a silent promise to provide for his sick and invalid mother and father, to ensure our comfort and well-being. He poured his heart into his work, taking immense pride in customer service and his passion for cooking. This dedication extended beyond his job. He was always there to lend a helping hand, whether running errands for our neighbors, carrying groceries for an elderly friend, or assisting me with the countless chores that came with running a household, even alongside my home attendants. He understood the importance of shared responsibility, and his willingness to help ease the burden on all our shoulders.

While he may not have volunteered outside the family unit, his generosity extended to those close to him. Whether it was helping neighbors and friends with errands and carrying groceries, or assisting me with cleaning and cooking, Ruslan readily offered his time and energy. He was always a pillar of emotional support for me when he wasn't coming home in the small hours of the night, exhausted after a day's work in the kitchen. He alone understood my nurturing nature among my children and readily offered his own kindness in return. We honestly shared a special bond built on mutual understanding and compassion.

In June 1989, my family and I sought asylum from Odessa, Ukraine, relocating to New York due to religious persecution. This decision secured a future free from discrimination. Despite holding a master's degree in nursing from my home country, my aspirations for further education were repeatedly thwarted by anti-Semitic discrimination when I attempted to apply to medical school in Odessa. Determined not to see my children face similar obstacles, I pursued work tirelessly, eventually establishing a career in dialysis nursing after years of labor as a home attendant. However, due to my medical issues such as lung cancer and COPD, I was compelled to leave my job and rely on disability benefits. Throughout these hardships, Ruslan remained a crucial pillar of emotional support. The news of Ruslan's crimes shattered my world. However, during our weekly visits at the MDC Brooklyn, I could see he felt remorse for his actions. He understands the gravity of his actions and the pain he has inflicted. He has expressed a deep desire to apologize to you, the judge, and most importantly, to the victims at sentencing. While

he hasn't formally apologized yet, this is due in part to my emotional state. I simply couldn't bear to delve deeper into the details of the crimes. He is sincerely sorry for the hurt he has caused which separated him from his mother and I know he would want to make me proud by acknowledging his mistakes.

During his time at MDC Brooklyn and Essex County Correctional Facility, Ruslan has been committed to furthering his education despite the challenges of incarceration. He has actively pursued educational opportunities, demonstrating a strong determination to improve himself and acquire new skills. Ruslan has completed courses in criminal law and paralegal studies, earning certificates through Blackstone Academy. I am so proud and hopeful that Ruslan has embraced learning as a means of transformation and has shown resilience in being incarcerated. He was devastated to learn that my husband of over 40 years, Mikhail, had passed away on October 31st, 2021, at Maimonides Medical Center. Mikhail, having been a heavy smoker for decades, succumbed to a massive asthma attack at the hospital after arriving for a routine endoscopy. This required intubation and placing him in a coma. Ruslan was particularly upset because I hadn't told him Mikhail had been sick for his protection. He was already detained at this point and was unable to attend the funeral, which hurt him even more. It was clear to me and the rest of my family that he was remorseful because his parents were sick, his father died, and he was incarcerated. He has personally told me when I would go visit him that he has been deeply affected by his grief and lack of freedom and he regrets his actions because of it.

Ruslan's immediate plans for the future are to return home and work. However, my true hope is that he finds stability, safety, and commitment to self-improvement. He understands the need for change, and I am confident in his capacity for growth as my son. He will absolutely not be alone on this journey. He has a strong support network in myself, his family, and my friends. We are all prepared to stand by him, offering unwavering support and guidance as he navigates a path toward redemption, but all of that would disappear after he serves his prison sentence. I understand the seriousness of Ruslan's actions, and I am not writing to make excuses for him. But I ask you to consider the devastating consequences of deportation on his life and his ability to make amends to the world. With your guidance and the chance to remain in the country, I believe Ruslan can work towards redemption, be a part of our family again, and become a valuable member of the community. Whatever decision you make, I will respect it.

Please allow him to learn from his mistakes and make amends in safety. Thank you so much for your consideration.

With deepest respect and hope,

Marina Yudkiss