# **Exhibit 5**

## **Inmate Letters of Support**

### **Unredacted Copy – Filed Under Seal**

Honorable Judge Fredric Block,

My name is Larry O'Neal, inmate number 13201-036. I was arrested in January of 2018 on one count of possession of child pornography. I was sentenced to fifty one months in January of 2020. Prior to this I served honorably in the U.S. Army as a crew cheif on a Blackhawk helicopter. I served from November 1995 until November 2001. During my active duty I served overseas in Korea, deployed to Kuwait for Operation Desert Spring, participated in Hurricane missions during Hurricane Floyd as well as countless temporary duties at many TDY locations. Upon my separation from active duty I joined the Maine Army National Guard. I served honorably with the 112th Medical Company Air Ambulance from November 2001 until May 2004. We were activated in 2003 and served in Kuwait and Iraq in support of Operation Iraqi Freedom. After returning from the deployment I began working At the Aroostook County Jail for the Aroostook County Sheriff's Department as a corrections officer. I worked there for 3 years until October 2007 when I applied and was accepted to U.S. Customs and Border-Protection. I worked for CBP from 2007 until my arrest in 2018. I loved my job and always received outstanding performance ratings as well as multiple "on the spot" awards for cases I was involved with. I volunteered to be trained in all areas of our port of entry to include firearms instructor. I hope my background is sufficient enough for you to trust my character-judgment of Ruslan Mirvis.

I am writing on behalf of inmate Ruslan Minvis, registration number 90101-053 to attest to his character and ask you to take my statements into consideration.

My personal experience while being incarcerated I compare to my military experience due to the many unique individuals with varying personalities, cultures, backgrounds etc. that I have been introduced to and manage to live with day to day. One person stands out from the pack as I will explain further.

Upon completion of my processing after my arrival at MDC Brooklyn, I was housed in the K-81 unit. I was immediately approached by Ruslan Minvis. He introduced himself and then assisted me in getting settled, getting supplies such as toiletries and told me if I needed anything else to ask. In the following days he instructed me on how to use the computers, the phones, who to contact as far as staff to get things accomplished and clothing issue. His assistance was invaluable to me since this is my first time in the system and I was ignorant to the procedures. Ruslan Minvis is extremely approachable and always willing to lend a hand. He treats all newcomers as he did with me offering his assistance and knowledge. Ruslan has even offered commissary to those who have none at his own expense. His kindness and generosity are inspiring.

Ruslan is constantly encouraging myself and others to better ourselves and make the best of our time by completing correspondence courses, participate in recreation activities, participate in programs and keep positive. His positivity echoes throughout the unit. He is always smiling and joking with everyone, making the best of a bad situation.

He is a very hard worker aswell. Within the unit he is a recreation orderly, cleaning orderly, computer orderly, and a suicide watch companion. He takes on all this responsibility and still maintains his smile while doing so and still finds the time to assist others when needed. I find Ruslan Minvis to be a genuine individual with a kind heart and a true desire to help others. Above all I would consider him a true friend and I appreciate all he has done. He has earned my respect. I ask that you take this into consideration in your decision.

respectfully,

Larry O'Neal

Reg # 13201-036

Dear   Judge Block

My name is  John , im a inmate
at the essex county correctional facility!
Im a good friend of Murvis Ruslan!
Mr Murvis Ruslan lives in the cell Right
accross from me! I've been friends with
him for over 8 months now! Mr Murvis
is an Employee as well! he cleans
up and Does the feid every morning
afternoon time!
          Any task that is given
to him is always completed and Done
Properly! He's a very reliable Person
and worker! He Does not get in any
trouble at all! he stays to himself
and he is always reading and if not
he is working the remander of the time!
          Mr Murvis is not Only a good
Bieng and worker But he an amazing
friend! whenever Im Down and need
a Push he is always there for me
and gives me advise! Mr Murvis
has such an amazing heart and
he is such an amazing person!
His heart is One of a kind.
Im glad to call him my Best friend!

Mr Marvis a very thoughtful human Being. He defenitly is, Like I said Before a Reliable Person and most defenitly responsible and generous bieng! He Deserves to make it home to his kids and wife! A bieng Like him Deserves a chance to be out there in the world. My name is John and thank you Judge Block For taking the time to read this letter god Bless you Sir And your Love Ones Amen!

March 10, 2019

To The Honorable Judge Frederic Block,

My name is Elliot Halberstam and I have been on the same unit as Ruslan Mirvis at the Metropolitan Detention Center for the past eighteen months.

