# Exhibit 6

**Defendant's Medical Records (Under Seal)**