# Exhibit 7

## Government's November 28, 2020 letter
### (Under Seal)