# <u>Exhibit 8</u>

## Defendant's Certificates & Transcripts

## <u>On a positive note</u>

Regardless of all the negative things that have happened while have been incarcerated, I have used this time for personal growth.

**While at MDC – Brooklyn I obtained several "Jobs" and have listed them with descriptions below:**

1. **Recreation aid –** Assist with the development of programs, games and contests.  Teach, lead and implement training courses to certify and educate inmates.  Maintain proper inventory records, provide feedback to the Officer in Charge of recreation of the condition of programs, equipment and to document and address all safety concerns.
   **I was awarded an exemplary award for this work.**
2. **Suicide Watch Companion –** Monitor inmates in crisis, write reports every 15 minutes, talk with inmates, report any emergencies to mental health. I have logged over 500 hours of service for other inmates.
3. **Unit trusty –** Clean inside and outside of the unit.

**Other that working, I have furthered my education and joined several organizations listed below:**

1. Completed over 27 self-help programs, 15 recreational programs, and 11 educational programs.
2. "Aleph Jewish Org" completed all their courses that they sponsor.  I received a paralegal certificate with an advancement in Criminal Justice and Immigration Law.
3. With being housed in K-8-1 PC pod, I was mentored by ex-police officers, ex-lawyers, and politicians in law.
4. 60% of my income has went to non-profit organizations such as: CBIV, Magen David Adam, Robb School Memorial Fund (assists victims of school shootings), Assemblies of God World Missions, National Center for Missing and Exploited Children, Save the Children U.S. Headquarters.

**Since being transferred to Essex County Correctional Facility I have also completely many educational courses and work details such as:**

1. Trust – Clean, assist inmates with their tablet issues, make food trays to male and female inmates, clean biohazard/bodily fluids, and collect garbage.  2-D-1 unit is a SHU/IPC unit for males and females all locked in 22-24 hours per day.  I have spoken to some of these inmates, some whom have PhDs or Masters Degrees, but because of drugs are now all skin and bones. It's sad seeing young men and women lose their lives, as no one sees what really happens here behind these walls.
2. Completed over 350 hours of course work via telemate academy, created by Cypherworx, INC. with accreditation provider of Callborarnation (CEU's).  Accreditation number 54611802-2
   a. Essex County Correction Courses, Compliance and human resources.
   b. Life skills (viapath)
   c. Professional Development & safety
   d. Tech certifications

   Receiving a total of 26.42 total CEU's.
3. Khan Academy – I have studied: The Constitution, Bill of Right, and the Modern U.S. Supreme Court Privacy and civil liberties courses.

a. U.S. Supreme Court Justice – Anthony Kennedy on Civil Liberties and privacy.
b. U.S. Supreme Court Justice – Ruth Bader Ginsburg on Civil Liberties and privacy.
c. The First Amendment – by Erwin Chemerinsky, Dean of Berkeley Law, and Michael McConnell, Director of the Constitutional Law Center at Stanford Law School.
d. The Second Amendment – by Alan Gura esq. and Adam Winkler, professor of Constitutional law (UCLA)
e. The Fourth Amendment – by Professor Tracey Mears, Yale University and Orin Kerr, George Washington University
f. The Eight Amendment – by John Stinneford, University of Florida, Levin College of Law, and John Bessler, University of Baltimore – School of Law and Georgetown Law.
g. The Fifth Amendment – by Donald Dripps Warren, distinguished professor of law at San Diego School of Law.
h. The Sixth Amendment – by Stephanas Bibas, Judge, on the 3rd Circuit Court of Appeals
i. Miranda v. Arizona – by Jeffrey Rozen, President and CEO of the National Constitutional Center.
j. The Fifth Amendment by Paul Cassell professor of criminal law at University of Utah School of Law.

**I have also paid for some programs and education myself:**

1. Self-awareness
2. Biological Blueprint
3. Mindset Makeover
4. First Reform Self Mentorship Program
5. Getting out by Going in, INC.
   a. Insight Development – my life story
   b. Victim Impact course

**Other Achievements:**

- Prep/VIP victim impact program – started 5/5/2022 completed 10/8/2022
- Level non-profit, Educational Organization
  o How to Start your own business
  o Art for Self Expression
  o Psychology motivation and emotion
  o Introduction to academic writing
  o Intermediate writing
- Attended a webinar from the San Diego Zoo – Global Association of Zoo and Aquariums on Business Communication and Mentor programs.

**Organizations and Clubs I've joined:**

- Journalism Club
  College Guild
  P.O. Box 696
  Brunswick, ME 04011

- The Aleph Institute
  9540 Collins Avenue
  Miami, FL 33154

- Amazing Facts
  P.O. Box 909
  Roseville CA 95678-0909

- Legal Action Center
  225 Varick Street
  4th Floor
  New York, NY 10014

- National Association for Sexual offense Laws
  P.O. Box 36123
  Albuquerque, NM 87176

- AIDA – Awareness into Domestic Abuse
  P.O. Box 5323
  Sacramento, CA 95817

- ONE Standard of Justice

- Compassion Prison Project
  8726 S. Sepulveda Blvd
  Suite D-4201
  Los Angeles, CA 90045

- Reaching OUT – Lubavitch Prison Division
  383 Kingston Ave.
  Rm 190
  Brooklyn, NY 11213-4333

- Lambda Legal
  120 Wall St
  19th Floor
  New York, NY 10005-3919

- Safer Society Foundation
  P.O. Box 340
  Brandon, VT 05733

- Prison Express
  P.O. Box 6556
  Ithaca, NY 14851

 Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## Advanced Interpersonal Communication: Supervisors

on
January 22, 2023

CEUs Earned: 0.08

Clock Hours: 0.75

Paul W. Cypher, President & CEO,
CypherWorx, Inc.






**Congratulations!**
You have been awarded the following certificate.


CYPHER**WORX**.

Certifies that

# Ruslan Mirvis

has successfully completed

### Advanced Interpersonal Communication: Building Relationships Through Feedback (Instructor Guide)

on

January 22, 2023

CEUs Earned: 0.08

Clock Hours: 0.75

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







CYPHER**WORX**.

Certifies that

# Ruslan Mirvis

has successfully completed

## Advanced Interpersonal Communication: Building Relationships Through Feedback (Instructor Guide)

on

January 23, 2023

CEUs Earned: 0.08

Clock Hours: 0.75



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Congratulations!
You have been awarded the following certificate.



CYPHER**WORX**

Certifies that

# Ruslan Mirvis

has successfully completed

## Advanced Interpersonal Communication: Communication Styles and Methods (Instructor Guide)

on

January 23, 2023

CEUs Earned: 0.08

Clock Hours: 0.75

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







**Congratulations!**
You have been awarded the following certificate.



Certifies that

# Ruslan Mirvis

has successfully completed

## Advanced Interpersonal Communication: Colleagues and Subordinates

on

January 29, 2023

CEUs Earned: 0.05

Clock Hours: 0.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.









Certifies that

# Ruslan Mirvis

has successfully completed

## Advanced Interpersonal Communication: Customers and Vendors

on

January 29, 2023

CEUs Earned: 0.05

Clock Hours: 0.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





https://collabornation.net/lms/certviewer/HXY9KW5





Certifies that

# Ruslan Mirvis

has successfully completed

## Affirmative Action: Small Business Development - Title VI

on

January 22, 2023

CEUs Earned: 0.02

Clock Hours: 0.17

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





# Certificate of Completion

BY THE GRACE OF G-D

PRESENTED TO:

## Ruslan Minis

FOR HAVING SUCCESSFULLY COMPLETED THE

*"Aleph Champ - Hebrew Reading & Writing"*
*Correspondence Course*

PROVIDED BY
THE ALEPH INSTITUTE



RABBI AARON LIPSKAR, EXECUTIVE DIRECTOR

RABBI MENACHEM M. KATZ, DIRECTOR OF PRISON PROGRAMS

# U.S. Department of Justice

## Federal Bureau of Prisons

### MDC Brooklyn Education Department

Presents this Certificate to

## Ruslan Mirvis

In recognition of your completion of instruction course

## Alternatives to Drug Dealing

MDC Brooklyn

**July 10th, 2019**

C. Bramble – Education Technician





Certifies that

# Ruslan Mirvis

has successfully completed

## American Heart Association Emergency First Aid

on
January 23, 2023

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







# U.S. Department of Justice
## Federal Bureau of Prisons
### MDC Brooklyn Education Department

*Presents this Certificate*

*to*

# Ruslan Mirvis

In recognition of your completion of self-study course

## Anger Management

C. BRAMBLE, EDUCATION TECHNICIAN

JUNE 10, 2020

Congratulations!
You have been awarded the following certificate.





CYPHER**WORX**.

Certifies that

# Ruslan Mirvis

has successfully completed

## Anger Management

on
January 29, 2023

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





ACCREDITED
IACET
PROVIDER

1/1





Certifies that

# Ruslan Mirvis

has successfully completed

## A Student Guide to Implicit Bias

on
January 23, 2023

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Congratulations!
you have been awarded the following certificate.



CYPHER**WORX**.

Certifies that

# Ruslan Mirvis

has successfully completed

## A Student Guide to Drug and Alcohol Abuse

on
January 26, 2023

CEUs Earned: 0.05

Clock Hours: 0.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





ACCREDITED
**IACET**
PROVIDER

# U.S. Department of Justice

## Federal Bureau of Prisons

MDC Brooklyn Recreation Department

Presents this Certificate to

## RUSLAN MIRVIS

In recognition of your participation in the

## At Risk Program

May 6, 2018

D. Harper, Recreation Specialist

# Awareness Into Domestic Abuse-AIDA

## Certificate of Completion

Presented to

### Ruslan Mirvis

On the 29th day of April of the year 2022

Awareness Into Domestic Abuse-AIDA is a 501c3 non-profit with the mission to eradicate domestic abuse from the inside-out. Our correspondence course AIDA by Mail "Understanding Myself" is designed for a participant to process issues that have caused abuse in past/present relationships, along with recognizing solutions that can prevent further trauma or abuse in the future. This course consisted of 12 modules. This certificate is given as verification for completing all 12 modules with depth, honesty, and insight to questions and written essays.

_Vanessa E. Collins_

Vanessa Silva-Collins, Co-Founder/Director



**AIDA**

Awareness Into Domestic Abuse

_Eradicating domestic abuse from the inside-out._



# MDC Brooklyn
## Recreation Department

This is to Certify that

*Ruslan Mirzis*

Has Successfully Completed:

**Basic Fit Course**

At MDC Brooklyn

This certificate is hereby issued this 10th day of December, 2018

*H. Vasquez*
Recreation Specialist









Certifies that

# Ruslan Mirvis

has successfully completed

## Becoming Tech Savvy

on

January 29, 2023

CEUs Earned: 0.15

Clock Hours: 1.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.









Certifies that

# Ruslan Mirvis

has successfully completed

## Beyond Email

on

January 22, 2023

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







School for Evangelism and Discipleship
A Division of Global University—ICI

*This is to certify that*

**Ruslan Mirvis**

*has satisfactorily completed the course*

**Bible Ethics**

On this __14th__ day of __November__ , __2022__

DIRECTOR

# Certificate of completion

This certificate is presented to

## Ruslan Mirvis

For Outstanding Participation and the Completion of the Self-Help Course

**BIOLOGICAL BLUEPRINT**

P. Lawlor

CORE ADMINISTRATOR

7/26/2019

DATE

*Criminal Offender Reform Enlightenment*
*a Change of Heart a Change of Ideas*

**CORE**

West Sacramento, CA 95605
P.O. Box 1361
Email: CORE.educators@gmail.com

*Certificate of Achievement*

This certifies that

**Ruslan Mirvis**

has satisfactorily completed the

*CARD MAKING CLASS*



Consisting of 5 Hours of Sentry Training

This certificate is hereby issued this 3rd day of June, 2019

*D.Harper*

D. Harper, Recreation Specialist

# Certificate of Completion

BY THE GRACE OF G-D

PRESENTED TO:

## Ruslan Mirvis

FOR HAVING SUCCESSFULLY COMPLETED THE

*"Bible for the Clueless but Curious"*

*Correspondence Course*

PROVIDED BY

### THE ALEPH INSTITUTE



RABBI AARON LIPSKAR, EXECUTIVE DIRECTOR

RABBI MENACHEM M. KATZ, DIRECTOR OF PRISON PROGRAMS

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

## Ruslan Mirvis

upon successful completion of

### The Book of Acts, Vol. 2

Awarded the 19th  day of May,  2020.



