# **Exhibit 9**

## **Defendant's Charitable Works & Correspondence**

### **Unredacted Copy – Filed Under Seal**

**MAGEN
DAVID
ADOM** ✡ מגן
דוד אדום

Saving lives. **It's in our blood.**

**NATIONAL OFFICERS
& DIRECTORS**

**National Chairman**
Mark D. Lebow

**Chief Executive Officer**
Catherine L. Reed

**Vice Chairmen**
Daniel Dobin
Gershon W. Trimpol

**Treasurer**
Neil Fox

**Secretary**
Barry S. Feldman

**Audit Chair**
Michael Goldman

**Directors**
Donna Fried Calcaterra
Ann S. Deshe
Herbert Donner
Annetta Weller Epstein
Jacqueline Goldman
Fraeda Kopman
Ann Lesser
Ronit A.J. Neuman
Robert Picow
Kurt N. Schwartz
Daniel Schwarzwalder
Kent M. Swig

**Chairman of MDA
Executive Board**
Rabbi Avraham Manela

**Director-General
Magen David Adom
in Israel**
Eli Bin

**ADVISORY BOARD**
Seymour Brief
Martin Cohen
Paula Blaine Cohen

October 27, 2022

Mr. Ruslan Mirvis #90101-053
Essex County Correctionsl Facility #90101-053
354 Doremus Ave
Newark, NJ 07105-4882

Dear Mr. Mirvis,

On behalf of Magen David Adom (MDA) and all the people who will benefit from your gift, please accept our deepest thanks. Your philanthropic dollars are supporting MDA's mission as Israel's emergency response, blood services, and disaster relief organization.

MDA has a fleet of 2,000 vehicles and the capability to save lives all over Israel. When it comes to response times, MDA has a proven track record. A nine-month review of the national dispatch data revealed MDA was first on the scene of a medical emergency call 9 out of 10 times. Not only with the manpower, but with the expertise honed by a commitment to preparedness and constant training.

In addition to serving as Israel's national EMS service, MDA is the medical partner with the IDF, police and fire departments tasked to respond to every major national emergency, be it a missile strike, major flood, or mass casualty event. Regular live action drills prepare paramedics, EMTs, and first responders to be ready whenever and wherever Israel needs them.

This year we mark MDA's 92nd anniversary of saving lives in Israel. Thank you for investing in our vital work.

With gratitude,

Catherine Reed
Chief Executive Officer

Gift Date: 10/19/2022
Gift Amount: $5.00
Gift Designation: Greatest Need

***Important:*** *Our Tax ID is 13-1790719. AFMDA is recognized as a 501c(3) charitable organization. No goods or services were provided in consideration of this gift.*

20 W. 36th Street, Suite 1100, New York, NY 10018 · 866.632.2763 · 212.757.1627 · info@afmda.org · afmda.org



**PAT ROBERTSON**
Founder and Chairman

002404
February 2023

Ruslan Mirvis
Essex County Correctional Facility
354 Doremus Ave
Newark, NJ  07105-4882

Dear Ruslan,

First of all, I want to thank you for your partnership in the Gospel. **God has used you to accomplish extraordinary things for His kingdom this past year!** I've enclosed an amazing memo for you to read from leaders across this ministry with the results of extensive international surveys and field reports.

It is projected that 298 million people worldwide professed faith in Christ in 2022 as a result of a CBN program in their own language.[1] In a single year, 3% of the world's 8 billion people professed the Lordship of Jesus through your support—an astounding harvest!

In the midst of such a staggering blessing, God has also multiplied your efforts through the work of CBN's Operation Blessing. Last year, you made it possible to bring free medical care, life-changing surgeries, and disaster relief to countries around the globe.

You were also there for victims of eight disasters in America, including Hurricane Ian in Florida and tornadoes in Kentucky, along with Hurricane Fiona in Puerto Rico. In a year of unprecedented hunger and need, your generosity helped send millions of pounds of food and relief supplies across our nation, ministering to hurting and hungry people in Jesus' name.

Although 2022 was a time of major economic turbulence, God moved in mighty ways. Thanks to dedicated friends like you, we saw the greatest evangelistic impact in CBN's history last year!

When my father spent time in prayer last December, the Lord impressed on him a prophetic word for this year from Psalm 81:10: *"Open your mouth wide, and I*

Turn over please…

977 CENTERVILLE TURNPIKE, VIRGINIA BEACH, VA 23463  |  CBN'S 24-HOUR PRAYER CENTER: 800-700-7000  |  CBN.com

*will fill it."* He told the staff how the principle is demonstrated in the miracle of the widow's jar of oil in 2 Kings 4. According to the Bible, the oil kept on flowing until they ran out of vessels to put it in. And the minute they ran out, the oil stopped flowing.

My dear friend, as long as you and I are believing God, the flow of God's Spirit will not diminish! We're going to have the greatest year that we have ever seen. It's up to us to open our mouths wide and let God fill it.

So, don't be hesitant to put your vessels out there and say, "God, this is my offering and I believe You will pour out Your blessing." Remember God's promise to you—that if you make the kingdom of God your priority, all the rest will be added to you.

At this pivotal moment in history, we are seeing record numbers of people respond to the Good News.

But there are still so many others who are lost in darkness. Thank you for continuing to stand with CBN in this coming year. Faithful friends like you make it possible to answer the cries of those in need.

Thank you again for your continued partnership in the Gospel. In the year ahead, I pray the Lord will meet all of your needs, whether healing in your body, restoration of relationships, help in your finances, or salvation of your children or other dear ones. May the power of the Lord's Spirit be manifested in your life and circumstances. God bless you!

Yours in Christ,

Gordon Robertson

PS: Thank you for your generous support. Together, we can continue fulfilling the mighty work God has planned for us in the year ahead.

[1]Brown, Fraser & Associates, a research company founded by Regent University professor Dr. William Brown and Dr. Benson Fraser, carried out a study of CBN's international viewership in 2022. To prepare this study, Brown and Fraser surveyed 17,275 persons in 102 cities or regions of 10 countries. Brown and Fraser applied the results from this and prior years' surveys to project audience sizes and impact of CBN programming.



31 Evans Terminal • Hillside, NJ 07205 • 908.355.3663
6735 Black Horse Pike • Egg Harbor Twp, NJ 08234 • 609.383.8843
cfbnj.org

February 12, 2024

Mr. Rusian Miruis
c/o ECC
354 Doremus Ave
Newark, NJ 07105-4882

ıllıllıⅰlıⅰlıllⅰllⅰllⅰlⅰllⅰlⅰllⅰlⅰⅰllⅰllⅰllⅰ

Dear Rusian,

On behalf of all of us at the Community FoodBank of New Jersey (CFBNJ), I want to express our deepest gratitude for your generosity in 2023. Your support enabled us to provide food for over 90 million nutritious meals to our neighbors in need. This simply wouldn't have been possible without your compassion and commitment.

