# Exhibit 10

**Government's February 25, 2019 letter (Under Seal)**