# __Exhibit 11__

**Defendant's Drawing**

