# MICHAEL HUESTON
### ATTORNEY AT LAW

---

16 COURT STREET  
35ᵀᴴ FLOOR  
BROOKLYN, NEW YORK 11241

Tel: (718) 246-2900  
Fax: (718) 246-2903  
Email: mhueston@nyc.rr.com

---

ADMITTED NY

September 26, 2024

**BY ECF**
The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *United States v. Mirvis*, 17 Cr. 273 (FB)

Your Honor:

      Dory Silverman, Esq. and I represent defendant Ruslan Mirvis in the above referenced case.

      It has come to attention that Exhibit 6, the sealed medical records, may have a formatting error that will prevent printing.

      I have fixed the issue and I am refilling these records under seal.

                                  Respectfully,

                                  s/
                                  Michael Hueston

cc:    Counsel of Record

Enc. (Exhibit 6 - filed under seal).