# MICHAEL HUESTON
### ATTORNEY AT LAW

16 COURT STREET  
35TH FLOOR  
BROOKLYN, NEW YORK 11241

Tel: (718) 246-2900  
Fax: (718) 246-2903  
Email: mhueston@nyc.rr.com

ADMITTED NY

September 30, 2024

**BY ECF**
The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *United States v. Mirvis*, 17 Cr. 273 (FB)

Your Honor:

      Dory Silverman, Esq. and I represent defendant Ruslan Mirvis in the above referenced case.

      Please find attached Mr. Mirvis's letter to his victims, attached at Exhibit 12.

                                                          Respectfully,

                                                          s/
                                                          Michael Hueston

Enc.

cc:     Counsel of Record