# Exhibit 12

# Mr. Mirvis's Letter to his Victims

Ruslan Mirvis
Fed. Reg. No. 90101-053
Essex County Correctional Facility
354 Doremus Avenue
Newark, New Jersey 07105

Dear Victims,

I did horrible and heartbreaking thing to you that affected you, your family, community and my family aswell, I've destroyed lives and relationships I want to apologize for my acts, i accept the responsibility for the actions i have taken, and im very remorseful for what i have done. I cant fix the past, I wish i could but what i can do is fix my wrongs. I am not the same person that i was years ago. I worked everyday on my self, And what i found is by helping others, not only helps me but the community aswell, working as a suicide watch compainion and recreation Aid helping inmate to take responsibilitys for their actions has giveing me a purpose in life, I vow to you that i will do everything in my power to break this horrible cycle. My actions will show my deepest apologies. I think and hope everyday That you are able to get through the

damage that i have caused, I hope that one day you can forgive me.

Sincerly

Ruslan Mirus