I have a Masters degree in Counseling Psychology from the University of London as well as a Masters of Social Work degree from Edinsoro University, PA and I have been incarcerated for the past forty months.

Ruslan has been a positive addition to the Unit we are on. In addition to his daily duties as an orderly he has sought out and befriended new people as they join the unit. Furthermore, since he has been incarcerated he has undertaken an unbroken chain of classes and courses to both cater to his spiritual needs as well as to plan for employment opportinities for when he is released.

Ruslan has spoken to me often about being a responsible member of society and he has shown himself to be a devoted ▬▬▬▬ son. He is constantly devoted to bettering himself.

I hope that Your Honor will consider these atributes of Ruslan when considering his sentence.

Yours sincerely
Elliot Mirbs
Elliot Halberstam #75100-054

HONORABLE FREDERIC BLOCK,                                    12/13/19

I AM WRITING THIS LETTER ON BEHALF OF
RUSLAN MIRVIS. WE ARE CURRENTLY INCARCERATED
TOGETHER AT BROOKLYN MDC. I ARRIVED HERE
APPROXIMATELY ONE MONTH AGO AND FROM THE DAY
I ARRIVED HE HAS BEEN NOTHING BUT FRIENDLY TO
ME AND ALL OTHERS AROUND US.

BEING THE "NEW GUY" IN A UNIT IS ALWAYS
HARD, ESPECIALLY IF YOU'RE NOT IN A GANG OR A CAREER
CRIMINAL WITH LOTS OF ASSOCIATES IN THERE. I
THINK RUSLAN SAW THIS IN ME AND ON THE FIRST
DAY INVITED ME TO SIT AT HIS TABLE WHERE WE
REMAIN TODAY.

I DON'T KNOW A LOT ABOUT RUSLAN BUT I DO
KNOW THAT HE IS DIFFERENT FROM THE VAST MAJORITY
OF PEOPLE THAT I'VE MET IN PRISON. HE'S A FAMILY
MAN THAT APPARENTLY HAD A VERY GOOD CAREER OUTSIDE
AND AN ENTIRE LIFE THAT HAS NOTHING TO DO WITH BEING
A CRIMINAL.

HE HAS BEEN HERE FOR A VERY LONG TIME AND HAS HAD
SOME HORRIFIC EXPERIENCES HERE. I DON'T KNOW EVERYTHING
ABOUT HIM OR HIS CASE, BUT I DO KNOW HE IS A REALLY
NICE PERSON THAT MISSES HIS FAMILY AND OBSERVES A
SECOND CHANCE. I WISH TO ASK YOUR HONOR THAT YOU
CONSIDER THE LOW END OF THE GUIDELINES WHEN TIME FOR
SENTENCING COMES — HOPEFULLY TIME SERVED. HIS FAMILY
NEEDS HIM.

THANK YOU FOR YOUR TIME AND CONSIDERATION.
RESPECTFULLY,
STANLEY NADORASKI JR.
ALBANY NY (NY)

Dear Judge Fedric Block,

My name is Keith Hock, inmate number 25505-052. I was arrested in July 2018 on child Pornography Charges. I pled Guilty in late July 2019 and sentenced to 80mos. in January 2020. Prior to that I served honorably in the US Navy from Nov 1986 through Oct 1995. I even served aboard the USS Shasta (AE-33) in the Persian Gulf during the First Gulf War. In 1995 I Joined the US Border Patrol. My service with the Agency has seen me receive consistently Outstanding Performance Ratings, receive an award for helping a fellow Agent to raise money for his 9month old Daughter who contracted Leukemia. It was only during my last 4months of service that I crossed that line into illegal Behavior. Even though I made some extremely Bad Decisions, I do feel that I am a good Judge of character.

I am writing this letter on Behalf of inmate Ruslan Mirvis reg# 90101-053 to attest to his character.

I have been incarcerated in 3 different County Jails and now at the Metropolitan Detention

CENTER. I HAVE MET MANY DIFFERENT INMATES with a WIDE RANGE OF PERSONALITIES. SOME WERE good PERSONS, MOST WERE NOT.

When I transfered to this current unit (K81), ON INMATE has consistently stood APART FROM others AS A MODEL INMATE. HIS NAME IS ROSLAN MIRVIS. MR MIRVIS WAS VERY APPROACHABLE whenever I HAD questions CONCERNING this UNIT. He has been INVALUABLE to my ADJUSTING to LIFE in this UNIT. HE IS ALSO MENTORING ME ON what PROGAMS I Should take that WOULD MOST BENEFIT ME. He has gone FAR AND ABOVE the NORMAL IN ASSISTING ME WITH ISSUES. HE HAS GIVEN ME books AT his OWN EXPENSE to help ME with ANY possible LEGAL ISSUES that MAY ARISE.