_Joseph Webb_
ACADEMIC DEAN

_Mrs. Gwen Wadell_
REGISTRAR



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME:  **Ruslan Mirvis**

STUDENT ID#:  424155

COURSE:  **The Book of Acts, Vol. 2**

DATE:  5/19/20

EXAM 1: **77**         EXAM 2: **73**         EXAM 3: **88**

FINAL GRADE: **79**         CREDITS:  **1**

The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
| A ....98-95% | B ....86-84% | C ....76-74% | D ...66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

Please inform us of any changes in your mailing address.
Websites: www.abarc.org • www.arm.org

# Certificate of Completion

This certificate is presented to

## Ruslan Mirvis

For Outstanding Participation and the Completion of the Self-Help Course

## BIOLOGICAL BLUEPRINT

_CORE ADMINISTRATOR_

**7/26/2019**

DATE

Criminal Offender Reform Establishment
a Change of Heart, a Heart of Change

P.O. Box 1361
West Sacramento, CA 95605
Email: CORE.educators@gmail.com

# Blackstone Career Institute

Est. 1890

## Awards this Certificate in

## Business and Corporate Law

upon

## Ruslan Mirhis

who has fulfilled all the requirements prescribed by the School and is entitled to all of the honors, rights and privileges thereunto appertaining.

In Testimony Whereof this recognition of achievement is

Given this 5ᵗʰ day of December 2023

President

Valerie J. Behle, B.S., M.Ed.
Director of Education

Blackstone Career Institute

Congratulations!



CYPHERWORX

Certifies that

# Ruslan Mirvis

has successfully completed

## Business Communication

on
January 23, 2023

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







**Congratulations!**
You have been awarded the following certificate.



Certifies that

# Ruslan Mirvis

has successfully completed

## Business Ethics: Unethical Behavior

on
January 23, 2023

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Congratulations!
You have been awarded the following certificate.



**CYPHERWORX**

Certifies that

# Ruslan Mirvis

has successfully completed
## Business Ethics: Managerial Ethics

on
January 22, 2023

CEUs Earned: 0.13

Clock Hours: 1.34

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





ACCREDITED
**IACET**
PROVIDER



Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## Business Ethics: Whistle-Blowing (Instructor Guide)

on
January 24, 2023

CEUs Earned: 0.08

Clock Hours: 0.75

Paul W. Cypher, President & CEO,
CypherWorx, Inc.






Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## Business Problem Solving: Critical Thinking and Information Analysis (Instructor Guide)

on

January 22, 2023

CEUs Earned: 0.13

Clock Hours: 1.34

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





School for Evangelism and Discipleship
A Division of Global University–ICI

# This is to certify that

## Ruslan Mirvis

*has satisfactorily completed the course*

## Your Bible

On this __14th__ day of __July__, __2022__

_____
DIRECTOR





Certifies that

# Ruslan Mirvis

has successfully completed

## Business Problem Solving: Critical Thinking and Information Analysis

on

January 22, 2023

CEUs Earned: 0.13

Clock Hours: 1.34

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





https://collabornation.net/lms/certviewer/WMCPHD5



Certifies that

# Ruslan Mirvis

has successfully completed

Business Problem Solving: Problem Solving in the Corporate World
(Instructor Guide)

on

January 23, 2023

CEUs Earned: 0.08

Clock Hours: 0.84

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Congratulations!
You have been awarded the following certificate.



CYPHER**WORX**

Certifies that

# Ruslan Mirvis

has successfully completed

**California Harassment Prevention Training for Managers, Supervisors, and Salaried Employees**
on
January 24, 2023

CEUs Earned: 0.2

Clock Hours: 2.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





# Certificate of Achievement

This certifies that

**Ruslan Mirvis**

has satisfactorily completed the

*CARD MAKING CLASS*



Consisting of 5 Hours of Sentry Training

This certificate is hereby issued this 3rd day of June, 2019

*D. Harper*

D. Harper, Recreation Specialist



Congratulations!
for have been awarded the following certificate.



Certifies that

# Ruslan Mirvis

has successfully completed

## Careers Without College

on
January 25, 2023

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.









Certifies that

# Ruslan Mirvis

has successfully completed

## CERT Basic Training: Disaster Preparedness

on
January 23, 2023

CEUs Earned: 0.03

Clock Hours: 0.25

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







**Congratulations!**
You have been awarded the following certificate.



Certifies that

# Ruslan Mirvis

has successfully completed

## CERT Basic Training: Light Search and Rescue Operations

on
January 23, 2023

CEUs Earned: 0.03

Clock Hours: 0.34

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Congratulations!
You have been awarded the following certificate.



CYPHER**WORX**.

Certifies that

# Ruslan Mirvis

has successfully completed

## CERT Basic Training: Fire Safety and Utility Controls

on
January 25, 2023

CEUs Earned: 0.03

Clock Hours: 0.25



Paul W. Cypher, President & CEO,
CypherWorx, Inc.



ACCREDITED
IACET
PROVIDER





Certifies that

# Ruslan Mirvis

has successfully completed

## CERT Basic Training: Earthquakes

on
January 26, 2023

CEUs Earned: 0.02

Clock Hours: 0.17

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







# Certificate of Achievement

**This certifies that**

## Ruslan Mirvis

**has satisfactorily completed the**

*Intro Chess I*



Consisting of 2 Hours of Sentry Training

This certificate is hereby issued this 19th day of September, 2019

*D.Harper*

D. Harper, Recreation Specialist



# Certificate of Achievement

This certifies that

## Ruslan Mirvis

has satisfactorily completed the

*Chess II*



Consisting of 14 Hours of Sentry Training

This certificate is hereby issued this 4th day of December, 2019

*D.Harper*

D. Harper, Recreation Specialist





**School for Evangelism and Discipleship**

A Division of Global University—ICI

*This is to certify that*

**Ruslan Mirvis**

*has satisfactorily completed the course*

**The Church**

On this ___1st___ day of ___September___ , ___2022___

_____
DIRECTOR

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

Ruslan Mirvis

upon successful completion of

Study Course ___Christian Doctrine, Vol. 1___

Awarded the ___8th___ day of ___May___ , ___2018___ .







_Joseph Welch_
ACADEMIC DEAN

_Mrs. Gwen Wadell_
REGISTRAR



**GRADE REPORT
AMERICAN BIBLE ACADEMY
P.O. BOX 1627
JOPLIN, MO 64802-1627**

NAME:   Ruslan Mirvis

STUDENT ID#:  424155

COURSE:   Christian Doctrine, Vol. 1

DATE:  5/08/18

EXAM 1:  76    EXAM 2:  71    EXAM 3:  62

FINAL GRADE:  70    CREDITS:  1

Grading Policy - The grading system used by A.B.A. is as follows:

A+ ....100-99%   A ........98-95%   A- .......94-90%   B+ ......89-87%   B ........86-84%
B- .......83-80%   C+ ......79-77%   C ........76-74%   C- .......73-70%   D+ ......69-67%
D ........66-64%   D- .......63-60%   F ..........59-0%

Please update any changes in your mailing address.
Websites: www.abarc.org • www.arm.org

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

## Ruslan Mirvis

upon successful completion of

Study Course: **Christian Doctrine, Vol. 2**

Awarded the 30th day of October, 2018.



*Joseph Weber*
ACADEMIC DEAN

*Mrs. Gwen Wadell*
REGISTRAR

---



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME: **Ruslan Mirvis**                    STUDENT ID#: 424155

COURSE: **Christian Doctrine, Vol. 2**            DATE: 10/30/2018

EXAM 1: **74**        EXAM 2: **69**        EXAM 3: **81**

FINAL GRADE: **75**            CREDITS: **1**

Grading Policy - The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+..100-99% | A.....98-95% | A-.....94-90% | B+.....89-87% | B........86-84% |
| B-.....83-80% | C+...79-77% | C....76-74% | C- .....73-70% | D+......69-67% |
| D......66-64% | D- ...63-60% | F........59-0% | | |

Please update us with any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 52 of 204 PageID #: 575



Congratulations!
You have been awarded the following certificate:


CYPHER**WORX**

Certifies that

# Ruslan Mirvis

has successfully completed

## Coaching: Coaching Diverse Employees (Instructor Guide)

on

January 24, 2023

CEUs Earned: 0.13

Clock Hours: 1.34

Paul W. Cypher, President & CEO,
CypherWorx, Inc.




ACCREDITED
IACET
PROVIDER



# Certificate

OF COMPLETION

This certificate is proudly presented to

## Ruslan Mirvis

for completing

Cognitive Awareness

Clock Hours: 2.50

August 7, 2021

Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 54 of 204 PageID #: 577



Congratulations!
You have been awarded the following certificate.



CYPHER**WORX**

Certifies that

# Ruslan Mirvis

has successfully completed

## Conducting Meetings: Communicating As Meeting Leaders

on
January 24, 2023

CEUs Earned: 0.05

Clock Hours: 0.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





ACCREDITED
**IACET**
PROVIDER

Congratulations!
*You have been awarded the following certificate.*



## CYPHERWORX

Certifies that

# Ruslan Mirvis

has successfully completed

### Conducting Meetings: Communicating As Meeting Leaders (Instructor Guide)

on

January 24, 2023

CEUs Earned: 0.05

Clock Hours: 0.50



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## Conducting Meetings: Listening Effectively and Asking Questions (Instructor Guide)

on

January 29, 2023

CEUs Earned: 0.05

Clock Hours: 0.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Case 1:17-cr-00273-FB Document 62-8 Filed 09/25/24 Page 57 of 204 PageID #: 580



# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

## Ruslan Mirvis

*for completing*
## Conflicts of Interest

Clock Hours: 1.00

January 24, 2023



# Certificate

*O F   C O M P L E T I O N*

This certificate is proudly presented to

## Ruslan Mirvis

*for completing*

## Contentious Relationships

Clock Hours: 1.75

August 7, 2021

Case 1:17-cr-00273-FB    Document 62-8    Filed 09/25/24    Page 59 of 204 PageID #: 582



Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## Contentious Relationships

on

January 21, 2023

CEUs Earned: 0.15

Clock Hours: 1.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.






**Congratulations!**
You have been awarded the following certificate.



Certifies that

# Ruslan Mirvis

has successfully completed

### Correcting Performance Problems: Investigating Performance Problems (Instructor Guide)

on

January 24, 2023

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.






Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## CERT Basic Training: Light Search and Rescue Operations

on
January 24, 2023

CEUs Earned: 0.03

Clock Hours: 0.34

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 62 of 204 PageID #: 585



Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## CERT Basic Training: Fire Safety and Utility Controls

on

January 28, 2023

CEUs Earned: 0.03

Clock Hours: 0.25



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Congratulations!
You have been awarded the following certificate.



CYPHER**WORX**

Certifies that

# Ruslan Mirvis

has successfully completed

## CERT Firefighter Rehab Operations

on
January 28, 2023

CEUs Earned: 0.03

Clock Hours: 0.34

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 64 of 204 PageID #: 587



**Congratulations!**
You have been awarded the following certificate.



## CYPHER**WORX**

Certifies that

# Ruslan Mirvis

has successfully completed

## CERT Unit 3: Disaster Medical Operations

on
January 25, 2023

CEUs Earned: 0.15

Clock Hours: 1.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.