To assist you in your annual tax preparation, I've enclosed a summary below of your 2023 donations. As you review your contributions, please know that each dollar you gave has made a tangible difference in the lives of countless individuals and families facing hunger.

While traditionally lower unemployment rates lead to decreased demand for food assistance, this is not the case today. The unprecedented increase in the cost of living is putting immense pressure on families, forcing them to make impossible choices between basic necessities like food and housing.

One such family is Brittany and Chris. Like many others, they work hard to provide a good life for their children. However, the rising costs of groceries and everyday essentials have stretched their budget to its limit.

"This wasn't supposed to be our story," shared Chris. "We work hard, we play by the rules, but lately, it feels like we're struggling just to stay afloat."

Brittany added, "This food pantry is a lifeline. It means we can keep our family fed and maintain some semblance of normalcy. We're truly grateful for the help."

Your contributions fuel our innovative programs, which provide lasting solutions for the children, seniors, veterans and others we serve. That's why I am deeply grateful for your dedication and commitment to helping our hungry neighbors.

Your continued support is more critical than ever. It allows us to extend a hand of hope and assistance to those struggling in our communities. Together, we can ensure that no one goes hungry in New Jersey.

Sincerely,

Karen Leies
Chief of External Affairs

---

**Tax Receipt for Charitable Donations Received in 2023**

*In accordance with IRS regulations, we certify that no goods or services were provided in exchange for this gift.*

**Receipt #: 373731D**
**Eligible Amount for Tax Purposes: $21.00**

Mr. Rusian Miruis
c/o ECC
354 Doremus Ave
Newark, NJ, 07105-4882

Our Tax ID # is 22-2423662
*Please note that donors with more than one email address on file may receive more than one tax receipt.*

**MAGEN
DAVID
ADOM**

מגן
דוד אדום

Saving lives. **It's in our blood.**

**NATIONAL OFFICERS
& DIRECTORS**

**National Chairman**
Mark D. Lebow

**Chief Executive Officer**
Catherine L. Reed

**Vice Chairmen**
Daniel Dobin
Gershon W. Trimpol

**Treasurer**
Neil Fox

**Secretary**
Barry S. Feldman

**Audit Chair**
Michael Goldman

**Directors**
Donna Fried Calcaterra
Ann S. Deshe
Herbert Donner
Annetta Weller Epstein
Jacqueline Goldman
Fraeda Kopman
Ann Lesser
Ronit A.J. Neuman
Robert Picow
Kurt N. Schwartz
Daniel Schwarzwalder
Kent M. Swig

**Chairman of MDA
Executive Board**
Rabbi Avraham Manela

**Director-General
Magen David Adom
in Israel**
Eli Bin

**ADVISORY BOARD**
Seymour Brief
Martin Cohen
Paula Blaine Cohen

September 15, 2022

Mr. Ruslan Mirvis #90101-053
Essex County Correctionsl Facility #90101-053
354 Doremus Ave
Newark, NJ 07105-4882

Dear Mr. Mirvis,

On behalf of Magen David Adom (MDA) and all the people who will benefit from your gift, please accept our deepest thanks. Your philanthropic dollars are supporting MDA's mission as Israel's emergency response, blood services, and disaster relief organization.

MDA has a fleet of 2,000 vehicles and the capability to save lives all over Israel. When it comes to response times, MDA has a proven track record. A nine-month review of the national dispatch data revealed MDA was first on the scene of a medical emergency call 9 out of 10 times. Not only with the manpower, but with the expertise honed by a commitment to preparedness and constant training.

In addition to serving as Israel's national EMS service, MDA is the medical partner with the IDF, police and fire departments tasked to respond to every major national emergency, be it a missile strike, major flood, or mass casualty event. Regular live action drills prepare paramedics, EMTs, and first responders to be ready whenever and wherever Israel needs them.

This year we mark MDA's 92nd anniversary of saving lives in Israel. Thank you for investing in our vital work.

With gratitude,

Catherine Reed
Chief Executive Officer

Gift Date: 9/12/2022
Gift Amount: $5.00
Gift Designation: Greatest Need

***Important:*** *Our Tax ID is 13-1790719. AFMDA is recognized as a 501c(3) charitable organization. No goods or services were provided in consideration of this gift.*

20 W. 36th Street, Suite 1100, New York, NY 10018 · 866.632.2763 · 212.757.1627 · info@afmda.org · afmda.org

# You Were There!



*As a supporter of CBN, you travel the globe every day bringing life-changing help and the hope of the Gospel in Jesus' name.*

Dear Ruslan,

The Bible says in Matthew 1:23 (NKJV), *Behold, the virgin shall be with child, and bear a Son, and they shall call His name Immanuel, which is translated, "God with us."* In a profound display of love, our heavenly Father bestowed on mankind the greatest and purest gift of all: His only Son, Jesus Christ. That is the essence of Christmas.

In this month's issue of *Frontlines*, I want you to see the many ways that your loving support transforms lives throughout the world—including here at home. Your partnership continues to make a tremendous, life-changing difference for children like Emanuel, Samantha, Adalynn, Ehimy, and Nikhil. I pray that their stories will inspire you and remind you of how much I appreciate your heart of kindness.

Ruslan, your love and generosity help bring hope to terror victims in Israel, food to hungry families, aid to survivors of natural disasters, medical care to the sick, comfort to vulnerable children, clean water to thirsty villagers, the Gospel message to hurting souls, and more.

But there are still many others who are on the verge of giving up on life. Your next gift remains vital. Thank you for giving out of the goodness of your heart. Merry Christmas, and may God abundantly bless you!

01451

## You Were There!



*As a supporter of CBN, you travel the globe every day bringing life-changing help and the hope of the Gospel in Jesus' name.*

Dear Ruslan,

As we approach this Thanksgiving holiday, I am exceedingly grateful for the heartfelt generosity of caring partners like you. You have made an incredible difference for numerous men, women, and children who have suffered deeply, and I thank God for your lovingkindness.

In this month's issue of *Frontlines*, you will discover how your faithful support plays a pivotal role in feeding hungry families who are facing hardship. Thank you for spreading love and offering provision to your fellow Americans through your wonderful compassion.

You'll also meet a girl in Kenya named Alice who didn't have a close relationship with her father. Discover how the two reconnected and came to know their heavenly Father with CBN Animation's Superbook.