What has IMPRESSED ME the MOST is that he EAGELY jumps At the CHANCE to ASSIST other INMATES WITHOUT REGARDS to their RACE, RELIGION OR SOCIAL STATUS. THAT is what I'M MOST IMPRESSED ABOUT, his WILLINGNESS to help others OUT OF GENIUNE CONCERN. I EVEN SAW him DIFFUSE A FIGHT BETWEEN A HISPANIC AND AFRIC AMERICAN. BOTH WERE

know for their propensity for violence. Yet, Mr Mirvis stepped in an rapidly de-escalated the situation. Those two inmates have sense become friends playing cards and dominoes together. That was probably one of the best "conflict resolution" style mediating I have witnessed.

From what I have seen and experienced with Mr. Mirvis, I can honestly consider him a life long friend. I do not give out my friendships very easily.

I respectfully ask that you take this letter into consideration before passing any judgements on Mr. Mirvis. He really is one of the good guys in this world

Respectfully
Keith Hook
Reg. # 25505-092

March 24, 2019

To The Honorable Frederic Block,

I sincerely hope this letter finds you well. My name is Joshua Apodaca and I am currently an inmate at the Metropolitan Detention Center in Brooklyn, New York. This letter is in regards to Ruslan Mirvis (#90101-053) who is currently incarcerated in this same institution as myself. I have been through several B.O.P facilities in the last year and have come across, literally, hundreds of people in that time. I can honestly say that Ruslan stands out from everybody I met. Many people I have come across either refuse to change their ways or they only talk about it. Ruslan definetly shows through his actions that he is striving to better himself every day. He constantly goes out of his way to help people feel more at ease or more comfortable during their stay here in Brooklyn. As you can imagine, being in prison can be very stressful and very difficult. But Ruslan has learned to take the good with the bad and makes the best out of every day, not just for himself, but for all those around him, as well. He has shown me how to have a positive outlook at life. If there ever was such a thing as a model inmate, then Ruslan is definetly it. Thank you, sir, for your time.

Sincerely

(Joshua Apodaca)
(# 96356-380)

03-23-2019

Your Honor,

I'm writing this letter in regards to Ruslan Minui. I'm doing so because he has been a great help and a positive influence for me sense we have been together here at M.DC. New York. I myself am a gang drop-out who is trying to change what is left of my life by surrounding myself with like minded people. I was able to get my GED in 2016, and have worked as a tutor. Ruslan as well as a couple other inmates, and I work daily on Education because he has a strong desire to get his GED as well as change his behavior.

Most people in jail get the poor me, I'm a victim attitude. Not Ruslan. He stays busy, not only in his studies, but with his unit job. I notice that when he does these things he does so with 100% effort, and pride in what he is doing, trying to make a bad situation into something good. I thank you for your time and hope he is appreciated in his goal to change his self.

Sincerly

KIRK BENNETT # 13768024

B

MARCH 10 2019

HONORABLE FEDRIC BLOCK

Sir My Name is BRIAN DEMENT I AM CURRENTLY AT MDC BROOKLYN WITH RUSLAN MIRVIS IN UNIT K84,
   I AM A FORMER POLICE OFFICER (NYPD), OF FIVE YEARS AND RESIGNSD TO BECOME A FIREFIGHTER WITH FDNY, I AM NOW RETIRED FROM FDNY DISABLED FROM THE 9/11 ATTACKS, I HAVE COME TO KNOW RUSLAN FROM MY MONTHS HERE AT MDC. HE IS RATHER EASY TO GET ALONG WITH IN A WORLD OF DIFFICULT PERSONALITIES, I KNOW HE IS TRYING TO BECOME A BETTER PERSON NO IS STUDYING TO BECOME A PARALEGAL, I WAS VERY INVOLVED MYSELF WITH THE LAW LIBRARY AND HAVE DONE HUNDREDS OF HOURS OF RESEARCH AND WAS GLAD TO BE ABLE TO GIVE HIM THE MANY MATERIALS I PRINTED OVER MY 3 YEARS AT MDC, I HOPE THAT HE CAN BE GRANTED SOME CREDIT FOR HIS ATTEMPTS TO BECOME A PRODUCTIVE PERSON,

THANK YOU

BRIAN DEMENT

Dear Ruslan Mirvis

I am writing you to thank you for saving my life in S.H.U. If you aint do what you did I would be be dead. My kids would grow up with out a father. But you stop all of that from happing. Now I can still call my wife and hear her voice and my two Daughters. Not once But twice you saved me when I pop 52 pills and when I hung my self. I thank you and so do my kid and wife.