Certifies that

# Ruslan Mirvis

has successfully completed

## Child Abuse Prevention and Awareness for Supervisors and Managers

on

January 21, 2023

CEUs Earned: 0.15

Clock Hours: 1.50




Paul W. Cypher, President & CEO,
CypherWorx, Inc.

Congratulations!
You have been awarded the following certificate.



Certifies that

# Ruslan Mirvis

has successfully completed

## Coaching: Coaching Diverse Employees

on

January 24, 2023

CEUs Earned: 0.13

Clock Hours: 1.34





Paul W. Cypher, President & CEO,
CypherWorx, Inc.

Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 67 of 204 PageID #: 590



Congratulations!

You have been awarded the following certificate.



Certifies that

# Ruslan Mirvis

has successfully completed

## Coaching: Interpersonal Meetings

on

January 28, 2023

CEUs Earned: 0.08

Clock Hours: 0.75

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Certificate for Ruslan Mirvis | CollaborNation©

Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## Coaching: Fundamentals of Coaching (Instructor Guide)

on

January 26, 2023

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 69 of 204 PageID #: 592



Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## Coaching: The Coaching Process

on

January 27, 2023

CEUs Earned: 0.15

Clock Hours: 1.50




Paul W. Cypher, President & CEO,
CypherWorx, Inc.

# Certificate of Completion

BY THE GRACE OF G-D

PRESENTED TO:

## Ruslan Mirvis

FOR HAVING SUCCESSFULLY COMPLETED THE

*"Code of Jewish Law Volume 2"*
*Correspondence Course*

PROVIDED BY

**THE ALEPH INSTITUTE**

RABBI AARON LIPSKAR, EXECUTIVE DIRECTOR

RABBI MENACHEM M. KATZ, DIRECTOR OF PRISON PROGRAMS

# Certificate of Completion

BY THE GRACE OF G-D

PRESENTED TO:

## Ruslan Mirvis

FOR HAVING SUCCESSFULLY COMPLETED THE

*"Code of Jewish Law"*
*Correspondence Course*

PROVIDED BY

### THE ALEPH INSTITUTE



RABBI AARON LIPSKAR, EXECUTIVE DIRECTOR

RABBI MENACHEM M. KATZ, DIRECTOR OF PRISON PROGRAMS

Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 72 of 204 PageID #: 595





Certifies that

# Ruslan Mirvis

has successfully completed

**Combating Sexual Harassment in the Workplace (NY) Instructor Guide**

on

January 25, 2023

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 73 of 204 PageID #: 596



Congratulations!
You have been awarded the following certificate.



## CYPHERWORX.

Certifies that

# Ruslan Mirvis

has successfully completed

## Cover Letters

on
January 25, 2023

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





ACCREDITED
IACET
PROVIDER





Certifies that

# Ruslan Mirvis

has successfully completed

## Conducting Meetings: Conflicts, Climates, and Difficult Personalities (Instructor Guide)

on

January 24, 2023

CEUs Earned: 0.05

Clock Hours: 0.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 75 of 204 PageID #: 598



Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## Correcting Performance Problems: Addressing Behavioral Problems (Instructor Guide)

on

January 24, 2023

CEUs Earned: 0.08

Clock Hours: 0.84

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







**Friendship Ministry**

John 15:15 "...and have called you friends..."

# Certificate of Completion

### This is to certify that

**Ruslan Mirvis**

has successfully completed the *Bible Correspondence Discipleship Series:*

### Teaching Series

Which include the following lessons:

*Creation & the Fall of Man: Christian Life & the Fall of Man: Ministry of the Apostle Paul*

Presented this 7th day of August, A.D. 2022.

Mel Everson, *Founder, President*



Congratulations!
You have been awarded the following certificates.



Certifies that

# Ruslan Mirvis

has successfully completed

## Creativity and Innovation: Creative Thinking Basics

on

January 24, 2023

CEUs Earned: 0.13

Clock Hours: 1.34

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 78 of 204 PageID #: 601





Certifies that

# Ruslan Mirvis

has successfully completed

**Creativity and Innovation: Creative Thinking Basics (Instructor Guide)**
on
January 26, 2023

CEUs Earned: 0.13

Clock Hours: 1.34

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Blackstone Career Institute

*Est. 1890*

**Awards this Certificate in**

**Criminal Law**

upon

**Ruslan Mirbis**

*who has fulfilled all the requirements prescribed by the School and is entitled to all of the honors, rights and privileges thereunto appertaining.*

*In Testimony Whereof this recognition of achievement is*

**Given this 19th Day of July 2022**

President

Alice L. Schule B.S., M.Ed.
Director of Education

Case 1:17-cr-00273-FB    Document 62-8    Filed 09/25/24    Page 80 of 204 PageID #: 603



Congratulations!
You have been awarded the following certificate.



# CYPHER**WORX**

Certifies that

# Ruslan Mirvis

has successfully completed

## Customer Service Skills

on

January 26, 2023

CEUs Earned: 0.1

Clock Hours: 1.00





Paul W. Cypher, President & CEO,
CypherWorx, Inc.

Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 81 of 204 PageID #: 604



Congratulations!
You have been awarded the following certificate.


CYPHER**WORX**

Certifies that

# Ruslan Mirvis

has successfully completed
## Cultural Competence

on
January 29, 2023

CEUs Earned: 0.03

Clock Hours: 0.33



Paul W. Cypher, President & CEO,
CypherWorx, Inc.




ACCREDITED
IACET
PROVIDER



**Congratulations!**

You have been awarded the following certificate.



## CYPHERWORX

Certifies that

# Ruslan Mirvis

has successfully completed

## Customer Communication

on

January 24, 2023

CEUs Earned: 0.1

Clock Hours: 1.00



Paul W. Cypher, President & CEO,
CypherWorx, Inc.



1/1

Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 83 of 204 PageID #: 606



Congratulations!
You have been awarded the following certificate



Certifies that

# Ruslan Mirvis

has successfully completed

## Customer Service Fundamentals

on

January 26, 2023

CEUs Earned: 0.1

Clock Hours: 1.00





Paul W. Cypher, President & CEO,
CypherWorx, Inc.

Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 84 of 204 PageID #: 607
Certificate for Ruslan Mirvis | CollaboNation



Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## Customer Management

on

January 26, 2023

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Friendship Ministry

John 15:15   "...I have called you friends..."

# Certificate of Completion

**This is to certify that**

**Ruslan Mirvis**

has successfully completed the *Bible Correspondence Discipleship Series:*

Jonah Series

Which include the following lessons:

*Destructive Disobedience Develops Despair; Repentance Results In Revival; Is It Right To Be Angry?*

Presented this 5th day of September, A.D. 2022.

Mel Everson, *Founder; President*





Congratulations!
You have been awarded the following certificate.



Certifies that

# Ruslan Mirvis

has successfully completed

## Digital Media Literacy

on
January 27, 2023

CEUs Earned: 0.15

Clock Hours: 1.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







# Certificate

## OF COMPLETION

This certificate is proudly presented to

# Ruslan Mirvis

for completing

## Domestic Violence

Clock Hours: 1.75

August 7, 2021

Case 1:17-cr-00273-FB    Document 62-8    Filed 09/25/24    Page 88 of 204 PageID #: 611



Congratulations!
You have been awarded the following certificate.



# CYPHER**WORX**

Certifies that

# Ruslan Mirvis

has successfully completed

## Drug-Free Workplace

on
January 28, 2023

CEUs Earned: 0.03

Clock Hours: 0.25





Paul W. Cypher, President & CEO,
CypherWorx, Inc.

# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

We present this certificate to

## RUSLAN MIRVIS

### Effective Communication - Modified Operations

*Define Yourself Before You are Defined*





Dr. M. Gabriel - Supervisor of Education
Metropolitan Detention Center

*C. Emile*

Mrs. C. Emile - Teacher
August 10, 2020



**Congratulations!**
You have successfully completed the following certificate:



Certifies that

# Ruslan Mirvis

has successfully completed

## Effective Presentations: Audience Analysis and Supporting Material (Instructor Guide)

on

January 24, 2023

CEUs Earned: 0.08

Clock Hours: 0.84

Paul W. Cypher, President & CEO,
CypherWorx, Inc.






Congratulations!
You have been awarded the following certificate.



Certifies that

# Ruslan Mirvis

has successfully completed
## Diversity, Equity, and Inclusion Training

on
January 29, 2023

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





# Awareness Into Domestic Abuse-AIDA

# Certificate of Completion

Presented to

## Ruslan Mirvis

On the 29th day of April of the year 2022

Awareness Into Domestic Abuse-AIDA is a 501c3 non-profit with the mission to eradicate domestic abuse from the inside-out. Our correspondence course AIDA by Mail "Understanding Myself" is designed for a participant to process issues that have caused abuse in past/present relationships, along with recognizing solutions that can prevent further trauma or abuse in the future. This course consisted of 12 modules. This certificate is given as verification for completing all 12 modules with depth, honesty, and insight to questions and written essays.

_Vanessa E. Collins_

Vanessa Silva-Collins, Co-Founder/Director



**AIDA**
Awareness Into Domestic Abuse

_Eradicating domestic abuse
from the inside-out._

# U.S. Department of Justice

## Federal Bureau of Prisons

MDC Brooklyn Education Department

Presents this Certificate to

## Ruslan Mirvis

In recognition of your completion of instruction course

of

# Effects of Incarceration on Children

MDC Brooklyn

**February 24th, 2020**

C. Bramble – Education Technician

# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

We present this certificate to

# RUSLAN MIRVIS

## Effective Communication - Modified Operations

*Define Yourself Before You are Defined*

*Dr. M. Gantt*

Dr. M. Gantt – Supervisor of Education
Metropolitan Detention Center

*C. Emile*

Mrs. C. Emile - Teacher
August 10, 2020


**Congratulations!**
You have been awarded the following certificate.


CYPHER**WORX**

Certifies that

# Ruslan Mirvis

has successfully completed

## Effective Presentations: Audience Analysis and Supporting Material (Instructor Guide)
on
January 24, 2023

CEUs Earned: 0.08

Clock Hours: 0.84


Paul W. Cypher, President & CEO,
CypherWorx, Inc.


ACCREDITED
IACET
PROVIDER





Certifies that

# Ruslan Mirvis

has successfully completed

**Effective Presentations: Presentation Mechanics (Instructor Guide)**

on
January 28, 2023

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







# Certificate

*O F   C O M P L E T I O N*

This certificate is proudly presented to

## Ruslan Mirvis

for completing

### Employment

Clock Hours: 2.25

August 8, 2021

COLLABORNATION
CYPHERWORX



Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

**Employment**

on

January 26, 2023

CEUs Earned: 0.15

Clock Hours: 1.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.






Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## Employment

on
January 27, 2023

CEUs Earned: 0.15

Clock Hours: 1.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

We present this Certificate to

## Ruslan Mirvis

*In recondition of your completion of instruction course*

# Entrepreneurship

C. Bramble – Education Technician

December 30, 2017



AMERICAN BIBLE ACADEMY

Presents this Certificate to

**Ruslan Mirvis**

upon successful completion of

<u>Ephesians & Colossians</u>

Awarded on 12/20/2022.

ACADEMIC DEAN

REGISTRAR

BY THE GRACE OF G-D

# Certificate of Completion

PRESENTED TO:

# Ruslan Mirvis

FOR HAVING SUCCESSFULLY COMPLETED THE

"*Ethics of the Fathers*"
*Correspondence Course*

PROVIDED BY

THE ALEPH INSTITUTE



RABBI AARON LIPSKAR, EXECUTIVE DIRECTOR

RABBI MENACHEM M. KATZ, DIRECTOR OF PRISON PROGRAMS



Congratulations!