And you won't want to miss the story of how CBN's Operation Blessing helped a man named Warner while delivering essentials to other devastated wildfire victims on the Hawaiian island of Maui.

Ruslan, you have been such a blessing to this ministry. Together, we are proclaiming His lifesaving message across the nations, providing access to clean water for thirsty villagers, extending medical care to the sick and injured, and much more. But there are still so many who have yet to be reached. Your next gift is vital. Thank you again, and may the Lord bless you!

01451

# You Were There!

*As a supporter of CBN, you travel the globe
every day bringing life-changing help and
the hope of the Gospel in Jesus' name.*



Dear Ruslan,

I am truly grateful for all the ways you are demonstrating God's love to others through your generous support of CBN. Your faithful gifts and prayers have pushed back the darkness—transforming millions of lives around the world.

In your enclosed issue of *Frontlines*, learn how you are blessing those who are crying out for help in Maui, Hawaii, where communities are reeling following deadly wildfires. And see the profound difference you are making in Guatemala, Costa Rica, and India.

In this month's edition, we also pay tribute to a special man—Andy Friedrich, Terry Meeuwsen's late husband. Discover his major contribution in helping create CBN's Orphan's Promise, a ministry dedicated to rescuing vulnerable and orphaned children from adversity.

Ruslan, you'll also read about my new role as chancellor of Regent University—a position my father held since its founding in 1977. Gain insight into the vital part you play throughout the global outreaches of CBN, Operation Blessing, and Regent University. Together, let's continue to follow God's divine mandate of preaching the Gospel, blessing the poor, and changing the world. Thank you for your unwavering support. May the Lord richly bless you!

01451

# You Were There!

*As a supporter of CBN, you travel the globe every day bringing life-changing help and the hope of the Gospel in Jesus' name.*



Dear Ruslan,

I am grateful to the Lord for your faithful partnership with the ministry of CBN. You have continued to stand with us in our ongoing efforts to extend Christ's love to suffering people and proclaim His truth to men, women, and children who have never received it.

In this month's issue of *Frontlines*, you will discover how CBN Films is drawing viewers closer to Christ through inspiring, historically accurate productions.

You will also get to know Sandra in Virginia, who was touched by your kindness and support when she had trouble making ends meet.

In addition, you will read about how your compassion and generosity helped young Sasha in Kyrgyzstan after his father abandoned the family.

Ruslan, you are demonstrating the love of Jesus to your fellow Americans in need along with so many others in faraway nations by providing nutritious food, medical care, disaster relief, clean water, and more. But we must remember the ones who have yet to be reached, making sure they're never forgotten. Your next gift is vital. Thank you, and may God bless you!

01451

# You Were There!

*As a supporter of CBN, you travel the globe every day bringing life-changing help and the hope of the Gospel in Jesus' name.*



Dear Ruslan,

I am deeply grateful to you for your unwavering support as we meet the needs of the most vulnerable and lost. As a loving and compassionate CBN partner, you have remained faithful to the work of Christ and fully committed to proclaiming His message to the nations. I am blessed beyond measure to have friends like you.

In your enclosed April issue of *Frontlines*, I want you to see how you are changing the world. You'll meet Galina and her mother in Ukraine. Their home was destroyed by Russian forces, and they had to flee from their native country just to live another day. You'll be blessed to see the desperately needed aid they received as they adjusted to life in Israel—all because of caring partners like you!

Here at home, you'll learn about U.S. Army Staff Sgt. Nick—a hero who served 22 years in the military while his wife, Dionne, cared for their children. When financial adversity hit their family, God used your kindness to provide for them when they had nowhere else to turn.

Ruslan, your love and generosity make these stories of hope possible. Your gift this month will not only help more people in their time of need, but also <u>preach the Gospel, feed the hungry, and care for the sick through CBN's family of ministries</u>. Thank you! I look forward to your continued prayers and support. May God bless you.

01451

# YOU WERE THERE!

As a supporter of CBN, you travel the globe every day bringing life-changing help and the hope of the Gospel in Jesus' name.

*Give, and it will be given to you. A good measure, pressed down, shaken together and running over, will be poured into your lap. For with the measure you use, it will be measured to you.*

~ Luke 6:38 NIV

Dear Ruslan,

I want to tell you how deeply grateful I am for your partnership. Generous friends like you make it possible to rescue the starving and the suffering—here at home and worldwide.

Maryam is a widow who struggles to support her children. "I cut and sell firewood, but it brings in little money," she shared. "When I can, I help people on their farms. When I have to, I beg for food so my children will not go hungry."

But things went from bad to worse. A severe flood submerged their Nigerian village, destroying their home. They lost everything. Maryam and her children had to sleep in the cold and put sheets on the bare floor. With no extra clothes to keep them warm or ward off mosquitoes, the little ones came down with malaria—and Maryam could not afford to take them to the hospital. "I didn't have the strength to live anymore," she said. "We went days without food."

Then one day, CBN's Operation Blessing arrived at their community. Thanks to partners like you, our team supplied food, mattresses, mosquito nets, clothes, and construction materials to help rebuild their home. The family also received free medical care—and two goats to help them build a livestock business. "You changed my life completely," said Maryam. "Thank you!"

Ruslan, you can continue to feed hungry families, rush aid to disaster victims, broadcast Christian television, and more. Your ongoing support is vital and greatly appreciated.

**YOU WERE THERE!**

As a supporter of CBN, you travel the globe every day bringing life-changing help and the hope of the Gospel in Jesus' name.

Dear Ruslan,

I am sincerely grateful for your partnership. Caring friends like you make it possible to offer hope for a better life to men, women, and children—here at home and in faraway places like Tajikistan, a country in Central Asia where young Denis lives.

Denis would often run away to avoid his father's drunken outrages and search for a place to sleep somewhere outside. Cancer had taken the life of his mother and every day was a struggle.

Eventually, his grandfather took him in, but this elderly man had difficulty making ends meet. Then, through an outreach—sponsored by CBN's Orphan's Promise—Denis received love and acceptance. This nearby center extended help to struggling families. In addition, the local Orphan's Promise team reached out to Denis's father with an opportunity to learn how to pour concrete for a building project. Because of the heartfelt compassion and generosity of partners like you, families are being restored and children are being ministered to.

Ruslan, I deeply appreciate you. I'm thankful to the Lord that I can count on loving people like you as together we continue feeding the hungry, caring for the sick, providing aid to disaster victims, airing Christ-centered TV programs to the unsaved, and much more. Thank you for being a life-changing blessing to those in dire need.

08729

Greetings!

Thank you for reaching out to Sexaholics Anonymous (SA)!