Thank you ~ Jonathan Espinal
56832054

4·5·19

To The Honorable Frederic Block,

Hello, I hope this letter finds you in the absolute best of health, and in high spirits. My name is ~~Thomas~~ Kelly Martin and I am currently an inmate at the Metropolitan Detention Center in Brooklyn, New York. I am writing in regards to Ruslan Nirvis (#90101-053), who happens to be, not only a good friend of mine, but as a mentor as well. I was fortunate enough to befriend Ruslan here in MDC, Brooklyn. During my stay here he has taught me to be productive and to do constructive things with my idle time, which people in our situations have a lot of. Ruslan is a unit orderly and goes above and beyond to ensure that the unit is ran smoothly and that everyone is as comfortable as can be. I have yet to meet anyone as focused and determined to change their life around as Ruslan. He inspires me to do better every day and to see things, not in the "Now", but in the future. He reminds me daily that the choices we make today may affect me tomorrow. There is a saying that I've heard often while in jail, and it is, "Prison is NOT for everybody". I find this statement to be true in Ruslan's case. His out look on life and positive attitude is a sentiment to his being a rehabilitated man. Thank you for your time and consideration.

Sincerely

Kevin

Kelly Martin (66754-280)

To the Honorable Frederic Block;

Hello, My name is John Wayne Clark. I'm writing this on behalf of Ruslan Mirvis #90101-053.

Since being housed together, I can truly say that he is a remarkable person. Very friendly, determined to educate himself, and very helpful to others. When I first got here, he was the first individual to help me obtain the things I needed such as hygiene and writing materials so I can write home.

He always talks about going home to a good life and pushing toward in his education along with being a productive citizen and family member. During my incarceration, I've surrounded myself with positive people and can personally admit that Ruslan is very inspiring.

I'm "hoping" Your Honor" that you consider Ruslan's freedom and allow him to prove himself to his community, his family, and to himself.

I hope this letter finds you in good spirit and health. May God bless you.

Sincerly,
John Wayne Clark (20504-043)

3-26-19

From: Evangelista, David
#53298-054
M.D.C. Brooklyn

I am a Inmate at M.D.C. Brooklyn,
I am living in the unit with Inmate mirvis Ruslan
# 90101-053. and the area we live in is very small we are
always around each other. I have got to know MR; mirvis
and he really is a very Careing person. always willing
to help out. also very good hearted person, he is always
there for you. if you need him No matter what he is
doing he will stop and help you or walk with you or
sit and listen.

He is doing everything and more to
better himself in here. he is always taking a Course in
the mail. he is really doing a great Job of learning knew
things to better oneself and making himself a much
better person. Instead of getting Invole with the
Prison politics or sitting down playing Card's all day
he is really giving his all to become better in life....

Judge:
We all make mistakes in life Some more then others
or Some mistakes are worse the others, but I know mr:
Mirvis is truely and deeply doing everything he can to
be a more better person in life..

Thank you For Your time

David Evangelista
#53298-054
M.D.C. Brooklyn

YOUR HONOR,                                    28 MARCH, 2019

RUSLAN MIRVIS IS A FELLOW INMATE ON UNIT
K84 AT THE METROPOLITAN DETENTION CENTER, BROOKLYN,
N.Y. I FIRST MET RUSLAN WHEN I RETURNED
TO THE UNIT AFTER AN 8-MONTH STINT IN THE
HOSPITAL, WHERE I HAD BEEN TREATED FOR CANCER.
MY CELL, WHICH HAD BEEN LOCKED AND KEPT FOR
ME FOR 8 MONTHS BY OUR COUNSELOR, WAS VERY
DIRTY AND IN DISARRAY. I ARRIVED EXHAUSTED AND
OVERWHELMED, AT WHICH POINT RUSLAN JUMPED IN
AND CLEANED MY CELL COMPLETELY WITHOUT
COMPENSATION. HE DID THIS BECAUSE THIS IS WHO
HE IS. WITHOUT EXPECTATION OF REMUNERATION, RUSLAN
IS ALWAYS DOING THINGS FOR THE ORDERLIES AND,
IN GENERAL, THERE TO LEND A HELPING HAND.
    I HAVE ALSO WITNESSED RUSLAN HELPING OTHER
INMATES WITH THE COMPUTER AND/OR THE PRINTER.
HE IS CURRENTLY ENROLLED IN A PROGRAM TO BECOME
A PARALEGAL, AND HAS ALSO RECEIVED MANY CERTIFICATES
OF COMPLETION FROM RELIGIOUS ORGANIZATIONS AFTER
HE COMPLETED CERTAIN ASSIGNMENTS.
    RUSLAN CLEANS THE REC DECK WHICH, AS AN OPEN-
AIR SPACE, RECEIVES A GREAT DEAL OF BIRD DROPPINGS
AND OTHER DEBRIS.
    RUSLAN IS VISUALLY CHALLENGED & REQUIRES
GLASSES TO CORRECT HIS VISION; HOWEVER HE HAS NOT
RECEIVED THEM FROM MEDICAL. DESPITE THIS, HE IS
ALWAYS READING, COMPLETING ASSIGNMENTS, OR EVEN
LEARNING TO PLAY PING PONG. HE HAS A VERY
PLEASANT — EVEN A BIT OF A SELF-EFFACING
                                        OVER