You have been awarded the following certificate.



Certifies that

# Ruslan Mirvis

has successfully completed

## Ergonomics

on

January 28, 2023

CEUs Earned: 0.05

Clock Hours: 0.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 104 of 204 PageID #: 627

Congratulations!
*You have been awarded the following certificate.*



Certifies that

# Ruslan Mirvis

has successfully completed

## Equal Opportunity 101

on

January 25, 2023

CEUs Earned: 0.02

Clock Hours: 0.17

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







# METROPOLITAN DETENTION CENTER BROOKLYN

## CERTIFICATE OF ACCOMPLISHMENT

### Ruslan Mirhis

Register No. 90101-053

Is presented with the

## Exemplary Service Award

### Recreation Aide

for maintaining the highest standards, looking after the smallest detail, and going the extra mile as a Recreation Aide for Recreation Services. Your tireless enthusiasm, hard work and dedication to the inmate population at Metropolitan Detention Center Brooklyn is commendable.

This certificate is hereby issued this 9th day of June, 2019.

D. Harper, Recreation Specialist



Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## Food Service Worker: Annual Food Safety Training

on
January 28, 2023

CEUs Earned: 0.03

Clock Hours: 0.34

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





BY THE GRACE OF G-D

# Certificate of Completion

## Ruslan Mirvis

PRESENTED TO:

FOR HAVING SUCCESSFULLY COMPLETED THE

*"Festival Series"*
*Correspondence Course*

PROVIDED BY
THE ALEPH INSTITUTE



RABBI AARON LIPSKAR, EXECUTIVE DIRECTOR

RABBI MENACHEM M. KATZ, DIRECTOR OF PRISON PROGRAMS

# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

We present this certificate to

# RUSLAN MIRVIS

## Financial - Modified Operations

*Define Yourself Before You are Defined*

*Dr. M. Gantt*

Dr. M. Gantt – Supervisor of Education
Metropolitan Detention Center

*C. Emile*

Mrs. C. Emile - Teacher
September 3, 2020

Case 1:17-cr-00273-FB   Document 62-8   Filed 00/25/24   Page 109 of 204 PageID #: 632



Congratulations!
You have earned the following certificate.



**CYPHERWORX**

Certifies that

# Ruslan Mirvis

has successfully completed

**Freelance Work**

on

January 27, 2023

CEUs Earned: 0.05

Clock Hours: 0.50





Paul W. Cypher, President & CEO,
CypherWorx, Inc.

ACCREDITED
**IACET**
PROVIDER

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

**Ruslan  Mirvis**

upon successful completion of

## Galatians/Philippians

Awarded on 03/08/2022.



_Joseph Welch_
ACADEMIC DEAN

_Mrs. Gwen Wadell_
REGISTRAR

---



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME:  **Ruslan  Mirvis**

STUDENT ID#:  424155

COURSE:  **Galatians/Philippians**

DATE:  03/08/2022

EXAM 1: **86**          EXAM 2: **80**          EXAM 3: **78**

FINAL GRADE: **81**          CREDITS:  1

The grading system used by A.B.A. is as follows:

| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
|---|---|---|---|---|
| A .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

Please inform us of any changes in your mailing address.

Websites: www.abarc.org • www.arm.org



# Certificate
### OF COMPLETION

This certificate is proudly presented to

## Ruslan Mirvis

for completing
### Getting a Job

August 5, 2021

# Getting Out by Going In

# GOGI Life Tools Mini Book

The recipient of this certificate met the requirements necessary to be awarded completion of the GOGI LIFE TOOLS MINI BOOK reflective writing course. The GOGI Life Tools are explained in this book in detail. The recipient of this award reflected and explained each of the tools, incorporating their past, present and future application into their decision making. Empowered with knowledge of the GOGI Life Tools, the recipient has the opportunity to increase positive decision making, the GOGI Way.

## RUSLAN MIRVIS

_Coach Taylor_

GOGI Founder - Coach Taylor

Date of Credit: June 15, 2024

Student ID: 217101-053



# AMERICAN BIBLE ACADEMY

Presents this Certificate to

Ruslan Mirvis

upon successful completion of
The Gospel of John

Study Course

Awarded the _____ 10th _____ day of _____ April _____ , _____ 2018 .

ACADEMIC DEAN

REGISTRAR

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

## Ruslan Mirvis

upon successful completion of

### The Gospel of Mark

Awarded the 4th day of August, 2020.



_Joseph Welch_
ACADEMIC DEAN

_Mrs. Gwen Wadell_
REGISTRAR



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME: **Ruslan Mirvis**          STUDENT ID#:  424155

COURSE: **The Gospel of Mark**     DATE:  8/04/20

EXAM 1: **79**        EXAM 2: **81**        EXAM 3: **79**

FINAL GRADE: **80**        CREDITS:  **1**

The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
| A .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

Please inform us of any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 115 of 204 PageID #: 638





Certifies that

# Ruslan Mirvis

has successfully completed

## The Globally Harmonized System (GHS) for Hazard Classification and Labeling

on

January 26, 2023

CEUs Earned: 0.03

Clock Hours: 0.25

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





# Certificate of Completion

BY THE GRACE OF G-D

PRESENTED TO:

## Ruslan Mirvis

FOR HAVING SUCCESSFULLY COMPLETED THE

*"GPS for the Soul"*
*Correspondence Course*

PROVIDED BY

**THE ALEPH INSTITUTE**

RABBI AARON LIPSKAR, EXECUTIVE DIRECTOR



RABBI MENACHEM M. KATZ, DIRECTOR OF PRISON PROGRAMS



**Friendship Ministry**

John 15:15    *"...I have called you friends..."*

# Certificate of Completion

**This is to certify that**

**Ruslan Mirvis**

has successfully completed the *Bible Correspondence Discipleship Series:*

### Grace Series

Which include the following lessons:

*Overcome Greasy Grace: A Study On Grace: Spiritual Prosperity*

Presented this 26th day of June, A.D. 2022.

Mel Everson, *Founder, President*



# Certificate
## OF COMPLETION

This certificate is proudly presented to

## Ruslan Mirvis

for completing
Grammar

August 5, 2021

COLLABORNATION
CYPHERWORX



School for Evangelism and Discipleship
A Division of Global University–ICI

This is to certify that

Ruslan Mirvis

has satisfactorily completed the course

The Great Questions of Life

On this 26th day of May , 2022

DIRECTOR

# Certificate of Completion

BY THE GRACE OF G-D

PRESENTED TO:

## Ruslan Mirvis

FOR HAVING SUCCESSFULLY COMPLETED THE

"*Happiness - The Ladder Up*"

*Correspondence Course*

PROVIDED BY

**THE ALEPH INSTITUTE**

RABBI AARON LIPSKAR, EXECUTIVE DIRECTOR



RABBI MENACHEM M. KATZ, DIRECTOR OF PRISON PROGRAMS



# U.S. Department of Justice

## Federal Bureau of Prisons

### MDC Brooklyn Education Department

*Presents this Certificate of Completion*

*to*

# Ruslan Mirvis

In recognition of your completion of self-study course

## Health Course Blood Pressure

C. BRAMBLE, EDUCATION TECHNICIAN

MAY 1, 2020

# Certificate of Completion

John 15:15   "... I have called you friends..."



## Friendship Ministry

**This is to certify that**

Ruslan Mirvis

has successfully completed the *Bible Correspondence Discipleship Series:*

Introduction Series

Which include the following lessons:

*How Have You Loved Us? Trusting In God: A Special People*

Presented this 29th day of May, A.D. 2022.

Mel Everson, *Founder, President*



# CERTIFICATE OF ACHIEVEMENT

June 1, 2022

## Ruslan Mirvis

Has completed the How To Start Your Own Business: Prepare To Launch guide, a 10-hour course to develop strategies for starting a successful small business.

**Kate Mullan**
Director of Content Development

**Alex Wright**
Executive Director

Certificate Number **76ep33ai**

To verify this certificate, scan the QR code, visit learnlevel.org/certificates/76ep33ai or text Certificate to (877) 285-3835





EQUAL OPPORTUNITY EDUCATION



Congratulations!
You have been awarded the following certificate.



CYPHERWORX.

Certifies that

# Ruslan Mirvis

has successfully completed

## Information Security Awareness

on
January 22, 2023

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





# Getting Out by Going In

## Insight Development- My Life Story Course

The above individual successfully completed GOGI's Insight Development My Life Story Course. This assignment is an intense personal reflection and self-evaluation that stimulates the development of insight through the learning of Cognitive and Behavioral Tools for positive Decision Making.

*RUSLAN MIRVIS*

Certificate issued: April 15, 2022

Course completion: April 15, 2022

Student ID: 9010-053

GOGI Founder - Coach Taylor



1/30/23, 12:57 PM                    Certificate for Ruslan Mirvis | CollaborNation®



CYPHER**WORX**

Certifies that

# Ruslan Mirvis

has successfully completed

## Internet Safety

on

January 28, 2023

CEUs Earned: 0.1

Clock Hours: 1.00





Paul W. Cypher, President & CEO,
CypherWorx, Inc.

Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 127 of 204 PageID #: 650

Certificate for Ruslan Mirvis | CollaborNation®



Congratulations!
You have been awarded the following certificate.



CYPHER**WORX**

Certifies that

# Ruslan Mirvis

has successfully completed

## Interviewing Skills

on
January 26, 2023

CEUs Earned: 0.1

Clock Hours: 1.00





Paul W. Cypher, President & CEO,
CypherWorx, Inc.

Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 128 of 204 PageID #: 651



Congratulations!
You have been awarded the following certificate.



Certifies that

# Ruslan Mirvis

has successfully completed

### Interviewing Skills: Evaluating and Deciding

on

January 26, 2023

CEUs Earned: 0.07

Clock Hours: 0.67



Paul W. Cypher, President & CEO,
CypherWorx, Inc.



Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 129 of 204 PageID #: 652



Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## Interviewing Skills: EEO Guidelines (Instructor Guide)

on

January 26, 2023

CEUs Earned: 0.05

Clock Hours: 0.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## Introduction to Gmail

on

January 28, 2023

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Case 1:17-cr-00273-FB    Document 62-8    Filed 09/25/24    Page 131 of 204 PageID #: 654



Congratulations!
You have been awarded the following certificate.