We have received your request for literature and information about our program and have included a brief brochure that highlights the main points. Please note that we have a world-wide fellowship that offers help to every person regardless of race, nationality, faith or sexual preference. Addiction to lust is a life-destroying disease. Gratefully, we have found an answer to this disease that offers hope, sanity and sobriety. The help we offer comes through a program adapted from the successful one used in Alcoholics Anonymous, and through the free advice of a member of our SA fellowship, who is called a "sponsor." The following personal story reveals how powerfully our program and sponsorship can work.

I am a member of Sexaholics Anonymous and this is my story.

For as long as I can remember, anything remotely sexual gave me a certain excitement and thrill that was unparalleled with anything else I had experienced. This started as a very young child with fantasies and thoughts of people in my life being undressed, and quickly progressed to books, magazines, internet pornography, and then lust in the flesh. I was always craving more. The more I had, the more and newer I desired, ever pushing the boundaries further and further. This caused me to harm people I cared about, to lose hundreds of hours of my life to "the chase," and worst of all, to lose control of my life. What I wanted was no longer the deciding factor in my actions. My thoughts were only on lust, where and when I would get my next hit. I was truly powerless. My life got to the point where I could not imagine giving up sex, but I could also not imagine keeping up with my behaviors. It was a very low point in my life in which I contemplated just ending it all. There appeared no way out.

I was then introduced to SA. I met other men and women who seemed to share my problem. Even if our details were not exactly the same and the external life situations were very different, we all shared a common issue of the craving, powerlessness and unmanageability found around lust. Amazingly, these new acquaintances in SA were living happy, confident and fulfilling lives. I saw that it was possible to be free of my shame and guilt and live a recovered life. I was finally home.

What I did was simple. I requested a **SPONSOR**. This is someone who has already worked the 12 steps of SA and found recovery, and is willing to show me how they had done it. With my new sponsor, I diligently worked the steps under his guidance, and the promises came true in my life. There are no dues or fees for sponsorship or SA membership at all. Anyone who identifies with our problem is welcome to try our solution. The reason why people sponsor others, and indeed why I'm writing this letter, is because it helps *ME* stay sober. If I give it away, I get to keep it.

I encourage you to read over the pamphlet and this letter, and if you are interested in working a program in SA and getting a sponsor, we invite you to write back requesting a sponsor and we will assign you a sponsor to guide you through the 12 steps of SA.

All the best,

Sponsor-by-Mail Subcommittee

*B"H*
*Rabbi Shmuel Spritzer*
*--Reaching Out—*
*383 Kingston Avenue Room 190*
*Brooklyn, N.Y. 11213*
*www.Jewishprisoner.com*

November 27, 2017
9 Kislev, 5778

Ruslan Mirvis 90101-053
MDC Brooklyn
PO Box 329002
Brooklyn NY 11232

Dear Ruslan,

Thank you for your last letter. It was our pleasure to help you with the Challah and grape juice and never hesitate to write again, should anything come up and you need our help.

Regarding your mom and father, is there a Rabbi outside that knows them? Maybe we can have someone visit your mother from time to time, but would have to have her address and would she want these visits?

Isaac and Rebecca had no children for the first 20 years of their marriage. When their prayers were finally answered and Rebecca conceived, she suffered intense pregnancy pain. G-d informed her that she was pregnant with twins who would be opposite--not only physically, but morally, as well-and that each one's success in pursuing his path in life would be at the expense of the other's.

Metaphorically, Jacob and Esau represent the two souls (and their opposing drives) that exist within each of us.

We each possess an inner Jacob--i.e., our Divine soul with its G-dly drives, and also an inner Esau--i.e., our animating soul with its selfish drives.

When our Divine soul asserts itself, it weakens the materialistic tendencies of the animating soul.

The Divine soul overcomes the animating soul in the same way that light overcomes darkness. Light does not have to actively exert itself to dispel darkness--darkness simply ceases to exist in the presence of light. Similarly, as soon as we let the holiness and goodness of our Divine souls shine by studying the Torah and observing the commandments, the selfishness of the animating soul disappears

A Geulah pamphlet is enclosed.


All the best,                    Rabbi Shmuel Spritzer



**Compassion Prison Project**

June 23, 2022

Dear Ruslan,

Thank you for your letter and for sharing part of your story with us. I'm so sorry to hear about what happened to you as a child, it makes sense that you started cutting school. I hope that you have been able to let go of the shame you felt, shame holds us back in so many ways. My heart goes out to you, I'm sorry you lost your father and that your mother is ill. I hope that she recovers and wish her the best of health.

It sounds like you have done a lot of work to improve yourself, I'm happy to hear you have been so busy. Are you able to be of service to those you live with now? How are you using your paralegal certificate? What an accomplishment, Ruslan!

Your artwork and writing is amazing, thank you for sharing. The thing that sticks out to me about Lockdown is that you refuse to let your mind be imprisoned. It seems that your imagination is active and thriving, creativity is one of the ways to heal from past trauma. I hope that you will continue writing and drawing. Is Peace about Ukraine? The picture you paint with your words seems to be telling about what is happening in Ukraine. A prayer for peace for all who suffer, that's what I get from your writing.

Your certificate for the Suicide Watch Companion Program really hits home for me. You seem to be dedicated to helping people who are in pain, I imagine that is because you understand other's pain so deeply. I commend you for working on being there for others when they are suffering. In my experience, helping others is one of the best ways to help ourselves heal.

I hope you are taking care of yourself as you take care of others.

Take care,

Ruth

Compassion Prison Project, 8726 S. Sepulveda Blvd.
Suite D-4201 Los Angeles, CA 90045



3325 WILSHIRE BOULEVARD, SUITE 340    LOS ANGELES, CA 90010
p 213.384.1400  f 213.384.1411    www.JUSTDETENTION.org

July 19, 2022

Ruslan Mirvis #90101-053
Essex County Correctional Facility
354 Doremas Ave.
Newark, NJ 07105-4882

Dear Ruslan,

Thank you for contacting Just Detention International (JDI), a health and human rights organization that seeks to end sexual abuse behind bars.

I'm so sorry to hear about your experience. We hope the enclosed packet of information, which includes JDI's *Action Update* newsletter, will be helpful to you. If you would like to continue to get our newsletter, please let us know and we will add you to our mailing list.

Sexual abuse in detention is a crime, whether committed by staff or by another inmate. It is also recognized under international law as a form of torture. Sexual abuse in detention can take many forms.

Some examples of sexual abuse are:

- Sexual harassment, such as unwanted sexual advances, name-calling, or threats
- Rape or attempted rape
- Any unwanted sexual touching
- Being forced to do anything sexual
- Any sexual activity that you feel pressured or tricked into doing, or that you feel you have to do to stay safe or to get something that you need

In addition, when a staff person has any sexual contact with an inmate, it is always sexual abuse.