PERSONALITY AND IN GENERAL TRIES TO CHEER FELLOW
INMATES UP.

IT IS MY HOPE THAT THE COURT TAKES INTO
ACCOUNT ALL OF RUSLAN'S ATTRIBUTES WHEN PRONOUNCING
SENTENCE UPON HIM.

THANK YOU FOR THE OPPORTUNITY TO ADDRESS THE
COURT.


Yours Very Truly

JOHN W. WORK
REG. # 86854-053

To The HONORABLE FREDRIC BLOCK

My NAME IS JAMES Smith AND AM PRESENTLY
INCARCERATED AT MDC BROOKlyn. Im ALSO IN The
GANG DROP OUT PROGRAM To BETTER my LIFE. I'VE
BEEN HERE ALMOST 2 mos. NEEDLESS TO SAY LIFE oUT
SIDE of GANG LIFE IS NEW To ME. BUT I'VE hAD
The PRIVLAGE OF MEETING A MAN NAMED RUSLAN MIRVIS.
SINCE I'VE BEEN here who I hAVE WITNESSED DOING
MANY things To BETTER his liFE, HE IS AN ORDERLY ON
The UNIT here, HE'S A TUTOR, HE'S TAKING COURSES To
BECOME A PARALEGAL. HE has BEEN A BLESSING To ME
SINCE I've BEEN here AND helpED ME. AS WELL AS
OThERS To ADJUST To INCAREERATION AND To BE AN
EXAMPlE To ALL THAT you CAN CHANGE AND BETTER
OURSELVES EVEN Though WE'VE MADE MISTAKES.
HE IS SCHEDULED FOK SENTENCING SOON AND I WOUlD
PLEASE SINCERELY ASK THAT you plEASE CONSIDER ALL
MR. MIRVIS IS DOING TO NOT ONLY BETTER HIS LIFE
BUT The LIVES OF OTHERS HE TAKEN The TIME To
HELP. ThANK you FOR your CONSIDERATION

Sincerely
James Smith

IN The United States District Court

For _____        Of New York

Declaration of RAFAEL WERA, GAMBOA
IN Support of RUSLAN MIRVIS

1) My full name is RAFAEL WERA, GAMBOA,, prison No. 15609-064.

2). I am serving 260 months in the BOP for a drug offense.

3). I was first arrested in 2003.

4) During my incarceration, I have graduated from numerous educational programs, such as Criminal Thinking, Anger Management and other self help programs.

5). I also graduated from Blackstone Career Institute (Law school), with honors.

6). However, It has not been easy for me to reform myself in prison, because I am a transgender diagnosed with gen-

1. of 2

der dysphoria.

7). I have been transitioning from male to female since 2013.

████████████████████████████████

████████████████████████████████

10). Nevertheless, on 10-8-2019 at Brooklyn MDC, in Unit 84K I was assigned to Cell K07/807:

11). And since then, I have been sharing the same cell with Inmate Ruslan Mirvis, (Mirvis), prison No. 90101-053.

12). And Mirvis has not only made me feel very safe, but he has been an inspiration: he spends all day studying hard, meditating, praying, and sharing his jewish beliefs with me and others. But most important, because of Mirvis, I have committed myself into studying the TORAH daily.

   Under penalty of perjury, I declare the set forth true and correct. Executed on October 15, 2019 at Brooklyn, New York.

                                          Rafael Loera
                              RAFAEL LOERA, GAMBOA

          2. Of 2.