Certifies that

# Ruslan Mirvis

has successfully completed

## Job Applications

on
January 27, 2023

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Case 1:17-cr-00273-FB    Document 62-8    Filed 09/25/24    Page 132 of 204 PageID #: 655



**Congratulations!**
You have been awarded the following certificate.



### CYPHER**WORX**

Certifies that

# Ruslan Mirvis

has successfully completed
## Job Search and Networking

on
January 28, 2023

CEUs Earned: 0.15
Clock Hours: 1.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







# Certificate
### O F   C O M P L E T I O N

This certificate is proudly presented to

## Ruslan Mirvis

for completing
## Job Success

August 5, 2021

COLLABORATION · CYPHERWORX ·



# Certificate of Completion

IN THE NAME OF G-D

PRESENTED TO:

## Ruslan Mirvis

FOR HAVING SUCCESSFULLY COMPLETED THE

*"JLI - Kabbalah of Time"*
*Correspondence Course*

PROVIDED BY

**THE ALEPH INSTITUTE**



RABBI ARYEH LITVIN, EXECUTIVE DIRECTOR

RABBI MENACHEM M. KATZ, DIRECTOR OF PRISON PROGRAMS

BY THE GRACE OF G-D

# Certificate of Completion

PRESENTED TO:

# Ruslan Mirvis

FOR HAVING SUCCESSFULLY COMPLETED THE

"*JLI: The Land & The Spirit*"

*Correspondence Course*

PROVIDED BY

THE ALEPH INSTITUTE



RABBI AARON LIPSKAR, EXECUTIVE DIRECTOR

RABBI MENACHEM M. KATZ, DIRECTOR OF PRISON PROGRAMS

BY THE GRACE OF G-D

# Certificate of Completion

PRESENTED TO:

## Ruslan Mirvis

FOR HAVING SUCCESSFULLY COMPLETED THE

*"JLI: Oasis in Time"*
*Correspondence Course*

PROVIDED BY

**THE ALEPH INSTITUTE**



RABBI AARON LIPSKAR, EXECUTIVE DIRECTOR

RABBI MENACHEM M. KATZ, DIRECTOR OF PRISON PROGRAMS

# Certificate of Completion

BY THE GRACE OF G-D

PRESENTED TO:

## Ruslan Mirvis

FOR HAVING SUCCESSFULLY COMPLETED THE

*"Kosher for the Clueless but Curious"*

*Correspondence Course*

PROVIDED BY

**THE ALEPH INSTITUTE**

RABBI AARON LIPSKAR, EXECUTIVE DIRECTOR



RABBI MENACHEM M. KATZ, DIRECTOR OF PRISON PROGRAMS

BY THE GRACE OF G-D

# Certificate of Completion

PRESENTED TO:

## Ruslan Mirvis

FOR HAVING SUCCESSFULLY COMPLETED THE

*"JLI: you Be the Judge 2"*
*Correspondence Course*

PROVIDED BY

**THE ALEPH INSTITUTE**

RABBI AARON LIPSKAR, EXECUTIVE DIRECTOR



RABBI MENACHEM M. KATZ, DIRECTOR OF PRISON PROGRAMS



# Blackstone Career Institute

*Est. 1890*

## Awards this Certificate in

## Legal Assistant/Paralegal

upon

## Ruslan Mirhis

*who has fulfilled all the requirements prescribed by the School and is entitled to all of the honors, rights and privileges thereunto appertaining.*

*In Testimony Whereof this recognition of achievement is*

**Given this 28th day of December 2021**

President

Valerie D. Belele B.S., M.Ed.
Director of Education

# CERTIFICATE OF ACHIEVEMENT

**Level.**

July 27, 2022

## Ruslan Mirvis

Has completed the Become A Licensed Food Handler guide, a 10-hour preparation to take a food handling safety test.

*Kate Mullan*
**Kate Mullan**
Director of Content Development

*Alex Wright*
**Alex Wright**
Executive Director

Certificate Number **62kq72jb**

To verify this certificate, scan the QR code, visit learnlevel.org/certificates/62kq72jb or text Certificate to (877) 285-3835





EQUAL OPPORTUNITY EDUCATION



**Level.**

# CERTIFICATE OF ACHIEVEMENT

September 23, 2022

Has completed the Line Art For Self Expression guide,
a 10-hour study of visual storytelling through figure drawing.

## Ruslan Mirvis

*Kate Mullan*
**Kate Mullan**
Director of Content Development

*Alex Wright*
**Alex Wright**
Executive Director

Certificate Number **42vp44bs**

To verify this certificate, scan the QR code,
visit learnlevel.org/certificates/42vp44bs
or text Certificate to (877) 285-3835





1/30/23, 1:00 PM

Certificate for Ruslan Mirvis | CollaborNation®


Congratulations!
You have been awarded the following certificate.


CYPHER**WORX**

Certifies that

# Ruslan Mirvis

has successfully completed

### Managing Performance: Appraising Employee Performance (Instructor Guide)

on

January 29, 2023

CEUs Earned: 0.17

Clock Hours: 1.67

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





1/30/23, 12:59 PM                                Certificate for Ruslan Mirvis | CollaborNation®





Certifies that

# Ruslan Mirvis

has successfully completed

## Managerial Leadership: Coping Through a Change Process

on
January 27, 2023

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





# certificate of completion

This certificate is presented to

## Ruslan Mirvis

For Outstanding Participation and the Completion of the Self-Help Course

### MINDSET MAKEOVER

CORE ADMINISTRATOR

6/30/2019

DATE

Criminal Offender Reform Establishment
a Change of Heart, a Change of Change

P.O. Box 1361
West Sacramento, CA 95605
Email: CORE.educators@gmail.com

1/30/23, 1:00 PM
Certificate for Ruslan Mirvis | CollaborNation®





Certifies that

# Ruslan Mirvis

has successfully completed

## Motivation: Identifying, Planning, and Implementing: Positive Mental Attitude (Instructor Guide)

on

January 28, 2023

CEUs Earned: 0.1

Clock Hours: 1.00





Paul W. Cypher, President & CEO,
CypherWorx, Inc.

BY THE GRACE OF G-D

# Certificate of Completion

## Ruslan Mirris

PRESENTED TO:

FOR HAVING SUCCESSFULLY COMPLETED THE

*"My Prayer"*
*Correspondence Course*

PROVIDED BY
THE ALEPH INSTITUTE

RABBI AARON LIPSKAR  EXECUTIVE DIRECTOR

RABBI MENACHEM M. KATZ  DIRECTOR OF PRISON PROGRAMS



# Certificate

## O F   C O M P L E T I O N

This certificate is proudly presented to

# Ruslan Mirvis

for completing
## Offender Corrections

Clock Hours: 1.75

August 8, 2021



# Certificate

*O F   C O M P L E T I O N*

*This certificate is proudly presented to*

## Ruslan Mirvis

*for completing*

### Offender Responsibility

Clock Hours: 1.75

August 8, 2021


Congratulations!
You have been awarded the following certificate.



Certifies that

# Ruslan Mirvis

has successfully completed

## Organizational Communication: Technology in the Workplace (Instructor Guide)

on

January 22, 2023

CEUs Earned: 0.08

Clock Hours: 0.84

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## Organizational Communication: Leadership and Motivation (Instructor Guide)

on

January 25, 2023

CEUs Earned: 0.1

Clock Hours: 1.00



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Case 1:17-cr-00273-FB    Document 62-8    Filed 09/25/24    Page 151 of 204 PageID #: 674



**Congratulations!**
You have been awarded the following certificate.



Certifies that

# Ruslan Mirvis

has successfully completed

## Organizational Communication: Context, Stress, and Managerial Tools (Instructor Guide)

on

January 26, 2023

CEUs Earned: 0.08

Clock Hours: 0.75



Paul W. Cypher, President & CEO,
CypherWorx, Inc.



# Certificate of Achievement

This certifies that

## Ruslan Mirvis

has satisfactorily completed the

### ORIGAMI CLASS



Consisting of 5 Hours of Sentry Training

This certificate is hereby issued this 30rd day of April, 2019

*D.Harper*

D. Harper, Recreation Specialist



# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

We present this certificate to

# RUSLIN MIRVIS

## Parenting - Modified Operations

*Define Yourself Before You are Defined*

*D. Greco*

Mr. D. Greco – Supervisor of Education
Metropolitan Detention Center

*C. Emile*

Mrs. C. Emile - Teacher
December 28, 2020



School for Evangelism and Discipleship
A Division of Global University–ICI

This is to certify that

Ruslan Mirvis

has satisfactorily completed the course

Personal Evangelism

On this ___6th___ day of ___October___, 2022

DIRECTOR


Congratulations!
You have been awarded the following certificate.



Certifies that

# Ruslan Mirvis

has successfully completed

## Planning for Emergencies

on
January 22, 2023

CEUs Earned: 0.05

Clock Hours: 0.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Congratulations!
You have been awarded the following certificate.



Certifies that

# Ruslan Mirvis

has successfully completed

## Quality Management: Causes Of Problems

on
January 25, 2023

CEUs Earned: 0.07

Clock Hours: 0.67

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 157 of 204 PageID #: 680



Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## Quality Management: A Path for Change

on

January 26, 2023

CEUs Earned: 0.07

Clock Hours: 0.67



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

We present this certificate to

## RUSLAN MIRVIS

### Resume Writing-Modified Operations

*Define Yourself Before You are Defined*

Dr. M. Gantt

Dr. M. Gantt – Supervisor of Education
Metropolitan Detention Center

C. Emile

Mrs. C. Emile - Teacher
June 26, 2020



# U.S. Department of Justice

Federal Bureau of Prisons

MDC Brooklyn Education Department

Presents this Certificate to

## Ruslan Mirvis

In recognition of your completion of instruction course

# Resume Writing & Social Media

at

MDC Brooklyn

**June 10th, 2019**

C. Bramble – Education Technician


Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## The Safe Food Handler

on
January 22, 2023

CEUs Earned: 0.03

Clock Hours: 0.25

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 161 of 204 PageID #: 684



Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## Safety Training for Supervisors

on
January 21, 2023

CEUs Earned: 0.07

Clock Hours: 0.67

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







**Congratulations!**
*You have been awarded the following certificate.*



## CYPHER**WORX**

Certifies that

# Ruslan Mirvis

has successfully completed

## Safety and Survival in an Active Shooter Event

on

January 21, 2023

CEUs Earned: 0.1

Clock Hours: 1.00

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 163 of 204 PageID #: 686

Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## Safety Communication and Training Techniques

on

January 27, 2023

CEUs Earned: 0.05

Clock Hours: 0.50




Paul W. Cypher, President & CEO,
CypherWorx, Inc.



# Certificate of Completion

John 15:15   "...I have called you friends..."

## This is to certify that

**Ruslan Mirvis**

has successfully completed the *Bible Correspondence Discipleship Series:*

## Salvation Series

Which include the following lessons:

*The Worth Of One Soul; Let Us Examine Ourselves; Substance & Evidence of Faith*

Presented this 24th day of July, A.D. 2022.

Mel Everson, *Founder, President*

Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 165 of 204 PageID #: 688


Congratulations!
You have been awarded the following certificate.


CYPHERWORX

Certifies that

# Ruslan Mirvis

has successfully completed

## Sanitation and Hygiene

on
January 28, 2023

CEUs Earned: 0.03

Clock Hours: 0.25

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





# Certificate of Completion

This certificate is presented to

## Ruslan Mirvis

For Outstanding Participation and the Completion of the Self-Help Course

### SELF-AWARENESS

**CORE ADMINISTRATOR**

**7/26/2019**

**DATE**



Criminal Offender Reform
a Change of Heart at Heart of Change
Establishment

West Sacramento, CA 95605
P.O. Box 1361
Email: CORE.educators@gmail.com



First Reform S.E.L.F

CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY THAT

# RUSLAN MIRVIS

has successfully completed the Scaling Your Life Exercise.

*C. Amin*

**C. AMIN**

FirstReformSELF@gmail.com

10/30/2021

**DATE**



# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

This certifies that:

**Ruslan Mirvis**
Reg. No. 90101-053

has satisfactorily completed

**Self-help: Family & Other Relationships**

and is hereby awarded this certificate, this 4th day of January, 2021.

Dr. Huber
Staff Psychologist



# MDC Brooklyn
# Recreation Department

This is to Certify that

*Reslan M'cris*

Has Successfully Completed

Sentry Around Eat Smart Course

at MDC Brooklyn for PRISONS

This certificate is hereby ISSUED this 17th day of July 2020

*D. Harper*
Recreation Specialist

EatSmart

By the grace of G-D

# Certificate of Completion

Proudly presented to

## Ruslan Mirvis

For having successfully completed the

### Seven Paths: Love Life Purpose & Serenity

*Correspondence Course*

Awarded on February 14, 2023

The Aleph Institute



Rabbi Aaron Lipskar
Executive Director

Rabbi Yossi Cohen
Director of Religious Education

Rabbi Menachem M. Katz
Director of Prison Programs

Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 171 of 204 PageID #: 694



Congratulations!