No matter what crime you may have committed, rape is not part of the penalty. You have the right to be free from sexual abuse.

JDI works for the safety and well-being of all inmates. Detention staff must protect the people in their care from sexual abuse, whether they are in a prison, jail, juvenile facility, immigration detention center, halfway house, or police lockup. JDI works to hold the government accountable for sexual abuse. We also educate people about prisoner rape, and we make sure that survivors get the help they need.

RAPE IS NOT PART OF THE PENALTY



**Compassion**
**Prison Project**

August 23, 2022

Dear Ruslan,

Thank you for your letter. It is great to hear that you finished your paralegal course! Helping others has been my focus most of my life, so I get it. I am learning now that I do have to take time for myself and take care of myself so that I can continue to show up for others. I am working on finding that balance in life.

It's amazing that you are able to help others with your education. I recently listened to a podcast with someone who helped found The Innocence Project. He has done incredible work and some of the people he helped get released are now working with him to support others. One of the guys who works with him now studied law the entire time he was inside, I think it was 30 years, and is now thriving outside and making a huge difference. I hope that you study hard and keep up the good work of bringing light and hope to the darkness.

Yes, my sister took her life at 16 years old. My stepmother, her mom, fell into deep depression and addiction and ended up passing away from an OD six years later. The story you shared with me is so inspiring! I believe that you saved her life and probably the lives of the people she went on to support in their grief. Thank you so much!

Keep up the great work you are doing, Ruslan! Together we will change the world!

Take care,

Ruth

P.S. Nice picture, it's good to see your face ☺

Compassion Prison Project, 8726 S. Sepulveda Blvd.
Suite D-4201 Los Angeles, CA 90045



**Compassion
Prison Project**

September 18, 2022

Dear Ruslan,

Please forgive me for taking so long to write you back. Thank you for the ACE quiz and your beautiful drawings. Your poem was haunting. I'm so sorry to hear what happened to you as a little boy.  That's what trauma does is it makes us afraid to be who we are, afraid of what's been done to us, and we don't want it to happen again.

I'm so sorry that you're now in prison and not in Ukraine. It must be very difficult to be away from your homeland. I'm proud of you for doing all that self-help work and your desire to help people is such a great way to put your pain into service.

Thank you so much for writing to us, Ruslan. Take good care of yourself, my friend.

Always,

Fritzi

Compassion Prison Project, 8726 S. Sepulveda Blvd.
Suite D-4201 Los Angeles, CA 90045

July 15, 2023

Dear Ruslan,

I am thankful that you are showing courage to look into the recovery program of SA! Through this program my sexaholics are living healthy and productive lives and have been sober for many years. You can too if you are willing to make sobriety and recovery the very highest priorities in your life.

I have been asked, and I have agreed, to be your Sponsor-by-Mail. I will to the best of my abilities, by sharing my experience, strength and hope through the 12 step program of recovery, and try to answer any questions you may have about sobriety and recovery.

You will be expected to write out each of your Steps and send them to me. Each time, I will give you feedback, return your Step, and send you a guide for the next Step. I will share my experience and advice.

In SA, we pay close attention to sobriety and recovery.

We define Sobriety as: No sex with yourself (no masturbation to an orgasm) and no sex with others - total abstinence

Recovery is the sum of all the changes that will take place in your thinking, feelings, and behavior as you work the Steps and re-build your life.

My name is ████████

I have been sober and in this program for 7 years (only by the grace of God). I tried different attempts with other program but SA has been the only program that has helped me stay sober and recover from this disease.

████████████████████████████████████████

my view of sex and sexuality was wrong. I was introduced to porn at a young age and struggled from then and most of my adult life. I brought this obsession and addiction into my marriage without my wife knowing about until she caught me looking at internet pornography, not just once but several times. But one day she told me that basically she would leave me and the kids if I didn't do something about this.

This alternative that she said scared me because I didn't want to loose my marriage and not be able to see my kids and especially be found out with my parents and in-laws. This drove me to talk with my pastor and he mentioned to me about SA. Well, I had never heard of SA. I didn't know there was such a thing.

I went to my first meeting feeling very awkward and scared. I listened to the men share their struggles and be vulnerable in front of strangers telling them of their their deepest secrets. When it came for me to introduce myself I didn't say anything and didn't feel pressured to say anything. I was approached after the meeting and felt very welcomed by them and someone offered to talk to me further about SA.

SA has changed my life in many ways. Since I have been sober (which has been the hardest thing in my life) I have a clearer head and I don't live in this shame and guilt that for years I felt. What I love about SA is that its A fellowship, a community of men and women who are struggling just like us. People who can share their experience, strength and hope just like I want to do for you. And by doing this it helps me stay sober and recover just as much as you!

If you really try to follow my instructions in working the steps and in dealing with temptations, you can for can stay sober and grow in recovery. I promise to do all that I can to help you, but you have to be willing to do the work. This program is simple but not easy!

My mailing address



Yours truly,

STEP 1: We Admitted that we were powerless
over lust - that our lives had become
unmanageable

In this step, I will become very clear, beyond
any doubt, that I am a sexaholic (powerless
over lust), and my life is a mess. I will see
that I think of sex way too much (obsession),
and that I have been unable to control my
sexual behavior (compulsion). I want you to
write the important points of my story
in two parts
a) I am powerless over lust (Things to include;
earliest experiences, masturbation, magazines,
movies, Adult bookstores, topless bars,
relations with other women, ██████████)

b) My life is unmanageable (Things to include;
effects on parents, spouse, children, divorce,
friends, finances, work, arrest, conviction)

Ruslan,
   This STEP is one of three steps that calls us
to surrender. That we cant do it on our
own. Write these out in detail and take
your time.
~~Hopeful~~

Dear Ruslan,

I appreciate such a quick response to my first letter and you are welcome for reaching out to you.

Thank you for opening up to me about what happened to you ███████████████. I know this must be very difficult to talk about or even share with someone but this the start of healing from our wounds. I experienced somethings that were hard to talk about too.

That's great that you like to cook and you are a chef! It sounds like it brings you joy and it's feels satisfying. And congradulations on completed all those self help programs and now being a paralegal!

I didnt know if you were able to start the assignments of writing down the 1st step or not or maybe you are still working on it. Also, some of this stuff you will be working on is very personal and I didnt know if you feel safe writing it out because some one else might read it. And if that is this case let me know.

So let me know if you have any questions about Step 1 in your next letter.

I don't know if your spiritual or not but I am
praying for you.
I look forward from hearing from you Again.