**Certificate**

OF COMPLETION

This certificate is proudly presented to

# Ruslan Mirvis

for completing

## Seven Secrets to Effective Public Speaking

Clock Hours: 1.00

January 29, 2023

# MDC Brooklyn
## Recreation Department

This is to Certify that

### Ruslan Mirvis

Has Successfully Completed the:

### SHU Health Program

At MDC Brooklyn

This certificate is hereby issued this 23rd day of September, 2017

*D. Siddiqui*

Recreation Specialist



# Certificate

*O F   C O M P L E T I O N*

*This certificate is proudly presented to*

## Ruslan Mirvis

*for completing*
Substance Abuse

Clock Hours: 2.75

August 9, 2021





Certifies that

# Ruslan Mirvis

has successfully completed

## Substance Abuse

on
January 22, 2023

CEUs Earned: 0.15

Clock Hours: 1.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Congratulations!
You have successfully earned the following certificate.



Certifies that

# Ruslan Mirvis

has successfully completed

## Suicide Prevention: Saving Lives One Community at a Time

on

January 21, 2023

CEUs Earned: 0.04

Clock Hours: 0.42

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





Congratulations!
You have been awarded the following certificate.



## CYPHERWORX

Certifies that

# Ruslan Mirvis

has successfully completed

### Strategic Decision Making: Complex Decisions (Instructor Guide)

on

January 24, 2023

CEUs Earned: 0.13

Clock Hours: 1.34




Paul W. Cypher, President & CEO,
CypherWorx, Inc.

Case 1:17-cr-00273-FB Document 62-8 Filed 09/25/24 Page 177 of 204 PageID #: 700



Congratulations!
You have been awarded the following certificate.



Certifies that

# Ruslan Mirvis

has successfully completed

## Strategic Decision Making: Preparing to Make Decisions

on

January 28, 2023

CEUs Earned: 0.15

Clock Hours: 1.50





Paul W. Cypher, President & CEO,
CypherWorx, Inc.



**MDC Brooklyn**

**Recreation Department**

This is to Certify that

*Ruslan Mirvis*

Has Successfully Completed:

*Structured Exercise (Walking)*

At MDC Brooklyn

This certificate is hereby issued this 30th day of November 2018

*H. Vasquez*

Recreation Specialist



*Metropolitan Detention Center*

Brooklyn, New York

# CERTIFICATE OF COMPLETION

## Suicide Watch Companion Program

Mirvis, Ruslan Reg # 90101-053

Initial Training: 06-07-2019

Dr. G. De Zayas, PhD

Staff Psychologist

TRULINCS  90101053 - MIRVIS, RUSLAN - Unit: BRO-K-D

---------------------------------------------------------------------------------------------

FROM: Psychology
TO: 90101053
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/06/2019 02:02:03 PM

Hello:

You have been selected to form part of BRO's Male Suicide Watch Inmate Companion Program. I commend you in your desire to contribute to the wellbeing of your fellow inmate.

I have entered a call out for tomorrow Friday June 7, 2019 at 1pm for the Initial Training. Please be READY close to the door of your unit by 12:45Pm! A representative from the Psychology Department will be escorting you to the Chapel where the training will be held. All materials will be provided.

See you guys tomorrow.

Dr. De Zayas
Staff Psychologist
Male Suicide Watch Companion Coordinator

Thank you,
Psychology Services

# Certificate of Completion

This certifies that

## Ruslan Mirvis

has satisfactorily completed the
Study Guide Correspondence Course
of the Amazing Facts Bible School
and is hereby awarded this
Certificate

October 26, 2022

Date



Doug Batchelor

President-Speaker

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## Ruslan Mirvis
### Reg. No. 90101-053

*has satisfactorily completed*

## Turning Points: Coping Module

*and is hereby awarded this certificate, this 28th day of January, 2021.*



Dr. L
Staff Psychologist



# Getting Out by Going In

## Victim Impact Course

The above individual has met the requirements necessary to be awarded a completion certificate for the GOGI Vic: Victim Impact Course. The GOGI Victim Impact course addresses the impact choices have in the lives of others, as well as encouraging and strengthing positive choices leading to increased positive impact.

### RUSLAN MIRVIS

_Coach Taylor (signature)_

GOGI Founder - Coach Taylor

Certificate issued: July 15, 2022

Course completion: July 15, 2022

Student ID: 9010-053

| Name: RUSLAN MIRRIS | CDCR# 90101-053 | FAC: FCCF | HOUSING: |
|---|---|---|---|

## RECOGNITION OF COMPLETION
## VICTIMS' IMPACT PROGRAM

This Recognition of Completion is being written to acknowledge that on 10/26/2022, Mr. MIRRIS successfully completed the "**Victims' Impact Program**" Correspondence Course coordinated by the **Partnership for Re -Entry Program (PREP)**, a Restorative Justice Ministry, under the auspices of the Archdiocese of Los Angeles.  This course is offered in a 15 lesson Correspondence Course to be completed in an individual setting.   Each structured lesson has sections which include Self-Evaluation, Focus, Discussion and Reflection, requiring the participant to provide a response from 2-3 sentences to a full paragraph. Lessons are completed with an Essay section of 4 to 6 questions (100 words each).

This course is designed to help sexual offenders directly confront and address their individual offending patterns while highlighting core issues that were causative factors to their actions, thoughts, and behaviors. Lesson topics include Need for Honesty; What is a Sexual Offense; Rape v. Molestation; Roots of a Sexual Offender; Deception of Shame; Impact of a Sexual Offense; Effects of Alcohol/Drugs on Sexual Abuse; Forgiveness, Healing, & Amends (Victim/Offender) and the Stigma of Sexual Offenders.

DATE: 11/11/2022



**ARCHDIOCESE**
**OF**
**LOS ANGELES**

Roberto Llompart, Coordinator
Victims' Impact Program

Sister Mary S. Hodges, Founder
Tony Kim, Director



| Name: | *Mzevzs* | | | Received On: | *3/21/20* |
|---|---|---|---|---|---|
| CDCR#: | *# 9010/-033* | | | Reviewed By: | *RC.* |

**VICTIMS' IMPACT PROGRAM**

PREP Self HELP Course

We commend you for your positive participation in what is considered a very powerful self-improvement course. Your commitment and dedication to this program is noted and appreciated.

This receipt acknowledges your completion of Lesson ___/___ of 15.

Please remember to always include your Name, CDC Number, and the Name and Number of the Lesson in the upper right-hand corner of your work.

Certificate for Ruslan Mirvis | CollaborNation®

1/30/23, 1:18 PM



Congratulations!
You have successfully earned the following certificate.



# Certificate
## OF COMPLETION

This certificate is proudly presented to

## Ruslan Mirvis

*for completing*

## Volunteers and Change Management

Clock Hours: 1.00

January 25, 2023



School for Evangelism and Discipleship
A Division of Global University–ICI

This is to certify that

Ruslan Mirvis

has satisfactorily completed the course

When You Pray

On this __4th__ day of __January__, 2023

DIRECTOR



CROSSROADS

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

## Ruslan Mirvis

HAS SUCCESSFULLY COMPLETED

**WHO ARE YOU?**

Lisa Blystra
President & CEO, Crossroads

June 19, 2019

Date



School for Evangelism and Discipleship
A Division of Global University—ICI

*This is to certify that*

Ruslan  Mirvis

*has satisfactorily completed the course*

Who Jesus Is

*On this __11th__ day of __August__ , 2022__*

DIRECTOR

Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 190 of 204 PageID #: 713



Congratulations!



Certifies that

# Ruslan Mirvis

has successfully completed

## Writing Skills

on
January 21, 2023

CEUs Earned: 0.05

Clock Hours: 0.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







# Certificate of Achievement

This certifies that

**Ruslan Mirvis**

has satisfactorily completed the

*Yoga Program*



Consisting of 10 Hours of Sentry Training
This certificate is hereby issued this 9th day of January, 2020

*D.Harper*

D. Harper, Recreation Specialist

**edovo**

**OFFICIAL TRANSCRIPT FOR:**

## RUSLAN MIRVIS

Essex County Correctional Facility, NJ

## Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
|---|---|---|---|
| 100 | 67 | 33 | 52 |

## 52 Courses completed

| Course name | Overview | Time | Status |
|---|---|---|---|
| The Freedom Fight Sex Addiction Recovery… | This program is biblically based, gospel centered and clinically informed to help you address the roots of your sex addiction so you can outgrow porn and live the life that God has for you. By completing this course you w… | 8 hr 23 min | **PASSED** Completed: Aug 31, 2024 |
| Beyond Prison, Probation, and Parole | Beyond Prison, Probation & Parole is a motivational film series that features inspiring stories told by formerly incarcerated men and women who have overcome the hurdles, stigmas and challenges associated with… | 6 hr 10 min | **PASSED** Completed: Aug 28, 2024 |
| Parenting While Incarcerated | This course will teach you important tips to help you stay involved in your children's lives while in prison. You will hear from experts on how to best support your children during this difficult time. This course features… | 5 hr 38 min | **PASSED** Completed: Aug 24, 2024 |
| TYRO Greatness: Principles for a Healthy Relationship | Having a healthy relationship isn't something that just happens. It takes friendship, faithfulness, fairness, forgiveness and fortitude. Achieve your dream relationship with these 5 skills. | 4 hr 34 min | **PASSED** Completed: Aug 30, 2024 |
| Thinking for the Future - CBT | Join a group therapy session led by two experts in Cognitive Behavioral Therapy (CBT) -- Jennifer Luther and Dr. Paula Smith. CBT is a form of mental health treatment that focuses on the relationship between… | 4 hr 16 min | **PASSED** Completed: Aug 21, 2024 |
| Howard Schultz Business Leadership | Embark on a journey of personal and professional growth with this digital course that will ignite your intellectual curiosity and equip you with practical strategies to supercharge your learning and career… | 4 hr 06 min | **PASSED** Completed: Aug 23, 2024 |
| Allstar Mastermind Facilitator Pro | Free Access to Transformative Training! Are you looking to make a positive impact and guide others towards success, even beyond your current endeavors? Whether you plan to launch a podcast, publish a book, engage i… | 2 hr 33 min | **PASSED** Completed: Sep 9, 2024 |

Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 193 of 204 PageID #: 716

**edovo**

**OFFICIAL TRANSCRIPT FOR:**

## RUSLAN MIRVIS

| Course name | Overview | Time | Status |
|---|---|---|---|
| Construction Management Foundations | Shifts in the modern construction industry have both increased the demand for trained and qualified construction managers and expanded the role itself. With a greater emphasis on integrated methods of… | 2 hr 23 min | **PASSED** Completed: Aug 20, 2024 |
| Marketing on Facebook | When your business is on Facebook, a Meta platform, your reach increases exponentially. You can find new prospects and market directly to customers. This course helps you set up a Facebook account… | 2 hr 22 min | **PASSED** Completed: Aug 16, 2024 |
| Social Media Marketing Strategy: TikTok and Instagram… | If you're in marketing, the only thing worse than not having a social media marketing strategy is having a bad one. This course shows you how to use TikTok and Instagram Reels to boost your brand awareness and… | 2 hr 15 min | **PASSED** Completed: Aug 21, 2024 |
| Public Relations Foundations | Public relations (PR) is critical to any business that wants to create media exposure, sway consumer opinion, and maintain a good reputation. However, as technology evolves, communicating with the public ha… | 1 hr 54 min | **PASSED** Completed: Aug 17, 2024 |
| Foundation for Recovery | A study guide for building a foundation for Recovery, based on the award winning documentary, Kids Are Dying. | 1 hr 20 min | **PASSED** Completed: Aug 18, 2024 |
| Apply Your Strengths from Shining Light | Welcome to Shining Light's "Apply Your Strengths" Course! In this four-part video series, we will expand on Shining Light's "Learn Your Strengths" course by giving you the opportunity to: -Take an in-depth look at the… | 1 hr 17 min | **PASSED** Completed: Sep 8, 2024 |
| Grow with Google: Create a Resume in Google Docs | n Create a Resume in Google Docs, you will learn how to use a Google Docs template to create a resume for a job, scholarship, or extracurricular program. Brought to you by Grow with Google. Achieve the following… | 1 hr 15 min | **PASSED** Completed: Aug 22, 2024 |
| Keeping Kids Safe in the Digital World | Intro: With access to technology and social media, kids are becoming increasingly vulnerable to those who would exploit them or do them harm. This course gives practical advice and next steps for keeping kids safe a… | 0 hr 60 min | **PASSED** Completed: Aug 14, 2024 |
| Social Media Marketing: Strategy and Optimization | Learn a three-step recipe for optimizing your social media marketing mix. Get a fresh perspective on your content, your choice of platform, and your strategy. Join digital communication strategist Martin Waxman for… | 0 hr 58 min | **PASSED** Completed: Aug 30, 2024 |

Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 194 of 204 PageID #: 717

**OFFICIAL TRANSCRIPT FOR:**

## RUSLAN MIRVIS

| Course name | Overview | Time | Status |
|---|---|---|---|
| Introduction to Art Therapy for Self-Improvement,… | Art therapy is so much more than "just drawing pictures." It is the field where the worlds of art and psychology meet to help people work through challenging behavior problems, addiction, stress,… | 0 hr 58 min | **PASSED** Completed: Aug 19, 2024 |
| Marketing on LinkedIn | LinkedIn provides a massive opportunity for you to digitally get in front of the people who may work with you, hire you, or buy from you. In this course, instructor Michaela Alexis presents several organic methods to… | 0 hr 57 min | **PASSED** Completed: Aug 16, 2024 |
| Marketing: Copywriting for Social Media | The right words can move your audience to act. But reliably finding those words—and fine-tuning them for posts on different social media platforms—is no easy feat. Instructor and personal branding guru Michaela… | 0 hr 56 min | **PASSED** Completed: Aug 17, 2024 |
| Job Seeking with a Criminal Record | Looking for a job can be challenging, but if you have a criminal record, it can be especially difficult. In this course, reentry employment expert Genevieve Rimer shows you how to prepare yourself for a successful jo… | 0 hr 49 min | **PASSED** Completed: Aug 27, 2024 |
| TYRO: Breaking The Cycles of Self Destruction | Welcome to Breaking the Cycles of Self Destruction. This TYRO program addresses the five R's in a comprehensive way. You will be equipped with the character, relational, and ethical foundations needed t… | 0 hr 45 min | **PASSED** Completed: Sep 2, 2024 |
| Persuading Others | In a workplace that's increasingly connected and less hierarchical, developing your persuasion skills can be one of the most valuable investments you can make. Some people believe persuasion is about manipulatio… | 0 hr 41 min | **PASSED** Completed: Aug 16, 2024 |
| Creating a Communications Strategy | A communications strategy is the backbone of any good marketing or communications program. It provides a focus, with a clear goal and roadmap for how to best get your message to your target audience,… | 0 hr 41 min | **PASSED** Completed: Sep 1, 2024 |
| Customer Service: Handling Abusive Customers | What is the best way to handle a customer who steps into dangerous territory? What strategies will help diffuse and refocus a bad interaction, and when is it appropriate to walk away? In this course, join custome… | 0 hr 40 min | **PASSED** Completed: Aug 30, 2024 |
| Why Trust Matters with Rachel Botsman | Author and Oxford University Trust Fellow Rachel Botsman has studied the ins and outs of trust for over a decade. Based on her best-selling book Who Can You Trust?, this course reveals the powerful ways trust… | 0 hr 39 min | **PASSED** Completed: Aug 29, 2024 |

**edovo**

**OFFICIAL TRANSCRIPT FOR:**

RUSLAN MIRVIS

Aug 13, 2024 - Sep 10, 2024

Essex County Correctional Facility, NJ

| Course name | Overview | Time | Status |
|---|---|---|---|
| Grow with Google: Create a One-Page Website | Creating a one-page website on Google is helpful when starting a business as it allows your content and navigation to stay on one single page, ensuring that the most important details, including a call to action, are… | 0 hr 36 min | **PASSED** <br> Completed: Sep 2, 2024 |
| Impact: Families & Addiction | A drug prevention course using the film "Son to Son" as its base. It focuses on several key themes and topics related to substance abuse prevention and awareness. "Son to Son" is a short film that explores… | 0 hr 35 min | **PASSED** <br> Completed: Aug 18, 2024 |
| Introduction to the 2nd Opportunity Programs | Winner of Cook County Sheriff's Office 2022 Reentry Initiative, The 2nd Opportunity Learning Path is designed for men and women inside jails and prisons preparing for release, as well as those on the outside… | 0 hr 32 min | **PASSED** <br> Completed: Aug 29, 2024 |
| Grow with Google: Launch a Successful Ad Grants Campaign | Ad Grants are free advertisement funds for nonprofit organizations. In order for advertisements to appear in Google search results, the company uses Google Ads, a type of online advertising that millions of for-profit… | 0 hr 32 min | **PASSED** <br> Completed: Sep 2, 2024 |
| Grow with Google: Try a Career in Digital Marketing & E-… | In Try a Career in Digital Marketing and E-commerce, you will learn how to organize and visualize data in Google Sheets and add visualizations to Google Slides. By the end of this lesson, you should be able to achiev… | 0 hr 32 min | **PASSED** <br> Completed: Aug 22, 2024 |
| Anger Management | This course will help you to learn to manage anger, stop violence or the threat of violence, develop self-control over thoughts and actions, and receive support and feedback from others. | 0 hr 31 min | **PASSED** <br> Completed: Aug 19, 2024 |
| Bottom Line Reasons to Hire the Formerly Incarcerated | Getting a job is one of the hardest challenges a formerly incarcerated citizen faces. The author of this course Bob Pelshaw refused to hire people with a criminal history, until he served time in Federal prison.… | 0 hr 29 min | **PASSED** <br> Completed: Aug 28, 2024 |
| Course 1: Introduction to Entrepreneurship | Lesson 1: Envisioning Entrepreneurial Success There are 29.6 million small businesses in the United States, one for every ten residents. Of all small businesses, 52% are home-based businesses. Small businesses… | 0 hr 28 min | **PASSED** <br> Completed: Aug 14, 2024 |
| Human Trafficking in the United States: The Truth and… | Human Trafficking in the US is among the least understood and least visible crimes in our country. Yet, at least 400,000 people in the US currently live in situations of modern slavery. While Human Trafficking… | 0 hr 28 min | **PASSED** <br> Completed: Aug 14, 2024 |

Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 196 of 204 PageID #: 719

**edovo**

| Course name | Overview | Time | Status |
|---|---|---|---|
| Media Relations Foundations | If you want your business to succeed, you need as much brand recognition as you can get. In fact, getting media coverage can be a vital part of your company's success. But how do you find and secure coverage? In… | 0 hr 27 min | **PASSED** <br> **Completed:** Aug 17, 2024 |
| Grow with Google: Build a Logo to Express Who You Are | In Build a Logo to Express Who You Are, you will learn how to design a logo that describes your identity using Google Drawings. You will learn how to create a document, list words or phrases to describe yourself,… | 0 hr 25 min | **PASSED** <br> **Completed:** Aug 28, 2024 |
| Grow with Google: Connect and Collaborate From Anywhere… | In Connect and Collaborate From Anywhere with Digital Tools, you will learn how to use digital collaboration tools to connect with others no matter locations, make teams more efficient and productive, and help achieve… | 0 hr 24 min | **PASSED** <br> **Completed:** Aug 22, 2024 |
| Grow with Google: Start or Join a Video Conference wit… | In Start or Join a Conference in Google Meet, you will learn to how to use Google Meet to hold video conferences for work or personal use. Brought to you by Grow with Google. Achieve the following objectives… | 0 hr 23 min | **PASSED** <br> **Completed:** Aug 22, 2024 |
| Empathy for Customer Service Professionals | Customer service people may answer questions accurately and resolve problems swiftly, but the interaction can still end badly if a customer doesn't feel positive. Learn about how practicing empathy—buildin… | 0 hr 23 min | **PASSED** <br> **Completed:** Aug 31, 2024 |
| The GOGI Life Tools - BOSS OF MY BRAIN - Fixed | The GOGI Life Tool called BOSS OF MY BRAIN helps you realize the control you have over what your brain does. When you use BOSS OF MY BRAIN, you may realize you are the boss of your thinking and the creat… | 0 hr 23 min | **PASSED** <br> **Completed:** Aug 21, 2024 |
| Augmented Reality Marketing | Augmented reality (AR) can be a key tool in a marketer's toolbox—and, importantly, it's quickly becoming known as the "heart of the metaverse." As consumer expectations shift rapidly, and a great number of peopl… | 0 hr 22 min | **PASSED** <br> **Completed:** Aug 17, 2024 |
| Grow with Google: Try a Career in Project Management | In Try a Career in Project Management, you will learn how to create a meeting agenda template that a project manager would use with Google Docs. By the end of this lesson, you should be able to achieve the followin… | 0 hr 22 min | **PASSED** <br> **Completed:** Aug 22, 2024 |
| Stressful Life Events | Post-traumatic stress disorder (PTSD) is a mental health disorder developed by either witnessing or experiencing terrifying events. Throughout this course, you'll learn the signs, symptoms, triggers, and treatme… | 0 hr 22 min | **PASSED** <br> **Completed:** Aug 19, 2024 |

Case 1:17-cr-00273-FB   Document 62-8   Filed 09/25/24   Page 197 of 204 PageID #: 720

**edovo**

**OFFICIAL TRANSCRIPT FOR:**

## RUSLAN MIRVIS

Aug 13, 2024 - Sep 10, 2024

Essex County Correctional Facility, NJ

| Course name | Overview | Time | Status |
|---|---|---|---|
| The GOGI Life Tools - BELLY BREATHING - Fixed | When you use BELLY BREATHING, you maintain control. Your actions and reactions become more intentional. Your GOGI Life Tool, BELLY BREATHING, allows you to create the best possible response to any situation. | 0 hr 19 min | **PASSED** <br> Completed: Aug 20, 2024 |
| ART - Aggression Replacement Therapy | Aggression Replacement Training (ART) offers a comprehensive intervention program designed to teach adolescents to understand and replace aggression and antisocial behavior with positive alternatives. | 0 hr 18 min | **PASSED** <br> Completed: Aug 14, 2024 |
| Grow with Google: Use Digital Tools to Work Remotely | In Use Digital Tools to Work Remotely, you will learn how to prepare for success at a remote job by creating a to-do list, scheduling recurring breaks, and practicing video-conferencing skills. By the end of this lesson, yo… | 0 hr 18 min | **PASSED** <br> Completed: Aug 22, 2024 |
| Grow with Google: Google Calendar for Beginners | In Google Calendar for Beginners you will learn how to explore the features of Google Calendar, then create an event and invite guests. Brought to you by Grow with Google. Achieve the following objectives: *Understand… | 0 hr 17 min | **PASSED** <br> Completed: Aug 21, 2024 |
| Criminal Process: The Basics | The legal process is very complicated and can be difficult to understand. In this course you will learn about the criminal process from arrest to sentencing. This course is not legal advice. | 0 hr 16 min | **PASSED** <br> Completed: Aug 15, 2024 |
| Introduction to Legal Studies | Legal studies is a branch of study that focuses on how the law affects and interacts with many aspects of our life. Throughout this course, you will learn about the characteristics of effective law, the difference betwee… | 0 hr 11 min | **PASSED** <br> Completed: Aug 20, 2024 |
| How to Reverse an Opioid Overdose | Explore the vital topic of naloxone—an opioid overdose reversal medication. We will delve into what naloxone is, how it works, where to obtain it in the community, the different administration methods (nasal and… | 0 hr 10 min | **PASSED** <br> Completed: Aug 25, 2024 |
| In the Courtroom | In this course you will learn some basics about the courtroom part of the criminal process. The topics covered in this course are: courtroom etiquette; the role of a Public Defender, and how to represent yourself. | 0 hr 07 min | **PASSED** <br> Completed: Aug 14, 2024 |
| Fentanyl and How to Test for it in Your Drugs | Delve into the topic of fentanyl—a potent synthetic opioid—and explore various aspects related to drug contamination, opioid overdose, the usage of fentanyl test strips, where to access them in the community, a… | 0 hr 07 min | **NEEDS IMPROVEMENT** <br> Completed: Aug 25, 2024 |