Regards
S██████ ████

*B"H*
*Rabbi Shmuel Spritzer*
*--Reaching Out--*
*383 Kingston Avenue Room 190*
*Brooklyn, N.Y. 11213*
*www.Jewishprisoner.com*

**October 2, 2023**
8 Cheshvon, 5784

Ruslan Mirvis 90101-053
ESSEX COUNTY CF
354 Doremus Ave
Newark NJ 07105-4882

Dear Ruslan,

Thank you for your Oct 10th letter. Of course you can have family or yourself, send us a check made out to Reaching Out and to mention it is for the Israeli soldiers.

Everyone is horrified beyond words at the unthinkable mass murders committed on Simchat Torah in Israel by Hamas, inside our country, across a dreadfully unprotected southern Israel — a valiant southern Israel where our people fought against impossible odds against an enemy.

**We Were Shaken to the Core; We will Respond with Our Core.**

Since the Holocaust we never had so many Jews killed in one day. Yet it also differs from the Nazis, because the Jews now thank G-d have a country and, while shocked and horrified by what has befallen us, resurrected the unified will, to protect ourselves and root out the cancel of terror and sadism.

President Biden said this week: I visited Israel 50 years ago. Golda Meir revealed to me the secret weapon of the Jewish people. She said: We have no other place in the world to go to! The enemy wanted to sow fear and panic into our hearts. It wanted Jews to be paralyzed by fear, broken, and depressed. So, our first responsibility is **to lift our morale as Jews** and to lift the morale of our sisters and brothers in the Holy Land and in the entire world. They aimed to destroy our Simchat Torah—our joy of life and of Judaism, our joy of Torah, and our connection to Israel, and to our history. So now we need to create Simchat Torah every day—to celebrate as Jews with our Torah, our land, and our people, every day, every hour, every minute.

Yossi Landau, who has volunteered with Zaka for 38 years, shared: "The 20 children we saw in Kibbutz Be'eri were beyond terrible. [The terrorists] had bound their hands behind them. Abused them terribly. And simply put them one on top of the other and burned them. How can you do such a thing?"

Israelis and Jews do not easily issue comparisons between our reality and the era of the Nazis and the Holocaust. Yet we've

been making those comparisons this week. Hamas differs from the Nazis, in that it has not yet been able to organize still greater killing, and in the frenzy with which it massacres us, but not in its declared and proven genocidal intent.

Since the Holocaust we never had so many Jews killed in one day: more than 1300, more than 300 were wounded, and more than 200 were kidnapped and held in Gaza.

This past October 12, there was a demonstration at Duke University, supporting Hamas, blaming Israel for what has occurred. A Jewish professor, completely secular, heard about it, and emotionally outraged, began screaming at the top of his lungs: You are speaking like Nazis, Nazis, Nazis. To the point that the police escorted him away.

Sometime later he came to deliver his lecture in the University. Before he began a young woman approached him and presented him with a bouquet of flowers. She said: "I was so proud of what you did at that hateful really; here is a sign of appreciation and gratitude."

The professor asked her if she was Jewish. She said no. "Why then do you care so much? She said: "Because you are the chosen people."

The professor said to her: But you have been in my class for a long time. You know that I do not believe in any of that! She said to him: You may not believe it, **but we all know it!**

As we grieve, and we fight, this is also a time to feel proud to be part of a people so holy, so beautiful, and great.

How do I know that we are great? When I see that the evilest people loathe us, this means we must be so good and holy to trigger such hatred from such despots. When we see who hates us as a people—groups, cultures, and nations who find glee in burning children alive—it allows us to appreciate the depth of our goodness and holiness.

This reminds us how special we are, and what a special nation we have. If Hamas wants to murder every single Jewish child, this means that in every Jewish child and in every Jew there is infinite holiness, goodness, love, and Divinity!

And this is the time to rise from the ashes and proclaim with every fiber of our being: that the people of Israel live stronger than ever. Every one of us is a soldier on the front lines, as ambassadors of the Jewish people, each one using our unique capabilities.

Every Jew in the world was called up to duty this past Simchat Torah. We are all soldiers. An army has many divisions, so find out which division you are in—and go conquer! Do it with joy, faith, confidence courage, and resolve. Because that is what we need above all else.

For me, this is so moving and sad. If you watched the demonstrations this week at Harvard, Duke, NYU, Stanford, the most sophisticated universities in the country, and many other universities— you have seen the horror: Jewish kids, our own

2

kids, standing with antisemites, protesting against Israel,
supporting Hamas.

Our universities failed us. Secular education devoid of the
Torah is dangerous. Places of higher learning teaching people to
think freely have turned out to be the most morally impoverished
and depraved places on earth, where kids are taught to defend
rape and torture. Where Hamas are tzaddikim and Israel is evil.
Hamas uses their children as shields and then Israel is blamed
for killing children. The depravity is surreal. It would be like
blaming America and England for the casualties in Berlin in
1945.

Remember this. You need to educate your children at home, give
them the Torah, sanity, morality, G-d, right from wrong, and
Mitzvot. The collages are dangerous places—do not rely on them,
do not trust them. This is the time to commit to giving our kids
a Jewish education, because once they enter the university, if
they are not super strong, they might become your nightmare.

The most famous holocaust survivor's own grandson needed such
a tragedy to teach him about Jewish pride?!

We were shaken to the core; we will respond with our core.
Am Yisrael Chai—and may we witness the transformation of
darkness into light with a complete and speedy redemption, with
all of our people, of all generations, first and foremost the
holiest of the holy, killed only for being Jewish, celebrating
for eternity.

With prayerful wishes for the safety of our people everywhere—
especially in the Holy Land, healing to the injured, safe return
of the hostages, and that Israel's leaders have the strength and
fortitude to follow the Torah's directives to act decisively for
the protection our people.

A Geulah pamphlet is enclosed.

A Happy Winter,

Rabbi Shmuel Spritzer

*B"H*
*Rabbi Shmuel Spritzer*
*--Reaching Out—*
*383 Kingston Avenue Room 190*
*Brooklyn, N.Y. 11213*
*www.Jewishprisoner.com*

January 9, 2024
28 Teves, 5784

Mirvis Ruslan 217001602
Essex County CF
354 Doremus Ave
Newark NJ 07105

Dear Mirvis,

Please give us some background regarding your youth. We would like to send books, one at a time, but need to know about your youth, did you ever go to a Hebrew school, did you ever attend a synagogue, and when did you decide that you are Jewish, before prison or in prison.

These questions are meant just to know you better so that we can send a free book, but the proper kind.

This week's Torah reading, Va'eira, narrates the dramatic first confrontation between Moses, Aaron and Pharaoh. G-d commanded Aaron that if Pharaoh were to ask for a miracle as proof that G-d had sent them, Aaron was to throw his staff upon the ground and it would turn into a serpent.