## Supplemental Learning - 32 hr 35 min

| Summary |
|---|

Listed below are the top **12** supplemental interactive learning items RUSLAN has spent time on. In addition, RUSLAN has engaged with **16 readings**, **182 learning videos**, and **6 audio recordings**.

| Title | Time |
|---|---|
| Preparing for Success After Prison (PSAP) Program | 4 hr 15 min |
| Business Law and Ethics | 2 hr 37 min |
| Mashama Bailey Teaches Southern Cooking | 2 hr 16 min |
| Gabriela Cámara Teaches Mexican Cooking | 1 hr 37 min |
| Prisoner Reentry Network: Part I | 1 hr 35 min |
| Black History, Black Freedom, and Black Love Lessons from Influential Black Voices Part 1 | 1 hr 05 min |
| MasterMind Course: Earning Freedom by Michael Santos | 0 hr 60 min |
| Rebound Allstars Primer 5-2024 | 0 hr 58 min |
| Principles of Management | 0 hr 53 min |
| PREP Domestic Violence | 0 hr 53 min |
| Digital Marketing Foundations | 0 hr 51 min |
| Rewired Program | 0 hr 46 min |

# Blackstone Career Institute™

SINCE 1890

PO Box 3717, Allentown, PA 18106-3717

## Student Transcript
## Business and Corporate Law Certificate course

**Student Number:** 81040223
**Enrollment Date:** 07/05/2023
**Completion Date:** 12/05/2023
**Status Date:** 12/05/2023
**Student Status:** Graduated

**Student** Ruslan Mirvis  90101-053
**Address:** Essex Co Corr Fac Attn Mr Dykes
354 Doremus Ave
Newark  NJ  07105

| Text/Subject | Date Completed | Grade |
|---|---|---|
| **Lesson:**     **1** | | |
| • BUSINESS LAW EXAM #1<br>Introduction to Law; Business Ethics<br>International Law; The U.S. Legal System | 08/14/2023 | 90 |
| • BUSINESS LAW EXAM #2<br>Constitutional Regulations of Business<br>Dispute Resolution; Torts | 08/14/2023 | 70 |
| • BUSINESS LAW EXAM #3<br>Introduction to Contract Law and...<br>Offer, Acceptance, and Consideration | 08/14/2023 | 95 |
| • BUSINESS LAW EXAM #4<br>The Rights and Obligations of Third...<br>Discharge, Breach, and Remedies | 08/14/2023 | 85 |
| • BUSINESS LAW EXAM #5<br>Agency: Creation and Termination<br>Agency: Liability for Contracts | 08/14/2023 | 65 |
| • BUSINESS LAW EXAM #6<br>Labor and Fair Employment Practices<br>Intellectual Property, Computers, and... | 08/14/2023 | 80 |

**Student Average:** 80.83%    ** FINAL **

This Document Issued: 12/05/2023

**Blackstone Career Institute**

By: *Valerie L. Behrle* B.S., M.E
Registrar

DLS

Phone:  610-871-0031 • 800-826-9228 • Fax:  610-871-0
email: info@blackstone.edu • www.blackstone



PRISON OUTREACH
ARM
INTERNATIONAL

**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
P.O. BOX 1627
JOPLIN, MO 64802-1627

STUDENT ID#: 424155

NAME: **Ruslan Mirvis**

COURSE: **Ephesians & Colossians**

DATE: 12/20/2022

EXAM 1: **99**      EXAM 2: **99**      EXAM 3: **97**

FINAL GRADE: **98**      CREDITS: **1**

The grading system used by A.B.A. is as follows:

A+ ..100-99%     B+ ...89-87%     C+ ...79-77%     D+ ...69-67%     F ...59-0%
A ....98-95%     B ....86-84%     C ....76-74%     D ....66-64%
A- ....94-90%    B- ....83-80%    C- ....73-70%    D- ....63-60%

Please inform us of any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

AMERICAN BIBLE ACADEMY
P.O. Box 1627
Joplin, MO 64802

OFFICIAL STUDENT TRANSCRIPT

STUDENT ID:       424155

Ruslan Mirvis
     REG# 90101-053
Essex Co. Corr. Facility          DATE ISSUED:    1/18/2024
354 Doremus Ave.
Newark, NJ  07105                 DATE ENROLLED:  2/27/2018

| COURSE NUMBER | COURSE DESCRIPTION | DATE COMPLETED | CREDITS | GRADE |
|---|---|---|---|---|
| 001 | Gospel of John | 4/10/2018 | NON-CRD | 80 |
| 002-1 | Book of Acts - Vol. 1 | 3/24/2020 | 1 | 94 |
| 002-2 | Book of Acts - Vol. 2 | 5/19/2020 | 1 | 79 |
| 102-1 | Christian Doctrine - Vol. 1 | 5/8/2018 | 1 | 70 |
| 102-2 | Christian Doctrine - Vol. 2 | 10/30/2018 | 1 | 75 |
| 104 | Gospel of Mark | 8/4/2020 | 1 | 80 |
| 105 | Galatians/Philippians | 3/8/2022 | 1 | 81 |
| 107 | Christian Doctrine - Vol. 3 | 4/12/2022 | 1 | 72 |
| 108 | Ephesians & Colossians | 12/20/2022 | 1 | 98 |

The Grading system used by ABA is as follows:

| | | | |
|---|---|---|---|
| A+ | 99-100 | C+ | 77-79 |
| A | 95-98 | C | 74-76 |
| A- | 90-94 | C- | 70-73 |
| B+ | 87-89 | D+ | 67-69 |
| B | 84-86 | D | 64-66 |
| B- | 80-83 | D- | 60-63 |
| | | F | 0-59 |

A.B.A. JOPLIN MISSOURI Official Seal AMERICAN BIBLE ACADEMY

Signature: _(signature)_

Not valid as an official transcript without the signature of the ABA
Registrar or the ABA Director and the Seal of the American Bible Academy.

Please visit our websites www.abarc.org and www.arm.org

# BLACKSTONE CAREER INSTITUTE

1011 BROOKSIDE ROAD, SUITE 300, P.O. BOX 3717, ALLENTOWN, PA 18106-3717

## GRADE REPORT

May 6, 2019

Ruslan Mirvis 90101-053
M.D.C. Brooklyn
PO Box 329002
Brooklyn NY 11232

Student #:     08040223

Dear Ruslan:

The grade(s) indicated below have been entered into your permanent academic record earlier today. Your answer sheet will be retained by Blackstone for 30 days should you have any questions regarding your score.

If you find references listed below, we suggest you go back to these pages and review the material. While you did receive a passing grade, we want to ensure you fully comprehend this subject matter. By reviewing the areas of your lesson indicated below, you can better understand those questions you did not answer correctly. The reference directs you to a page number and section heading where you can find the material needed to review and take your re-test successfully.

Please note: Any references below with an answer of 'O' are questions you did not supply an answer for or for which you marked multiple answers. Skipped questions adversely affect your exam grade. Please try your hardest to answer every question on future exams and please only mark one answer per question. Thank you!

**EXAM0101A     PARALEGAL EXAM #1**                                        95%

| Ques # | Your Ansr/Pts | Corr Ansr/Max | Reference |
|--------|---------------|---------------|-----------|
| 10 D   |               | B             | p. 33   "Classification of Interests" |

**EXAM0102A     PARALEGAL EXAM #2**                                        95%

| Ques # | Your Ansr/Pts | Corr Ansr/Max | Reference |
|--------|---------------|---------------|-----------|
| 19 C   |               | A             | p. 108  "Deeds, Bonds, Records" |

**EXAM0103A     PARALEGAL EXAM #3**                                        85%

| Ques # | Your Ansr/Pts | Corr Ansr/Max | Reference |
|--------|---------------|---------------|-----------|
| 2 A    |               | D             | p. 141  "Infancy" |
| 5 A    |               | D             | p. 148  "Agreements Contrary to Public |
| 8 A    |               | B             | p. 135  "Promise to Answer for ..." |

**EXAM0104A     PARALEGAL EXAM #4**                                        100%
** No Review Required.  Excellent work! **



A Direct Learning Systems School

Phone:  610-871-0031 • 800-826-9228 • Fax:  610-871-0034
email: info@blackstone.edu • www.blackstone.edu

'BP-S324.052 **WORK PERFORMANCE RATING - INMATE** CDFRM
OCT 98
**U.S. DEPARTMENT OF JUSTICE**                                           **FEDERAL BUREAU OF PRISONS**

| Inmate's Name MIRVIS | Register No. 90101-053 | Unit KD |
|---|---|---|
| Evaluation Period JULY 2019 | Work Assignment UNIT ORDERLY | |

Bonus Justification:

_____

Route to Dept. Head for Review, Then to Unit Team

_____

Instructions: Circle the best statement in each area.   Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
  l. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
  2. Fair. Careless; makes mistakes and does not check work. Should do better work.
  X. Satisfactory. Makes some mistakes but no more than expected at this level.
  4 Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
  5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
  l. Unsatisfactory. Lazy, wastes time, goofs off.
  2. Fair. Does just enough to get by. Has to be prodded occasionally.
  X. Satisfactory. Works steadily but does not push self.
  4. Good. Willing Worker. Does a full day's work and wastes little time.
  5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
  l. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
  2. Fair. Usually relies on others to say what needs to be done.
  X. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
  4. Good. Can plan own work well. Acts on own in most things.   Doesn't wait to be told what to do.
  5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
  l. Poor. Shows no interest in job. Regards job as a drag or waste of time.
  2. Fair. Shows minimal interest but not very eager to learn.
  X. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
  4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
  5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
  1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
  2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
  X. Average. No slower and no faster to learn than most inmates.   Requires average amount of instruction.
  4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
  5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
  l. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off.
  2. Needs closer supervision than most. Not very dependable.
  X. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
  4. Needs little supervision. Good record of dependability an promptness.
  5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)                                           Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
    l. Poor. Resentful and hostile. May argue with supervisor.
    2. Fair. Resists or ignores suggestions.
    X. Satisfactory. Generally does what is told without any fuss.
    4. Good. No hostility or resentment. Tries to improve.
    5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
    l. Poor. Negativistic, hostile, annoying to others.
    2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
    X. Satisfactory. Gets along OK with most co-workers and is accepted by them.
    4. Good. Friendly, congenial, helpful; others like to work with.
    5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
    Based on this inmate's overall performance during this work period, if this inmate was an employee of yours  in the community would you:

    l. Fire or lay off that individual?
    2. Transfer the person to a less demanding job at a lower pay scale?
    X. Continue to employ the person but without a raise or promotion this time?
    4. Raise the person's pay but keep the person at the same job?
    5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
    l. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M.

    2. Hours of Satisfactory work_____120_____ .

    3. Regular Pay _____$14.40_____ .

    4. Bonus Recommended:___ yes; X_  no

    5. Total Pay _____$14.40_____ .

| Supervisor's Signature | **G. McMillan, COUNSELOR** | Date | 7/29/17 |
|---|---|---|---|
| Inmate's Signature | | Date | |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | | Date | |
|---|---|---|---|