Indeed, Pharaoh asked for a sign, and Aaron did as G-d had instructed him. Pharaoh then called for his magicians and ordered them to do the same. "They cast down every man his staff, and they became serpents. But Aaron's staff swallowed up their staffs."

While this whole incident demands further explanation, one of the most remarkable occurrences was the miracle of Aaron's staff swallowing up the other staffs. Why did this miracle take place and what was its significance?

To explain:
The miracles and plagues G-d inflicted on Egypt were not intended only as punishment; rather, their purpose was to break the Egyptians' opposition to G-d. The underlying belief in Egypt was that G-d has absolutely no effect on reality. They believed that after G-d created the world, He placed it under the sole control of natural forces.

This false notion was disproved by the Ten Plagues, each one of which refuted a different aspect of the Egyptians' world-view. The miracle of Aaron's staff swallowing the magicians'

staffs laid the groundwork and prepared the Egyptians for the events that would follow.

Symbolically speaking, Aaron stood for the "side of holiness," while his staff was symbolic of the G-dly power of sanctity. The serpent was symbolic of Egypt, as the Prophet Ezekiel termed it, "Egypt, the great serpent that lies in the midst of its streams." When Aaron's staff turned into a serpent, it demonstrated to Pharaoh that Egypt, even against its will, is ultimately sustained from the forces of holiness. Not to be outdone, Pharaoh summoned his magicians and had them turn their staffs into serpents, thereby "proving" that Egypt has its own sources of power. But when "Aaron's staff swallowed up their staffs," it showed, definitively and absolutely, that all of Egypt's unholy powers were only an illusion, without a true and independent existence of their own.

In this way, G-d demonstrated to Pharaoh and to all of Egypt that His influence and dominion extended even to them. It was, in effect, the first chink in the Egyptians' theological armor, and thus a precursor to the Ten Plagues, each of which negated a different level of Egypt's spiritual impurity.

A Geulah pamphlet is enclosed.


A Happy Winter,

Rabbi Shmuel Spritzer



American Bible Academy
PO Box 1627, Joplin, MO 64802
info@arm.org   www.arm.org   www.abarc.org

January 18, 2024

Dear Honorable Judge,

To Whom It May Concern,

Greetings in the name of Jesus. Upon the request of Ruslan Mirvis, I am submitting an official transcript of his studies with the American Bible Academy. He has completed all the courses available through our ministry.

The American Bible Academy has been very proud to have a dedicated student such as Ruslan study the Word of God through our Bible correspondence courses. He has consistently demonstrated spiritual maturity and discipline in the manner he completed each course taken through the American Bible Academy. Please note that the first course on the Gospel of John is a non-credit course. Each subsequent course is designed to be equivalent to one college credit.

Because of the reputation that he has worked extremely hard to obtain, I am very pleased to highly recommend Ruslan's Official Student Transcript for your review.

All of the courses provided by the American Bible Academy are advanced, 120-page courses that are professionally printed and bound. These courses, written by Bible College Professors and Christian Educators, require disciplined study and memorization to successfully complete all of the course exams. Only serious students will earn high scores on these exams. High-test scores emphasize a student's commitment to studying the Word of God.

If you should require further information regarding Ruslan's transcript, then please do not hesitate to contact my office. You may learn more about the American Bible Academy and the multi-faceted outreach of American Rehabilitation Ministries by visiting our website www.arm.org and www.abarc.org.

Saved To Serve The Master,

Joseph Welch, Director
American Bible Academy
P.O. Box 1627
Joplin, MO 64802

P.S.   The seal of the American Bible Academy has been used to authenticate this letter and the Official Student Transcript.

B"H

*Rabbi Shmuel Spritzer*
*--Reaching Out—*
*383 Kingston Avenue Room 190*
*Brooklyn, N.Y. 11213*
*www.Jewishprisoner.com*

January 26, 2024
16 Shevat, 5784

Ruslan Mirvis 217001602
Essex County CF
354 Doremus Ave
Newark NJ 07105

Dear Ruslan,

Thank you for your Jan 16th letter. Now that your sentencing was postponed, make sure your lawyer corrects the PSR, because the Judge and afterwards the prison you will go to, all depends on the PSR.

I see you write a pretty good English, can you also read in Russian?

Life can seem very confusing. The struggle to get from one stage to another, even from one day to the next, can seem meaningless. The Torah perspective is that there is indeed deep and beautiful meaning at every step of our lives: but that sense of meaning is often *hidden*. It is veiled, covered, like a new and exciting invention which is concealed by a large flowing cloth at the beginning of its first public appearance. The crowds are standing there, feeling expectant. The journalists are ready with their poised cameras. Then the veil is drawn aside, and one hears an involuntary gasp from the crowd…

The Splitting of the Sea was something like this, and more. On the one hand it was an astonishing expression of G-d's power. More than any of the ten Plagues, this showed that G-d is master of nature, and that He can eradicate evil completely. After the destruction of the Egyptian army in the Sea, the threat of Egypt disappeared completely. For several centuries the Jews did not have to worry about Egypt as a political force.

Another aspect of the Splitting of the Sea is that it revealed the Infinity of the Divine to every individual. The Sages tell us that the simplest person who was present at the Splitting of the Sea experienced visions more profound than did the greatest Prophets of old.

The Sea represents the realm of that which is hidden, since the waters conceal everything beneath the waves. Splitting the

Sea and revealing the dry land on which the Jews could walk, expresses the idea that the hidden realms become in some way revealed and accessible. Experiencing this event had a tremendous effect on each person, and prepared them for the greatest experience of all time: the Giving of the Torah at Mount Sinai, which took place six weeks later. The Torah comes from the inward hiddenness of G-d. At Sinai the hiddenness of G-d was made accessible to every man and woman, bonding them as Jews together and to G-d, throughout the generations. The Splitting of the Sea was a preparation for this.

Once that kind of experience has taken place, the person knows that there is meaning, beauty and holiness. The fact that this meaning and beauty is hidden at the moment, by a veil, a cloth, or a heap of rubble, does not matter. One knows what one's task is: to go forward, step by step.

The struggle which might be involved in this endeavor itself has meaning. This was explained by the Sixth Lubavitcher Rebbe, Rabbi Yosef Yitzhak Schneersohn, in a remarkable tract called *Bati LeGani*, "I have Come into My Garden." The purpose of existence is to achieve a dwelling for the *Shechinah*, the Divine Presence, in our physical realm. This began to be achieved at the time of Adam and Eve in the Garden of Eden, but due to their sin, the *Shechinah* receded from the world. The task of the Jewish people is to bring the Shechinah *back*, through our daily lives in fulfilment of the teachings of the Torah.

Sometimes this can seem very difficult. But one of the deep qualities within our personalities is *Netzach*, the determination and resolve to achieve victory. Rabbi Yosef Yitzhak tells us that when we struggle for something good, with all our effort, we break through to an exalted sense of revelation of the Divine. This is the Divine aid which is granted to us, so that we can move forward to the Redemption, when, as at the Giving of the Torah and the Splitting of the Sea, the veil will finally be drawn aside, and for all humanity, infinite beauty, goodness and holiness will be revealed.

A Geulah pamphlet is enclosed.


A Happy Winter,


Rabbi Shmuel Spritzer

B"H
*Rabbi Shmuel Spritzer*
*--Reaching Out—*
*383 Kingston Avenue Room 190*
*Brooklyn, N.Y. 11213*
*www.Jewishprisoner.com*

February 5, 2024
26 Shevat, 5784

Ruslan Mirvis 217001602
Essex County CF
354 Doremus Ave
Newark NJ 07105-4882

Dear Ruslan,

Thank you for your Jan 23rd letter. Yes, Tanya can really be studied with a teacher, otherwise, it is too hard. We therefore enclose Toward a Meaningful Life, a Book that teaches basics and in depth of what a Jew is.

There are other books, let's first take this a step at a time, and the enclosed book is definitely the first step.

I am glad you are going to be in front of a compassionate Judge and hopefully, the Judge of all Judges, Hashem, will have compassion and they will give you the least of time. Make sure to update, as we move forward and notify how you like the book

Next week's Torah portion, Teruma, contains the verse "And they shall make for Me a Mikdash (Sanctuary) and I will dwell in their midst." When the Jewish people erect a Sanctuary to G-d, G-d causes His Divine Presence to rest within each and every Jew.

Three different types of metal were used in building the Sanctuary: gold, silver and copper.

Because gold is traditionally the finest and most precious metal that exists, it would seem to have been appropriate to build a Sanctuary entirely of gold. Why then did the Mikdash include these less valuable metals as well?

To explain:

The three types of metal allude to the three categories of Jews. Because G-d wanted all Jews to participate in the Sanctuary's construction, all three metals - gold, silver and copper - were utilized.

Silver (kesef in Hebrew) alludes to tzadikim (righteous individuals), who continually yearn (nichsafim - from the same root as kesef) for G-d and His Torah.

Gold (zahav), more valuable than silver, alludes to those who
return to G-d in repentance, "in whose place even complete
tzadikim cannot stand."

Copper (nechoshet) alludes to Jews who have sinned and
committed transgressions, yielding to the temptation of the
nachash (serpent) that first brought sin into the world.

Thus we see that the righteous are not the only Jews to build
the Sanctuary! Every Jew takes part in its construction; thus
even copper, symbolizing the lowest level, was used along with
silver and gold.

The Sanctuary was erected by the tzibur, the Hebrew word
meaning the entire Jewish community. The word tzibur is composed
of the letters tzadi (for tzadikim), beit (for beinonim - an
intermediate level), and reish (for reshaim - the wicked). All
levels of society participated.

The righteous person isn't allowed to say, "I alone will build
a Sanctuary for G-d! Why should I concern myself with bringing
an evil person closer to Torah and mitzvot?"

The wicked person mustn't say, "Where do I come to Torah and
mitzvot? Surely the Divine Presence will not rest on my deeds!"
Absolutely not!

The Sanctuary is for all Jews to erect. For it is only when
all Jews perform mitzvot - tzadikim and reshaim alike - that we
merit the fulfillment of the verse, "And I will dwell in their
midst" - within each and every Jew.

We also enclose three Geulah pamphlets.


A Happy Winter,


Rabbi Shmuel Spritzer

B"H
*Rabbi Shmuel Spritzer*
*--Reaching Out--*
*383 Kingston Avenue Room 190*
*Brooklyn, N.Y. 11213*
*www.Jewishprisoner.com*

February 21, 2024
12 Adar I, 5784

Ruslan Mirvis 217001602
Essex County CF
354 Doremus Ave
Newark NJ 07105-4882

Dear Ruslan,

   Thank you for your Feb. 12th letter thanking us for the "A Meaningful Life" book from Rabbi Jacobson. I am happy that you really adopted to it and that you feel its power. I suggest you reread certain chapters.

   In next week's portion, Tisa, G-d commands Moses to make a washing basin and place it in front of the Tent of Meeting. This basin was for the priests to wash before they performed their service, as it states, "Aaron and his sons shall wash their hands and feet from it when they go into the Tent of Meeting." The act of washing had two objectives. The first was for cleanliness and purity, as the kohen (priest) was required to maintain a higher standard than others. The second was for the purpose of holiness: by washing himself the priest received an extra measure of sanctity. In fact, the very act of washing is called the "sanctification of the hands and feet."

   Although the Temple in Jerusalem is no longer standing, the lessons we derive from the services that were performed there are eternal, and apply always. Every Jew is considered a "priest" (the entire Jewish people is called "a nation of priests and a holy people"), and the concept of washing before serving the Creator exists on many different levels.

   In his Laws of Prayer, Maimonides writes that one must "wash his face, hands and feet before praying the morning service." Nowadays, when we cannot bring actual sacrifices, our prayers are offered in their stead. Washing before we pray follows the example of the priests, who washed before performing their Temple duties. But why does Maimonides stipulate that the face must be washed -- something the priests were not obligated to do? The answer is that the concept of "face" has a special significance during the period of exile, after the destruction of the Holy Temple.

   Hands and feet are symbolic of man's physical ability and prowess; the face is symbolic of his higher powers (intellect,

sight, hearing, speech, etc.) The more mundane aspects of life are to be carried out by the hands and feet alone, whereas the higher powers are to be reserved for man's higher calling -- the service of G-d.

Back when the Holy Temple stood, the overall spiritual level of the Jewish people was higher. It would never have occurred to the "face" to involve itself in lower matters; thus, it didn't need an added measure of protection and holiness. During the exile, however, the Jew is sometimes so demoralized that he forgets himself and invests his higher powers in affairs that are truly unworthy of their attention. His "face," as it were, must therefore be safeguarded.

In practice, many authorities have ruled that the "Modeh Ani" declaration made upon arising, thanking G-d for restoring the soul, is sufficient preparation for prayer, and washing one's face is not strictly necessary. For the Jew's innermost essence is always pure and connected to G-d, and thus always ready to worship the Creator.

We enclose a Geulah pamphlet.

A Happy Purim,

Rabbi Shmuel Spritzer